UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY, <br><br> Defendants. | Civil Action No.: 1:19-cv-04397-PKC <br><br> <u>CLASS ACTION</u> <br><br> Hon. P. Kevin Castel |
| LUO ZHI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY, <br><br> Defendants. | Civil Action No.: 1:19-cv-04952-PKC <br><br> <u>CLASS ACTION</u> <br><br> Hon. P. Kevin Castel |

**DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF THE MOTION OF RYAN C. HEIST FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Gregory M. Nespole, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm of Levi & Korsinsky, LLP, proposed lead counsel for lead plaintiff movant Ryan C. Heist ("Movant") in the above-captioned actions. I submit this Declaration in support of Movant's Motion for entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise American Depositary Shares ("ADSs") of Jumia Technologies

AG ("Jumia" or the "Company") from April 12, 2019 and May 9, 2019, both dates inclusive; (3) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

2.      Attached hereto as Exhibit A is a true and correct copy of Movant's PSLRA Certification attaching his transactions in Jumia.

3.      Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.      Attached hereto as Exhibit C is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in the Southern District of New York on May 14, 2019.

5.      Attached hereto as Exhibit D is a true and correct copy of Levi & Korsinsky's firm résumé.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge. Executed this 15th day of July 2019 at New York, New York.

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Gregory M. Nespole*
Gregory M. Nespole (GN-6820)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com

*Lead Counsel for Movant and [Proposed] Lead Counsel for the Class*

2