# EXHIBIT B

| | |
|---|---|
| Client Name | Ryan C Heist |
| Company Name | Jumia Technologies AG |
| Ticker Symbol | JMIA |
| Security Type | |
| Class Period Start | 4/12/2019 |
| Class Period End | 5/9/2019 |
| 90-DAY Lookback Period Start | 5/10/2019 |
| 90-DAY Lookback Period End | 7/15/2019 |
| 90-DAY Lookback Average | $ 24.55 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $37,828.76 |
| DURA LIFO* Total | $ 37,828.76 |
| Gross Shares Purchased | 5,100.00 |
| Net Shares Retained | 3,400.00 |
| Net Funds Expended | $ 121,128.76 |

### Ryan C Heist

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) | DURA LIFO* |
| 04-18-2019 | 800 | 32.8001 | $ 26,240.08 | 05-10-2019 | | 800 | $ 24.50 | | $ 19,600.00 | 800 | - | $ 24.55 | | $ 6,640.08 | $ 6,640.08 |
| 04-18-2019 | 400 | 32.9074 | $ 13,162.96 | 04-23-2019 | 400 | | $ 35.60 | $ 14,240.00 | - | - | - | $ 24.55 | | -$ 1,077.04 | -$ 1,077.04 |
| 04-18-2019 | 400 | 33.1553 | $ 13,262.12 | 04-23-2019 | 400 | | $ 35.50 | $ 14,200.00 | - | - | - | $ 24.55 | | -$ 937.88 | -$ 937.88 |
| 04-25-2019 | 200 | 35.4412 | $ 7,088.24 | 04-29-2019 | 200 | | $ 42.50 | $ 8,500.00 | - | - | - | $ 24.55 | | -$ 1,411.76 | -$ 1,411.76 |
| 04-25-2019 | 400 | 35.4412 | $ 14,176.48 | 04-29-2019 | 400 | | $ 44.65 | $ 17,860.00 | - | - | - | $ 24.55 | | -$ 3,683.52 | -$ 3,683.52 |
| 04-26-2019 | 300 | 37.8031 | $ 11,340.93 | 04-29-2019 | 300 | | $ 42.50 | $ 12,750.00 | - | - | - | $ 24.55 | | -$ 1,409.07 | -$ 1,409.07 |
| 04-30-2019 | 200 | 42.2891 | $ 8,457.82 | 05-10-2019 | | 200 | $ 24.50 | | $ 4,900.00 | 200 | - | $ 24.55 | | $ 3,557.82 | $ 3,557.82 |
| 04-30-2019 | 400 | 42.2891 | $ 16,915.64 | 05-10-2019 | | 400 | $ 24.50 | | $ 9,800.00 | 400 | - | $ 24.55 | | $ 7,115.64 | $ 7,115.64 |
| 04-30-2019 | 600 | 41.8272 | $ 25,096.32 | 05-10-2019 | | 600 | $ 24.50 | | $ 14,700.00 | 600 | - | $ 24.55 | | $ 10,396.32 | $ 10,396.32 |
| 05-02-2019 | 500 | 42.9961 | $ 21,498.05 | 05-10-2019 | | 500 | $ 24.50 | | $ 12,250.00 | 500 | - | $ 24.55 | | $ 9,248.05 | $ 9,248.05 |
| 05-03-2019 | 400 | 40.2598 | $ 16,103.92 | 05-10-2019 | | 400 | $ 24.50 | | $ 9,800.00 | 400 | - | $ 24.55 | | $ 6,303.92 | $ 6,303.92 |
| 05-09-2019 | 200 | 30.6724 | $ 6,134.48 | 05-10-2019 | | 200 | $ 24.50 | | $ 4,900.00 | 200 | - | $ 24.55 | | $ 1,234.48 | $ 1,234.48 |
| 05-09-2019 | 300 | 30.6724 | $ 9,201.72 | 05-10-2019 | | 300 | $ 24.50 | | $ 7,350.00 | 300 | - | $ 24.55 | | $ 1,851.72 | $ 1,851.72 |
| Total: | 5,100.00 | | $ 188,678.76 | | 1,700.00 | | $ 3400 | $ 67,550.00 | $ 83300 | 3,400.00 | | | | $ 37,828.76 | $ 37,828.76 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.