UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY,<br><br>     Defendants. | Civil Action No.  1:19-cv-04397<br><br>CLASS ACTION |
| LUO ZHI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY,,<br><br>     Defendants. | Civil Action No.  1:19-cv-04952<br><br>CLASS ACTION |

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF SANJEEV JAISWAL'S MOTION TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD COUNSEL**

010831-11 1150005 V1

I, Reed R. Kathrein, declare as follows:

1.      I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class members Sanjeev Jaiswal ("Movant").  I am an attorney licensed to practice law in the States of California, Illinois and Florida.  I make this declaration in support of Movant's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Movant's sworn Certification;

Exhibit B:    Chart of Movant's estimated loss;

Exhibit C:    Notice of pendency of class action published in *BusinessWire*, a national business-oriented wire service, on May 14, 2019;

Exhibit D:    Hagens Berman's firm résumé; and

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of July 2019, at Berkeley, California.

/s/ Reed R. Kathrein
REED R. KATHREIN

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG
