# Exhibit B

**Loss Analysis for Sanjeev Jaiswar - Jumia Technologies AG (JMIA)**
**Class Period 04/12/19 - 05/09/19**

| PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |

**Pre-Class Held**

**Class Period Purchases**

| Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|
| 04/16/19 | 1,000 | $34.6700 | $34,670.00 | | 04/19/19 | 1,000 | $37.5000 | $37,500.00 |
| 04/17/19 | 20,000 | $43.7300 | $874,600.00 | | 04/29/19 | 20,000 | $44.7900 | $895,800.00 |
| 05/03/19 | 6,022 | $40.0000 | $240,880.00 | | | | | |
| 05/03/19 | 3,978 | $40.0000 | $159,120.00 | | | | | |

**Post Class Purchases**     **Post Class Sales**

| Total Shares Acquired in CP | 31,000 | Total Amount Paid in CP | $1,309,270.00 | | Total Shares Sold in CP | 21,000 | Total Amount Sold in CP | $933,300.00 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | | Total Shares Sold to Current | 21,000 | Total Amount Sold to Current | $933,300.00 ALTERNATIVE |

Actual Net Shares Acquired in CP     10,000 (CP Retained Shares)

Net Amount Paid in CP     $375,970.00
Net Amount Paid in CP Minus Sold to Current Date     $375,970.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)     10,000 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date     10,000 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP     $24.55067

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price     $245,506.67
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price     $245,506.67 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price     $130,463.33 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)     $130,463.33
Net Loss (Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price Minus Amount Sold Post CP)     $130,463.33 ALTERNATIVE

As of 7/15/2019