# EXHIBIT 2

## CERTIFICATION

Hexuan Cai (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Jumia Technologies AG and its current and former officers ("JMIA").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed a complaint against JMIA and retained The Rosen Law Firm, P.A. and authorizes it to file a Lead Plaintiff motion on his behalf.

2.    Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.    Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.    The following schedule is a list of all of the purchases and sales Plaintiff has made in JMIA securities during the Class Period set forth in the complaint. Plaintiff has made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth in the attached schedule.

5.    Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.    Plaintiff will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____July 03_____, 2019.

_____
Hexuan Cai

## SCHEDULE A

### Hexuan Cai Transactions

### Account 1 -Purchases

| Date Purchased | Shares | Price per share |
|---|---|---|
| 4/16/2019 | 700 | ($33.69) |
| 4/16/2019 | 300 | ($33.69) |
| 4/16/2019 | 500 | ($33.68) |
| 4/16/2019 | 20 | ($33.69) |
| 4/16/2019 | 500 | ($33.69) |
| 4/16/2019 | 500 | ($33.69) |
| 4/16/2019 | 348 | ($33.70) |
| 4/16/2019 | 800 | ($33.70) |
| 4/16/2019 | 52 | ($33.70) |
| 4/16/2019 | 100 | ($33.70) |
| 4/16/2019 | 100 | ($33.74) |
| 4/16/2019 | 80 | ($33.74) |
| 4/16/2019 | 850 | ($33.75) |
| 4/16/2019 | 100 | ($33.72) |
| 4/16/2019 | 50 | ($33.74) |
| 4/16/2019 | 50 | ($36.30) |
| 4/16/2019 | 99 | ($36.30) |
| 4/16/2019 | 350 | ($36.30) |
| 4/16/2019 | 50 | ($36.30) |
| 4/16/2019 | 50 | ($36.30) |
| 4/16/2019 | 50 | ($36.30) |
| 4/16/2019 | 50 | ($36.32) |
| 4/16/2019 | 50 | ($36.34) |
| 4/16/2019 | 150 | ($36.35) |
| 4/16/2019 | 67 | ($36.36) |
| 4/16/2019 | 34 | ($36.34) |
| 4/16/2019 | 84 | ($39.14) |
| 4/16/2019 | 300 | ($39.15) |
| 4/16/2019 | 100 | ($39.15) |
| 4/16/2019 | 1500 | ($39.23) |
| 4/16/2019 | 50 | ($39.22) |
| 4/16/2019 | 100 | ($39.23) |
| 4/16/2019 | 782 | ($39.24) |
| 4/16/2019 | 34 | ($39.18) |
| 4/16/2019 | 50 | ($39.23) |
| 4/16/2019 | 300 | ($41.58) |

1

| | | |
|---|---|---|
| 4/16/2019 | 700 | ($41.58) |
| 4/17/2019 | 100 | ($44.83) |
| 4/17/2019 | 1700 | ($44.84) |
| 4/17/2019 | 50 | ($44.71) |
| 4/17/2019 | 100 | ($44.87) |
| 4/17/2019 | 50 | ($44.73) |
| 4/17/2019 | 50 | ($44.73) |
| 4/17/2019 | 100 | ($44.86) |
| 4/17/2019 | 1000 | ($44.88) |
| 4/17/2019 | 100 | ($44.87) |
| 4/17/2019 | 100 | ($44.89) |
| 4/17/2019 | 1100 | ($44.89) |
| 4/17/2019 | 100 | ($44.84) |
| 4/17/2019 | 200 | ($44.88) |
| 4/17/2019 | 250 | ($44.89) |
| 4/17/2019 | 400 | ($44.61) |
| 4/17/2019 | 200 | ($44.61) |
| 4/17/2019 | 400 | ($44.61) |
| 4/17/2019 | 100 | ($43.36) |
| 4/17/2019 | 50 | ($43.34) |
| 4/17/2019 | 1700 | ($43.37) |
| 4/17/2019 | 100 | ($43.35) |
| 4/17/2019 | 21 | ($43.38) |
| 4/17/2019 | 29 | ($43.39) |
| 4/17/2019 | 100 | ($43.21) |
| 4/17/2019 | 50 | ($43.23) |
| 4/17/2019 | 200 | ($43.24) |
| 4/17/2019 | 100 | ($43.20) |
| 4/17/2019 | 50 | ($43.36) |
| 4/17/2019 | 150 | ($43.40) |
| 4/17/2019 | 16 | ($43.39) |
| 4/17/2019 | 34 | ($43.33) |
| 4/17/2019 | 50 | ($43.39) |
| 4/17/2019 | 100 | ($43.40) |
| 4/17/2019 | 100 | ($43.40) |
| 4/17/2019 | 50 | ($43.40) |
| 4/17/2019 | 100 | ($38.19) |
| 4/17/2019 | 1900 | ($38.19) |
| 4/17/2019 | 300 | ($38.28) |
| 4/17/2019 | 14 | ($38.28) |
| 4/17/2019 | 355 | ($38.28) |
| 4/17/2019 | 331 | ($38.28) |
| 4/17/2019 | 1000 | ($38.89) |

2

| Date | Quantity | Price |
|---|---|---|
| 4/18/2019 | 100 | ($33.54) |
| 4/18/2019 | 100 | ($33.55) |
| 4/18/2019 | 1000 | ($33.54) |
| 4/18/2019 | 800 | ($33.54) |
| 4/18/2019 | 1900 | ($33.24) |
| 4/18/2019 | 100 | ($33.24) |
| 4/22/2019 | 300 | ($36.02) |
| 4/22/2019 | 900 | ($36.02) |
| 4/22/2019 | 300 | ($36.02) |
| 4/22/2019 | 100 | ($36.02) |
| 4/22/2019 | 400 | ($36.02) |
| 4/22/2019 | 300 | ($35.82) |
| 4/22/2019 | 1100 | ($35.82) |
| 4/22/2019 | 1200 | ($35.82) |
| 4/22/2019 | 100 | ($35.82) |
| 4/22/2019 | 200 | ($35.82) |
| 4/22/2019 | 100 | ($35.91) |
| 4/22/2019 | 50 | ($35.88) |
| 4/22/2019 | 50 | ($35.91) |
| 4/22/2019 | 50 | ($35.88) |
| 4/22/2019 | 139 | ($35.93) |
| 4/22/2019 | 50 | ($35.89) |
| 4/22/2019 | 200 | ($35.89) |
| 4/22/2019 | 100 | ($35.89) |
| 4/22/2019 | 50 | ($35.89) |
| 4/22/2019 | 50 | ($35.89) |
| 4/22/2019 | 50 | ($35.89) |
| 4/22/2019 | 50 | ($35.89) |
| 4/22/2019 | 50 | ($35.89) |
| 4/22/2019 | 50 | ($35.89) |
| 4/22/2019 | 95 | ($35.88) |
| 4/22/2019 | 7 | ($35.89) |
| 4/22/2019 | 50 | ($35.89) |
| 4/22/2019 | 50 | ($35.93) |
| 4/22/2019 | 100 | ($35.89) |
| 4/22/2019 | 50 | ($35.89) |
| 4/22/2019 | 107 | ($35.89) |
| 4/22/2019 | 200 | ($35.89) |
| 4/22/2019 | 5 | ($35.87) |
| 4/22/2019 | 50 | ($35.89) |
| 4/22/2019 | 7 | ($35.89) |
| 4/22/2019 | 50 | ($35.90) |
| 4/22/2019 | 50 | ($35.91) |

3

| | | |
|---|---|---|
| 4/22/2019 | 100 | ($35.93) |
| 4/22/2019 | 100 | ($35.95) |
| 4/22/2019 | 50 | ($35.93) |
| 4/22/2019 | 50 | ($35.94) |
| 4/22/2019 | 95 | ($35.94) |
| 4/22/2019 | 50 | ($35.94) |
| 4/22/2019 | 50 | ($35.97) |
| 4/22/2019 | 50 | ($35.98) |
| 4/22/2019 | 50 | ($36.00) |
| 4/22/2019 | 50 | ($35.99) |
| 4/22/2019 | 50 | ($35.99) |
| 4/22/2019 | 100 | ($36.00) |
| 4/22/2019 | 100 | ($36.00) |
| 4/22/2019 | 100 | ($36.00) |
| 4/22/2019 | 50 | ($35.98) |
| 4/22/2019 | 50 | ($35.98) |
| 4/22/2019 | 111 | ($35.99) |
| 4/22/2019 | 20 | ($36.01) |
| 4/22/2019 | 50 | ($36.06) |
| 4/22/2019 | 50 | ($36.05) |
| 4/22/2019 | 100 | ($36.07) |
| 4/22/2019 | 100 | ($36.07) |
| 4/22/2019 | 50 | ($36.04) |
| 4/22/2019 | 50 | ($36.05) |
| 4/22/2019 | 200 | ($36.08) |
| 4/22/2019 | 50 | ($36.04) |
| 4/22/2019 | 50 | ($36.05) |
| 4/22/2019 | 50 | ($36.05) |
| 4/22/2019 | 100 | ($36.09) |
| 4/22/2019 | 50 | ($36.04) |
| 4/22/2019 | 50 | ($36.05) |
| 4/22/2019 | 100 | ($36.09) |
| 4/22/2019 | 50 | ($36.05) |
| 4/22/2019 | 50 | ($36.08) |
| 4/22/2019 | 50 | ($36.09) |
| 4/22/2019 | 300 | ($36.10) |
| 4/22/2019 | 100 | ($36.10) |
| 4/22/2019 | 50 | ($36.10) |
| 4/22/2019 | 100 | ($36.10) |
| 4/22/2019 | 200 | ($36.10) |
| 4/22/2019 | 300 | ($36.10) |
| 4/22/2019 | 300 | ($36.10) |
| 4/22/2019 | 50 | ($36.11) |

4

| | | |
|---|---|---|
| 4/22/2019 | 50 | ($36.11) |
| 4/22/2019 | 200 | ($36.15) |
| 4/22/2019 | 200 | ($36.15) |
| 4/22/2019 | 300 | ($36.15) |
| 4/22/2019 | 100 | ($36.15) |
| 4/22/2019 | 400 | ($36.15) |
| 4/22/2019 | 50 | ($36.14) |
| 4/22/2019 | 50 | ($36.15) |
| 4/22/2019 | 50 | ($36.15) |
| 4/22/2019 | 14 | ($36.18) |
| 4/22/2019 | 85 | ($36.13) |
| 4/22/2019 | 50 | ($36.13) |
| 4/22/2019 | 100 | ($36.13) |
| 4/22/2019 | 100 | ($36.13) |
| 4/22/2019 | 4000 | ($36.13) |
| 4/22/2019 | 500 | ($36.13) |
| 4/22/2019 | 100 | ($36.13) |
| 4/22/2019 | 65 | ($36.13) |
| 4/22/2019 | 900 | ($35.20) |
| 4/22/2019 | 300 | ($35.20) |
| 4/22/2019 | 700 | ($35.20) |
| 4/22/2019 | 1400 | ($35.20) |
| 4/22/2019 | 1700 | ($35.20) |
| 4/22/2019 | 331 | ($35.22) |
| 4/22/2019 | 7 | ($35.22) |
| 4/22/2019 | 2500 | ($35.22) |
| 4/22/2019 | 75 | ($35.22) |
| 4/22/2019 | 1851 | ($35.22) |
| 4/22/2019 | 1 | ($35.22) |
| 4/22/2019 | 135 | ($35.22) |
| 4/22/2019 | 100 | ($35.22) |
| 4/22/2019 | 230 | ($35.05) |
| 4/22/2019 | 200 | ($35.05) |
| 4/22/2019 | 970 | ($35.05) |
| 4/22/2019 | 5 | ($35.05) |
| 4/22/2019 | 264 | ($35.05) |
| 4/22/2019 | 200 | ($35.05) |
| 4/22/2019 | 147 | ($35.05) |
| 4/22/2019 | 800 | ($35.05) |
| 4/22/2019 | 32 | ($35.05) |
| 4/22/2019 | 31 | ($35.05) |
| 4/22/2019 | 794 | ($35.05) |
| 4/22/2019 | 198 | ($35.05) |

5

| | | |
|---|---|---|
| 4/22/2019 | 140 | ($35.05) |
| 4/22/2019 | 989 | ($35.05) |
| 4/22/2019 | 100 | ($34.55) |
| 4/22/2019 | 50 | ($34.55) |
| 4/22/2019 | 100 | ($34.55) |
| 4/22/2019 | 3370 | ($34.55) |
| 4/22/2019 | 1250 | ($34.55) |
| 4/22/2019 | 20 | ($34.55) |
| 4/22/2019 | 100 | ($34.55) |
| 4/22/2019 | 10 | ($34.55) |
| 4/22/2019 | 100 | ($34.58) |
| 4/22/2019 | 4900 | ($34.58) |
| 4/22/2019 | 100 | ($32.86) |
| 4/22/2019 | 100 | ($32.88) |
| 4/22/2019 | 100 | ($32.86) |
| 4/22/2019 | 100 | ($32.88) |
| 4/22/2019 | 100 | ($32.88) |
| 4/22/2019 | 100 | ($32.88) |
| 4/22/2019 | 100 | ($32.88) |
| 4/22/2019 | 100 | ($32.88) |
| 4/22/2019 | 800 | ($32.88) |
| 4/22/2019 | 400 | ($32.88) |
| 4/22/2019 | 100 | ($33.20) |
| 4/22/2019 | 100 | ($33.20) |
| 4/22/2019 | 100 | ($33.20) |
| 4/22/2019 | 100 | ($33.20) |
| 4/22/2019 | 100 | ($33.20) |
| 4/22/2019 | 100 | ($33.20) |
| 4/22/2019 | 198 | ($33.20) |
| 4/22/2019 | 200 | ($33.20) |
| 4/22/2019 | 2 | ($33.20) |
| 4/22/2019 | 700 | ($33.20) |
| 4/22/2019 | 100 | ($33.20) |
| 4/22/2019 | 21 | ($33.20) |
| 4/22/2019 | 1000 | ($33.20) |
| 4/22/2019 | 100 | ($33.20) |
| 4/22/2019 | 79 | ($33.20) |
| 4/25/2019 | 50 | ($35.18) |
| 4/25/2019 | 100 | ($35.18) |
| 4/25/2019 | 100 | ($35.19) |
| 4/25/2019 | 728 | ($35.19) |
| 4/25/2019 | 2022 | ($35.20) |
| 4/25/2019 | 117 | ($35.25) |

6

| | | |
|---|---|---|
| 4/25/2019 | 1883 | ($35.25) |
| 5/2/2019 | 100 | ($43.05) |
| 5/2/2019 | 20 | ($43.05) |
| 5/2/2019 | 880 | ($43.05) |
| 5/2/2019 | 450 | ($42.95) |
| 5/2/2019 | 100 | ($42.95) |
| 5/2/2019 | 250 | ($42.95) |
| 5/2/2019 | 300 | ($42.95) |
| 5/2/2019 | 200 | ($42.95) |
| 5/2/2019 | 200 | ($42.95) |
| 5/7/2019 | 100 | ($35.40) |
| 5/7/2019 | 250 | ($35.40) |
| 5/7/2019 | 100 | ($35.42) |
| 5/7/2019 | 100 | ($35.42) |
| 5/7/2019 | 100 | ($35.48) |
| 5/7/2019 | 100 | ($35.49) |
| 5/7/2019 | 100 | ($35.50) |
| 5/7/2019 | 30 | ($35.50) |
| 5/7/2019 | 50 | ($35.50) |
| 5/7/2019 | 100 | ($35.50) |
| 5/7/2019 | 100 | ($35.50) |
| 5/7/2019 | 20 | ($35.50) |
| 5/7/2019 | 55 | ($35.50) |
| 5/7/2019 | 100 | ($35.50) |
| 5/7/2019 | 2 | ($35.50) |
| 5/7/2019 | 100 | ($35.50) |
| 5/7/2019 | 20 | ($35.50) |
| 5/7/2019 | 243 | ($35.50) |
| 5/7/2019 | 100 | ($35.51) |
| 5/7/2019 | 100 | ($35.51) |
| 5/7/2019 | 500 | ($35.51) |
| 5/7/2019 | 200 | ($35.48) |
| 5/7/2019 | 200 | ($35.55) |
| 5/7/2019 | 130 | ($35.53) |
| 5/7/2019 | 100 | ($35.59) |
| 5/7/2019 | 100 | ($34.65) |
| 5/7/2019 | 100 | ($34.65) |
| 5/7/2019 | 100 | ($34.65) |
| 5/7/2019 | 100 | ($34.65) |
| 5/7/2019 | 200 | ($34.66) |
| 5/7/2019 | 400 | ($34.75) |
| 5/7/2019 | 100 | ($34.80) |
| 5/7/2019 | 100 | ($34.65) |

7

| | | |
|---|---|---|
| 5/7/2019 | 100 | ($34.65) |
| 5/7/2019 | 200 | ($34.65) |
| 5/7/2019 | 100 | ($34.67) |
| 5/7/2019 | 100 | ($34.66) |
| 5/7/2019 | 100 | ($34.80) |
| 5/7/2019 | 200 | ($34.80) |
| 5/7/2019 | 100 | ($34.74) |
| 5/7/2019 | 100 | ($34.74) |
| 5/7/2019 | 100 | ($34.74) |
| 5/7/2019 | 300 | ($34.74) |
| 5/7/2019 | 400 | ($34.74) |
| 5/7/2019 | 100 | ($34.96) |
| 5/7/2019 | 100 | ($34.95) |
| 5/7/2019 | 100 | ($34.98) |
| 5/7/2019 | 100 | ($34.98) |
| 5/7/2019 | 100 | ($35.00) |
| 5/7/2019 | 100 | ($35.05) |
| 5/7/2019 | 600 | ($35.05) |
| 5/7/2019 | 100 | ($35.05) |
| 5/7/2019 | 100 | ($35.03) |
| 5/7/2019 | 1000 | ($35.05) |
| 5/7/2019 | 500 | ($35.05) |
| 5/7/2019 | 100 | ($35.05) |
| 5/7/2019 | 100 | ($35.10) |
| 5/7/2019 | 100 | ($35.03) |
| 5/7/2019 | 100 | ($35.05) |
| 5/7/2019 | 100 | ($35.10) |
| 5/7/2019 | 100 | ($35.10) |
| 5/7/2019 | 100 | ($35.10) |
| 5/7/2019 | 400 | ($35.10) |
| 5/7/2019 | 100 | ($35.15) |
| 5/7/2019 | 100 | ($35.09) |
| 5/7/2019 | 100 | ($35.17) |
| 5/7/2019 | 100 | ($35.17) |
| 5/7/2019 | 250 | ($35.25) |
| 5/7/2019 | 100 | ($35.25) |
| 5/7/2019 | 200 | ($35.23) |
| 5/7/2019 | 100 | ($35.23) |
| 5/7/2019 | 100 | ($35.21) |
| 5/7/2019 | 200 | ($35.25) |
| 5/7/2019 | 1000 | ($35.25) |
| 5/7/2019 | 100 | ($35.23) |
| 5/7/2019 | 100 | ($35.25) |

8

| | | |
|---|---|---|
| 5/7/2019 | 100 | ($35.25) |
| 5/7/2019 | 350 | ($35.25) |
| 5/7/2019 | 100 | ($35.17) |
| 5/7/2019 | 100 | ($35.20) |
| 5/7/2019 | 700 | ($35.20) |
| 5/7/2019 | 1300 | ($35.20) |
| 5/7/2019 | 100 | ($35.19) |
| 5/7/2019 | 100 | ($35.20) |
| 5/7/2019 | 100 | ($35.20) |
| 5/7/2019 | 100 | ($35.20) |
| 5/7/2019 | 2000 | ($35.20) |
| 5/7/2019 | 100 | ($35.15) |
| 5/7/2019 | 100 | ($35.28) |
| 5/7/2019 | 10 | ($35.25) |
| 5/7/2019 | 100 | ($35.29) |
| 5/7/2019 | 90 | ($35.29) |
| 5/7/2019 | 1900 | ($35.00) |
| 5/7/2019 | 100 | ($35.00) |
| 5/7/2019 | 100 | ($34.92) |
| 5/7/2019 | 100 | ($35.00) |
| 5/7/2019 | 100 | ($34.98) |
| 5/7/2019 | 100 | ($34.93) |
| 5/7/2019 | 100 | ($35.01) |
| 5/7/2019 | 100 | ($35.02) |
| 5/7/2019 | 3 | ($35.02) |
| 5/7/2019 | 11 | ($35.01) |
| 5/7/2019 | 100 | ($35.04) |
| 5/7/2019 | 100 | ($35.01) |
| 5/7/2019 | 100 | ($35.07) |
| 5/7/2019 | 100 | ($35.10) |
| 5/7/2019 | 100 | ($35.15) |
| 5/7/2019 | 300 | ($35.19) |
| 5/7/2019 | 100 | ($35.09) |
| 5/7/2019 | 700 | ($35.19) |
| 5/7/2019 | 300 | ($35.19) |
| 5/7/2019 | 100 | ($35.21) |
| 5/7/2019 | 100 | ($35.32) |
| 5/7/2019 | 100 | ($35.32) |
| 5/7/2019 | 1000 | ($35.32) |
| 5/7/2019 | 100 | ($35.32) |
| 5/7/2019 | 500 | ($35.32) |
| 5/7/2019 | 100 | ($35.26) |
| 5/7/2019 | 100 | ($35.25) |

9

| | | |
|---|---|---|
| 5/7/2019 | 150 | ($35.35) |
| 5/7/2019 | 200 | ($35.35) |
| 5/7/2019 | 36 | ($35.35) |
| 5/7/2019 | 100 | ($35.04) |
| 5/7/2019 | 1000 | ($35.05) |
| 5/7/2019 | 3900 | ($35.05) |
| 5/7/2019 | 100 | ($34.59) |
| 5/7/2019 | 100 | ($34.63) |
| 5/7/2019 | 1000 | ($34.63) |
| 5/7/2019 | 200 | ($34.61) |
| 5/7/2019 | 200 | ($34.62) |
| 5/7/2019 | 100 | ($34.63) |
| 5/7/2019 | 100 | ($34.63) |
| 5/7/2019 | 100 | ($34.61) |
| 5/7/2019 | 100 | ($34.68) |
| 5/7/2019 | 100 | ($34.68) |
| 5/7/2019 | 100 | ($34.68) |
| 5/7/2019 | 100 | ($34.68) |
| 5/7/2019 | 100 | ($34.68) |
| 5/7/2019 | 100 | ($34.68) |
| 5/7/2019 | 100 | ($34.68) |
| 5/7/2019 | 100 | ($34.77) |
| 5/7/2019 | 200 | ($34.82) |
| 5/7/2019 | 100 | ($34.77) |
| 5/7/2019 | 1000 | ($34.82) |
| 5/7/2019 | 700 | ($34.94) |
| 5/7/2019 | 100 | ($34.85) |
| 5/7/2019 | 200 | ($34.94) |
| 5/8/2019 | 100 | ($34.92) |
| 5/8/2019 | 80 | ($34.89) |
| 5/8/2019 | 201 | ($34.92) |
| 5/8/2019 | 100 | ($34.92) |
| 5/8/2019 | 70 | ($34.68) |
| 5/8/2019 | 100 | ($34.68) |
| 5/8/2019 | 76 | ($34.68) |
| 5/8/2019 | 1754 | ($34.68) |
| 5/8/2019 | 2000 | ($34.45) |
| 5/8/2019 | 3000 | ($34.32) |
| 5/8/2019 | 2000 | ($34.25) |
| 5/8/2019 | 400 | ($34.27) |
| 5/8/2019 | 1000 | ($34.27) |
| 5/8/2019 | 200 | ($34.22) |
| 5/8/2019 | 800 | ($34.27) |

10

| | | |
|---|---|---|
| 5/8/2019 | 500 | ($34.27) |
| 5/8/2019 | 100 | ($34.26) |
| 5/8/2019 | 70 | ($34.19) |
| 5/8/2019 | 100 | ($34.19) |
| 5/8/2019 | 100 | ($34.19) |
| 5/8/2019 | 100 | ($34.19) |
| 5/8/2019 | 200 | ($34.19) |
| 5/8/2019 | 187 | ($34.19) |
| 5/8/2019 | 2 | ($34.19) |
| 5/8/2019 | 268 | ($34.19) |
| 5/8/2019 | 1973 | ($34.19) |
| 5/8/2019 | 29 | ($33.87) |
| 5/8/2019 | 4699 | ($33.87) |
| 5/8/2019 | 271 | ($33.87) |
| 5/8/2019 | 1 | ($33.87) |
| 5/9/2019 | 100 | ($30.90) |
| 5/9/2019 | 100 | ($30.92) |
| 5/9/2019 | 300 | ($30.92) |
| 5/9/2019 | 200 | ($30.93) |
| 5/9/2019 | 2000 | ($30.90) |
| 5/9/2019 | 100 | ($30.92) |
| 5/9/2019 | 100 | ($30.90) |
| 5/9/2019 | 100 | ($30.93) |
| 5/9/2019 | 100 | ($28.49) |
| 5/9/2019 | 100 | ($28.48) |
| 5/9/2019 | 100 | ($28.52) |
| 5/9/2019 | 6 | ($28.54) |
| 5/9/2019 | 25 | ($28.51) |
| 5/9/2019 | 300 | ($28.54) |
| 5/9/2019 | 100 | ($28.54) |
| 5/9/2019 | 91 | ($28.54) |
| 5/9/2019 | 100 | ($28.64) |
| 5/9/2019 | 25 | ($28.55) |
| 5/9/2019 | 100 | ($28.56) |
| 5/9/2019 | 100 | ($28.57) |
| 5/9/2019 | 125 | ($28.65) |
| 5/9/2019 | 728 | ($28.65) |
| 5/9/2019 | 1000 | ($28.56) |
| 5/9/2019 | 35 | ($27.82) |
| 5/9/2019 | 1200 | ($27.95) |
| 5/9/2019 | 35 | ($27.84) |
| 5/9/2019 | 50 | ($27.90) |
| 5/9/2019 | 100 | ($27.87) |

11

| | | |
|---|---|---|
| 5/9/2019 | 30 | ($27.84) |
| 5/9/2019 | 50 | ($27.93) |
| 5/9/2019 | 1200 | ($27.93) |
| 5/9/2019 | 100 | ($27.92) |
| 5/9/2019 | 100 | ($27.94) |
| 5/9/2019 | 100 | ($27.95) |
| 5/9/2019 | 2000 | ($28.00) |
| 5/9/2019 | 365 | ($28.00) |
| 5/9/2019 | 635 | ($28.00) |
| 5/9/2019 | 100 | ($26.46) |
| 5/9/2019 | 500 | ($26.47) |
| 5/9/2019 | 950 | ($26.55) |
| 5/9/2019 | 300 | ($26.46) |
| 5/9/2019 | 100 | ($26.54) |
| 5/9/2019 | 750 | ($26.55) |
| 5/9/2019 | 100 | ($26.52) |
| 5/9/2019 | 100 | ($26.53) |
| 5/9/2019 | 100 | ($26.55) |
| 5/9/2019 | 2000 | ($26.93) |
| 5/9/2019 | 112 | ($26.45) |
| 5/9/2019 | 500 | ($26.45) |
| 5/9/2019 | 300 | ($26.45) |
| 5/9/2019 | 400 | ($26.45) |
| 5/9/2019 | 1000 | ($26.45) |
| 5/9/2019 | 500 | ($26.45) |
| 5/9/2019 | 500 | ($26.45) |
| 5/9/2019 | 1604 | ($26.45) |
| 5/9/2019 | 84 | ($26.41) |
| 5/9/2019 | 100 | ($25.56) |
| 5/9/2019 | 1319 | ($25.56) |
| 5/9/2019 | 100 | ($25.56) |
| 5/9/2019 | 100 | ($25.58) |
| 5/9/2019 | 100 | ($25.68) |
| 5/9/2019 | 2000 | ($25.68) |
| 5/9/2019 | 100 | ($25.62) |
| 5/9/2019 | 100 | ($25.68) |
| 5/9/2019 | 50 | ($25.64) |
| 5/9/2019 | 100 | ($25.64) |
| 5/9/2019 | 200 | ($25.69) |
| 5/9/2019 | 100 | ($25.68) |
| 5/9/2019 | 193 | ($25.69) |
| 5/9/2019 | 38 | ($25.65) |
| 5/9/2019 | 100 | ($25.65) |

12

| | | |
|---|---|---|
| 5/9/2019 | 50 | ($25.69) |
| 5/9/2019 | 50 | ($25.67) |
| 5/9/2019 | 100 | ($25.68) |
| 5/9/2019 | 100 | ($25.69) |
| 5/9/2019 | 50 | ($25.68) |
| 5/9/2019 | 100 | ($25.67) |
| 5/9/2019 | 100 | ($25.68) |
| 5/9/2019 | 100 | ($25.67) |
| 5/9/2019 | 100 | ($25.68) |
| 5/9/2019 | 50 | ($25.68) |
| 5/9/2019 | 200 | ($25.69) |
| 5/9/2019 | 100 | ($25.68) |
| 5/9/2019 | 100 | ($25.66) |
| 5/9/2019 | 100 | ($25.67) |
| 5/9/2019 | 50 | ($25.68) |
| 5/9/2019 | 25 | ($25.68) |
| 5/9/2019 | 50 | ($25.69) |
| 5/9/2019 | 100 | ($25.67) |
| 5/9/2019 | 250 | ($25.69) |
| 5/9/2019 | 20 | ($25.68) |
| 5/9/2019 | 100 | ($25.68) |
| 5/9/2019 | 100 | ($25.68) |
| 5/9/2019 | 300 | ($25.69) |
| 5/9/2019 | 100 | ($25.67) |
| 5/9/2019 | 100 | ($25.67) |
| 5/9/2019 | 285 | ($25.69) |
| 5/9/2019 | 100 | ($25.69) |
| 5/9/2019 | 100 | ($25.69) |
| 5/9/2019 | 150 | ($25.69) |
| 5/9/2019 | 170 | ($25.69) |

**Account No. 1 - Sales**

| Date Sold | Shares | Price per Share |
|---|---|---|
| 4/16/2019 | 50 | $37.95 |
| 4/16/2019 | 34 | $37.90 |
| 4/16/2019 | 50 | $37.94 |
| 4/16/2019 | 25 | $37.89 |
| 4/16/2019 | 874 | $37.89 |
| 4/16/2019 | 1967 | $37.89 |
| 4/16/2019 | 10 | $37.77 |
| 4/16/2019 | 50 | $37.76 |
| 4/16/2019 | 10 | $37.78 |
| 4/16/2019 | 50 | $37.72 |
| 4/16/2019 | 100 | $37.70 |
| 4/16/2019 | 40 | $37.70 |
| 4/16/2019 | 100 | $37.70 |
| 4/16/2019 | 100 | $37.71 |
| 4/16/2019 | 1500 | $37.76 |
| 4/16/2019 | 200 | $37.75 |
| 4/16/2019 | 50 | $37.71 |
| 4/16/2019 | 700 | $37.72 |
| 4/16/2019 | 50 | $37.70 |
| 4/16/2019 | 40 | $37.70 |
| 4/16/2019 | 2043 | $39.88 |
| 4/16/2019 | 957 | $39.88 |
| 4/24/2019 | 1050 | $38.34 |
| 4/24/2019 | 100 | $38.34 |
| 4/24/2019 | 850 | $38.34 |
| 4/24/2019 | 400 | $38.11 |
| 4/24/2019 | 700 | $38.11 |
| 4/24/2019 | 200 | $38.11 |
| 4/24/2019 | 400 | $38.11 |
| 4/24/2019 | 400 | $38.11 |
| 4/24/2019 | 400 | $38.11 |
| 4/24/2019 | 100 | $38.11 |
| 4/24/2019 | 200 | $38.11 |
| 4/24/2019 | 200 | $38.11 |
| 4/24/2019 | 200 | $38.22 |
| 4/24/2019 | 800 | $38.22 |
| 4/24/2019 | 500 | $38.22 |
| 4/24/2019 | 500 | $38.22 |
| 4/24/2019 | 500 | $38.22 |
| 4/24/2019 | 500 | $38.22 |

14

| | | |
|---|---|---|
| 4/24/2019 | 237 | $38.50 |
| 4/24/2019 | 845 | $38.50 |
| 4/24/2019 | 500 | $38.50 |
| 4/24/2019 | 418 | $38.50 |
| 4/24/2019 | 327 | $38.55 |
| 4/24/2019 | 10 | $38.55 |
| 4/24/2019 | 431 | $38.55 |
| 4/24/2019 | 137 | $38.55 |
| 4/24/2019 | 365 | $38.55 |
| 4/24/2019 | 500 | $38.55 |
| 4/24/2019 | 200 | $38.55 |
| 4/24/2019 | 500 | $38.55 |
| 4/24/2019 | 500 | $38.55 |
| 4/24/2019 | 30 | $38.55 |
| 4/24/2019 | 100 | $38.44 |
| 4/24/2019 | 300 | $38.43 |
| 4/24/2019 | 100 | $38.43 |
| 4/24/2019 | 100 | $38.44 |
| 4/24/2019 | 400 | $38.43 |
| 4/24/2019 | 700 | $38.43 |
| 4/24/2019 | 100 | $38.43 |
| 4/24/2019 | 200 | $38.43 |
| 4/24/2019 | 100 | $38.43 |
| 4/24/2019 | 100 | $38.40 |
| 4/24/2019 | 300 | $38.40 |
| 4/24/2019 | 900 | $38.40 |
| 4/24/2019 | 112 | $38.40 |
| 4/24/2019 | 200 | $38.40 |
| 4/24/2019 | 900 | $38.40 |
| 4/24/2019 | 51 | $38.40 |
| 4/24/2019 | 5 | $38.66 |
| 4/24/2019 | 95 | $38.66 |
| 4/24/2019 | 1 | $38.66 |
| 4/24/2019 | 20 | $38.66 |
| 4/24/2019 | 50 | $38.66 |
| 4/24/2019 | 200 | $38.66 |
| 4/24/2019 | 150 | $38.66 |
| 4/24/2019 | 2479 | $38.66 |
| 4/24/2019 | 94 | $38.66 |
| 4/24/2019 | 2200 | $38.66 |
| 4/24/2019 | 7 | $38.66 |
| 4/24/2019 | 699 | $38.66 |
| 4/24/2019 | 100 | $38.16 |

15

| | | |
|---|---|---|
| 4/24/2019 | 300 | $38.16 |
| 4/24/2019 | 1600 | $38.16 |
| 4/24/2019 | 100 | $38.00 |
| 4/24/2019 | 100 | $38.04 |
| 4/24/2019 | 50 | $38.00 |
| 4/24/2019 | 833 | $38.00 |
| 4/24/2019 | 1000 | $37.89 |
| 4/24/2019 | 200 | $37.87 |
| 4/24/2019 | 100 | $37.86 |
| 4/24/2019 | 100 | $37.86 |
| 4/24/2019 | 100 | $37.86 |
| 4/24/2019 | 200 | $37.84 |
| 4/24/2019 | 17 | $37.84 |
| 4/24/2019 | 200 | $37.84 |
| 4/24/2019 | 50 | $37.75 |
| 4/24/2019 | 100 | $37.75 |
| 4/24/2019 | 52 | $37.75 |
| 4/24/2019 | 100 | $37.75 |
| 4/24/2019 | 200 | $37.75 |
| 4/24/2019 | 2000 | $37.63 |
| 4/24/2019 | 100 | $37.67 |
| 4/24/2019 | 100 | $37.64 |
| 4/24/2019 | 100 | $37.64 |
| 4/24/2019 | 200 | $37.63 |
| 4/24/2019 | 100 | $37.63 |
| 4/24/2019 | 100 | $37.60 |
| 4/24/2019 | 100 | $37.60 |
| 4/24/2019 | 100 | $37.60 |
| 4/24/2019 | 100 | $37.60 |
| 4/24/2019 | 50 | $37.60 |
| 4/24/2019 | 398 | $37.60 |
| 4/24/2019 | 50 | $37.60 |
| 4/26/2019 | 1900 | $38.28 |
| 4/26/2019 | 100 | $38.28 |
| 4/26/2019 | 200 | $38.35 |
| 4/26/2019 | 2800 | $38.35 |
| 4/26/2019 | 80 | $38.38 |
| 4/26/2019 | 1920 | $38.38 |
| 4/26/2019 | 1029 | $38.88 |
| 4/26/2019 | 230 | $38.88 |
| 4/26/2019 | 165 | $38.88 |
| 4/26/2019 | 100 | $38.88 |
| 4/26/2019 | 276 | $38.88 |

16

| | | |
|---|---|---|
| 4/26/2019 | 200 | $38.88 |
| 4/26/2019 | 3000 | $39.11 |
| 4/26/2019 | 1900 | $38.95 |
| 4/26/2019 | 100 | $38.95 |
| 4/26/2019 | 3000 | $38.31 |
| 4/26/2019 | 255 | $38.55 |
| 4/26/2019 | 2676 | $38.55 |
| 4/26/2019 | 69 | $38.55 |
| 4/26/2019 | 100 | $38.56 |
| 4/26/2019 | 500 | $38.56 |
| 4/26/2019 | 120 | $38.56 |
| 4/26/2019 | 200 | $38.56 |
| 4/26/2019 | 100 | $38.56 |
| 4/26/2019 | 200 | $38.56 |
| 4/26/2019 | 100 | $38.56 |
| 4/26/2019 | 100 | $38.56 |
| 4/26/2019 | 100 | $38.56 |
| 4/26/2019 | 100 | $38.56 |
| 4/26/2019 | 100 | $38.56 |
| 4/26/2019 | 200 | $38.56 |
| 4/26/2019 | 2 | $38.56 |
| 4/26/2019 | 78 | $38.56 |
| 4/26/2019 | 1025 | $38.74 |
| 4/26/2019 | 100 | $38.74 |
| 4/26/2019 | 700 | $38.74 |
| 4/26/2019 | 1000 | $38.74 |
| 4/26/2019 | 175 | $38.74 |
| 4/26/2019 | 186 | $39.11 |
| 4/26/2019 | 6 | $39.11 |
| 4/26/2019 | 946 | $39.11 |
| 4/26/2019 | 862 | $39.11 |
| 4/26/2019 | 336 | $39.38 |
| 4/26/2019 | 2000 | $39.38 |
| 4/26/2019 | 664 | $39.38 |
| 4/26/2019 | 200 | $38.21 |
| 4/26/2019 | 305 | $38.21 |
| 4/26/2019 | 100 | $38.21 |
| 4/26/2019 | 100 | $38.20 |
| 4/26/2019 | 100 | $38.20 |
| 4/26/2019 | 90 | $38.20 |
| 4/26/2019 | 88 | $38.20 |
| 4/26/2019 | 100 | $38.16 |
| 4/26/2019 | 100 | $38.14 |

17

| | | |
|---|---|---|
| 4/26/2019 | 100 | $38.18 |
| 4/26/2019 | 200 | $38.16 |
| 4/26/2019 | 315 | $38.12 |
| 4/26/2019 | 267 | $38.03 |
| 4/26/2019 | 272 | $38.03 |
| 4/26/2019 | 200 | $38.00 |
| 4/26/2019 | 100 | $38.00 |
| 4/26/2019 | 200 | $38.00 |
| 4/26/2019 | 25 | $38.00 |
| 4/26/2019 | 1000 | $38.00 |
| 4/26/2019 | 200 | $37.98 |
| 4/26/2019 | 175 | $37.87 |
| 4/26/2019 | 100 | $37.88 |
| 4/26/2019 | 100 | $38.25 |
| 4/26/2019 | 2900 | $38.25 |
| 5/1/2019 | 100 | $47.79 |
| 5/1/2019 | 16 | $47.79 |
| 5/1/2019 | 400 | $47.79 |
| 5/1/2019 | 400 | $47.79 |
| 5/1/2019 | 11 | $47.82 |
| 5/1/2019 | 73 | $47.79 |
| 5/1/2019 | 100 | $47.90 |
| 5/1/2019 | 200 | $47.90 |
| 5/1/2019 | 100 | $47.90 |
| 5/1/2019 | 200 | $47.90 |
| 5/1/2019 | 100 | $47.90 |
| 5/1/2019 | 13 | $47.90 |
| 5/1/2019 | 7 | $47.90 |
| 5/1/2019 | 100 | $47.90 |
| 5/1/2019 | 100 | $47.90 |
| 5/1/2019 | 80 | $47.90 |
| 5/1/2019 | 500 | $47.75 |

18

**Account 2 - Purchases**

| Date Purchased | Shares | Price per Share |
|---|---|---|
| 5/9/2019 | 300 | ($31.13) |
| 5/9/2019 | 100 | ($31.13) |
| 5/9/2019 | 20 | ($31.08) |
| 5/9/2019 | 200 | ($31.11) |
| 5/9/2019 | 300 | ($30.69) |
| 5/9/2019 | 100 | ($30.69) |
| 5/9/2019 | 60 | ($30.69) |
| 5/9/2019 | 100 | ($30.69) |
| 5/9/2019 | 260 | ($30.69) |
| 5/9/2019 | 299 | ($30.82) |
| 5/9/2019 | 100 | ($30.83) |
| 5/9/2019 | 101 | ($30.83) |
| 5/9/2019 | 100 | ($30.83) |
| 5/9/2019 | 100 | ($30.92) |
| 5/9/2019 | 100 | ($30.96) |
| 5/9/2019 | 100 | ($30.97) |
| 5/9/2019 | 75 | ($30.95) |
| 5/9/2019 | 25 | ($30.97) |
| 5/9/2019 | 70 | ($30.41) |
| 5/9/2019 | 1930 | ($30.41) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |

19

| | | |
|---|---|---|
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 100 | ($29.78) |
| 5/9/2019 | 300 | ($29.78) |