# EXHIBIT 3

**Jumia Technologies AG Loss Chart**
**Class Period: April 12, 2019 through May 9, 2019**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $ 24.55156 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hexuan Cai** | 4/16/2019 | 700 | ($33.69) | ($23,582.23) | 4/16/2019 | 50 | $37.95 | $1,897.50 | | | | |
| Account 1 | 4/16/2019 | 300 | ($33.69) | ($10,106.25) | 4/16/2019 | 34 | $37.90 | $1,288.60 | | | | |
| | 4/16/2019 | 500 | ($33.68) | ($16,840.00) | 4/16/2019 | 50 | $37.94 | $1,897.00 | | | | |
| | 4/16/2019 | 20 | ($33.69) | ($673.80) | 4/16/2019 | 25 | $37.89 | $947.25 | | | | |
| | 4/16/2019 | 500 | ($33.69) | ($16,845.00) | 4/16/2019 | 874 | $37.89 | $33,115.86 | | | | |
| | 4/16/2019 | 500 | ($33.69) | ($16,845.00) | 4/16/2019 | 1,967 | $37.89 | $74,529.63 | | | | |
| | 4/16/2019 | 348 | ($33.70) | ($11,727.60) | 4/16/2019 | 10 | $37.77 | $377.70 | | | | |
| | 4/16/2019 | 800 | ($33.70) | ($26,960.00) | 4/16/2019 | 50 | $37.76 | $1,888.00 | | | | |
| | 4/16/2019 | 52 | ($33.70) | ($1,752.40) | 4/16/2019 | 10 | $37.78 | $377.80 | | | | |
| | 4/16/2019 | 100 | ($33.70) | ($3,370.00) | 4/16/2019 | 50 | $37.72 | $1,886.00 | | | | |
| | 4/16/2019 | 100 | ($33.74) | ($3,374.00) | 4/16/2019 | 100 | $37.70 | $3,770.00 | | | | |
| | 4/16/2019 | 80 | ($33.74) | ($2,699.20) | 4/16/2019 | 40 | $37.70 | $1,508.04 | | | | |
| | 4/16/2019 | 850 | ($33.75) | ($28,687.50) | 4/16/2019 | 100 | $37.70 | $3,770.25 | | | | |
| | 4/16/2019 | 100 | ($33.72) | ($3,372.00) | 4/16/2019 | 100 | $37.71 | $3,771.00 | | | | |
| | 4/16/2019 | 50 | ($33.74) | ($1,687.00) | 4/16/2019 | 1,500 | $37.76 | $56,643.60 | | | | |
| | 4/16/2019 | 50 | ($36.30) | ($1,815.00) | 4/16/2019 | 200 | $37.75 | $7,550.00 | | | | |
| | 4/16/2019 | 99 | ($36.30) | ($3,593.70) | 4/16/2019 | 50 | $37.71 | $1,885.50 | | | | |
| | 4/16/2019 | 350 | ($36.30) | ($12,705.00) | 4/16/2019 | 700 | $37.72 | $26,404.07 | | | | |
| | 4/16/2019 | 50 | ($36.30) | ($1,815.00) | 4/16/2019 | 50 | $37.70 | $1,885.00 | | | | |
| | 4/16/2019 | 50 | ($36.30) | ($1,815.00) | 4/16/2019 | 40 | $37.70 | $1,508.00 | | | | |
| | 4/16/2019 | 50 | ($36.30) | ($1,815.00) | 4/16/2019 | 2,043 | $39.88 | $81,474.84 | | | | |
| | 4/16/2019 | 50 | ($36.32) | ($1,816.00) | 4/16/2019 | 957 | $39.88 | $38,165.16 | | | | |
| | 4/16/2019 | 50 | ($36.34) | ($1,817.00) | 4/24/2019 | 1,050 | $38.34 | $40,257.00 | | | | |
| | 4/16/2019 | 150 | ($36.35) | ($5,452.50) | 4/24/2019 | 100 | $38.34 | $3,834.00 | | | | |
| | 4/16/2019 | 67 | ($36.36) | ($2,436.12) | 4/24/2019 | 850 | $38.34 | $32,589.00 | | | | |
| | 4/16/2019 | 34 | ($36.34) | ($1,235.56) | 4/24/2019 | 400 | $38.11 | $15,244.00 | | | | |
| | 4/16/2019 | 84 | ($39.14) | ($3,287.76) | 4/24/2019 | 700 | $38.11 | $26,677.00 | | | | |
| | 4/16/2019 | 300 | ($39.15) | ($11,743.50) | 4/24/2019 | 200 | $38.11 | $7,622.00 | | | | |
| | 4/16/2019 | 100 | ($39.15) | ($3,915.00) | 4/24/2019 | 400 | $38.11 | $15,244.00 | | | | |
| | 4/16/2019 | 1,500 | ($39.23) | ($58,845.00) | 4/24/2019 | 400 | $38.11 | $15,244.00 | | | | |
| | 4/16/2019 | 50 | ($39.22) | ($1,961.00) | 4/24/2019 | 400 | $38.11 | $15,244.00 | | | | |
| | 4/16/2019 | 100 | ($39.23) | ($3,923.00) | 4/24/2019 | 100 | $38.11 | $3,811.00 | | | | |
| | 4/16/2019 | 782 | ($39.24) | ($30,685.68) | 4/24/2019 | 200 | $38.11 | $7,622.00 | | | | |
| | 4/16/2019 | 34 | ($39.18) | ($1,332.12) | 4/24/2019 | 200 | $38.11 | $7,622.00 | | | | |
| | 4/16/2019 | 50 | ($39.23) | ($1,961.50) | 4/24/2019 | 200 | $38.22 | $7,644.00 | | | | |
| | 4/16/2019 | 300 | ($41.58) | ($12,474.00) | 4/24/2019 | 800 | $38.22 | $30,576.00 | | | | |
| | 4/16/2019 | 700 | ($41.58) | ($29,106.00) | 4/24/2019 | 500 | $38.22 | $19,110.00 | | | | |
| | 4/17/2019 | 100 | ($44.83) | ($4,483.00) | 4/24/2019 | 500 | $38.22 | $19,110.00 | | | | |
| | 4/17/2019 | 1,700 | ($44.84) | ($76,228.00) | 4/24/2019 | 500 | $38.22 | $19,110.00 | | | | |
| | 4/17/2019 | 50 | ($44.71) | ($2,235.50) | 4/24/2019 | 500 | $38.22 | $19,110.00 | | | | |
| | 4/17/2019 | 100 | ($44.87) | ($4,487.00) | 4/24/2019 | 237 | $38.50 | $9,124.50 | | | | |
| | 4/17/2019 | 50 | ($44.73) | ($2,236.50) | 4/24/2019 | 845 | $38.50 | $32,532.50 | | | | |
| | 4/17/2019 | 50 | ($44.73) | ($2,236.50) | 4/24/2019 | 500 | $38.50 | $19,250.00 | | | | |
| | 4/17/2019 | 100 | ($44.86) | ($4,486.00) | 4/24/2019 | 418 | $38.50 | $16,093.00 | | | | |
| | 4/17/2019 | 1,000 | ($44.88) | ($44,880.00) | 4/24/2019 | 327 | $38.55 | $12,605.85 | | | | |
| | 4/17/2019 | 100 | ($44.87) | ($4,487.00) | 4/24/2019 | 10 | $38.55 | $385.50 | | | | |
| | 4/17/2019 | 100 | ($44.89) | ($4,489.00) | 4/24/2019 | 431 | $38.55 | $16,615.05 | | | | |
| | 4/17/2019 | 1,100 | ($44.89) | ($49,379.00) | 4/24/2019 | 137 | $38.55 | $5,281.35 | | | | |
| | 4/17/2019 | 100 | ($44.84) | ($4,484.00) | 4/24/2019 | 365 | $38.55 | $14,070.75 | | | | |
| | 4/17/2019 | 200 | ($44.88) | ($8,976.00) | 4/24/2019 | 500 | $38.55 | $19,275.00 | | | | |

| 4/17/2019 | 250 | ($44.89) | ($11,222.50) | 4/24/2019 | 200 | $38.55 | $7,710.00 |
|---|---|---|---|---|---|---|---|
| 4/17/2019 | 400 | ($44.61) | ($17,844.00) | 4/24/2019 | 500 | $38.55 | $19,275.00 |
| 4/17/2019 | 200 | ($44.61) | ($8,922.00) | 4/24/2019 | 500 | $38.55 | $19,275.00 |
| 4/17/2019 | 400 | ($44.61) | ($17,844.00) | 4/24/2019 | 30 | $38.55 | $1,156.50 |
| 4/17/2019 | 100 | ($43.36) | ($4,336.00) | 4/24/2019 | 100 | $38.44 | $3,844.00 |
| 4/17/2019 | 50 | ($43.34) | ($2,167.00) | 4/24/2019 | 300 | $38.43 | $11,529.00 |
| 4/17/2019 | 1,700 | ($43.37) | ($73,729.00) | 4/24/2019 | 100 | $38.43 | $3,843.35 |
| 4/17/2019 | 100 | ($43.35) | ($4,335.00) | 4/24/2019 | 100 | $38.44 | $3,844.00 |
| 4/17/2019 | 21 | ($43.38) | ($910.98) | 4/24/2019 | 400 | $38.43 | $15,372.00 |
| 4/17/2019 | 29 | ($43.39) | ($1,258.31) | 4/24/2019 | 700 | $38.43 | $26,901.00 |
| 4/17/2019 | 100 | ($43.21) | ($4,321.00) | 4/24/2019 | 100 | $38.43 | $3,843.25 |
| 4/17/2019 | 50 | ($43.23) | ($2,161.50) | 4/24/2019 | 200 | $38.43 | $7,686.00 |
| 4/17/2019 | 200 | ($43.24) | ($8,648.00) | 4/24/2019 | 100 | $38.43 | $3,843.11 |
| 4/17/2019 | 100 | ($43.20) | ($4,320.00) | 4/24/2019 | 100 | $38.40 | $3,840.00 |
| 4/17/2019 | 50 | ($43.36) | ($2,168.00) | 4/24/2019 | 300 | $38.40 | $11,520.00 |
| 4/17/2019 | 150 | ($43.40) | ($6,510.00) | 4/24/2019 | 900 | $38.40 | $34,560.00 |
| 4/17/2019 | 16 | ($43.39) | ($694.24) | 4/24/2019 | 112 | $38.40 | $4,300.80 |
| 4/17/2019 | 34 | ($43.33) | ($1,473.22) | 4/24/2019 | 200 | $38.40 | $7,680.00 |
| 4/17/2019 | 50 | ($43.39) | ($2,169.50) | 4/24/2019 | 900 | $38.40 | $34,560.00 |
| 4/17/2019 | 100 | ($43.40) | ($4,340.00) | 4/24/2019 | 51 | $38.40 | $1,958.40 |
| 4/17/2019 | 100 | ($43.40) | ($4,340.00) | 4/24/2019 | 5 | $38.66 | $193.30 |
| 4/17/2019 | 50 | ($43.40) | ($2,170.00) | 4/24/2019 | 95 | $38.66 | $3,672.70 |
| 4/17/2019 | 100 | ($38.19) | ($3,819.00) | 4/24/2019 | 1 | $38.66 | $38.66 |
| 4/17/2019 | 1,900 | ($38.19) | ($72,561.00) | 4/24/2019 | 20 | $38.66 | $773.20 |
| 4/17/2019 | 300 | ($38.28) | ($11,484.00) | 4/24/2019 | 50 | $38.66 | $1,933.00 |
| 4/17/2019 | 14 | ($38.28) | ($535.92) | 4/24/2019 | 200 | $38.66 | $7,732.00 |
| 4/17/2019 | 355 | ($38.28) | ($13,589.40) | 4/24/2019 | 150 | $38.66 | $5,799.00 |
| 4/17/2019 | 331 | ($38.28) | ($12,670.68) | 4/24/2019 | 2,479 | $38.66 | $95,838.14 |
| 4/17/2019 | 1,000 | ($38.89) | ($38,890.00) | 4/24/2019 | 94 | $38.66 | $3,634.04 |
| 4/18/2019 | 100 | ($33.54) | ($3,354.00) | 4/24/2019 | 2,200 | $38.66 | $85,052.00 |
| 4/18/2019 | 100 | ($33.55) | ($3,355.00) | 4/24/2019 | 7 | $38.66 | $270.62 |
| 4/18/2019 | 1,000 | ($33.54) | ($33,540.00) | 4/24/2019 | 699 | $38.66 | $27,023.34 |
| 4/18/2019 | 800 | ($33.54) | ($26,832.00) | 4/24/2019 | 100 | $38.16 | $3,816.00 |
| 4/18/2019 | 1,900 | ($33.24) | ($63,156.00) | 4/24/2019 | 300 | $38.16 | $11,448.00 |
| 4/18/2019 | 100 | ($33.24) | ($3,324.00) | 4/24/2019 | 1,600 | $38.16 | $61,056.00 |
| 4/22/2019 | 300 | ($36.02) | ($10,804.50) | 4/24/2019 | 100 | $38.00 | $3,800.00 |
| 4/22/2019 | 900 | ($36.02) | ($32,413.50) | 4/24/2019 | 100 | $38.04 | $3,803.50 |
| 4/22/2019 | 300 | ($36.02) | ($10,804.50) | 4/24/2019 | 50 | $38.00 | $1,900.00 |
| 4/22/2019 | 100 | ($36.02) | ($3,601.50) | 4/24/2019 | 833 | $38.00 | $31,654.00 |
| 4/22/2019 | 400 | ($36.02) | ($14,406.00) | 4/24/2019 | 1,000 | $37.89 | $37,885.00 |
| 4/22/2019 | 300 | ($35.82) | ($10,744.50) | 4/24/2019 | 200 | $37.87 | $7,574.00 |
| 4/22/2019 | 1,100 | ($35.82) | ($39,396.50) | 4/24/2019 | 100 | $37.86 | $3,786.00 |
| 4/22/2019 | 1,200 | ($35.82) | ($42,984.00) | 4/24/2019 | 100 | $37.86 | $3,786.00 |
| 4/22/2019 | 100 | ($35.82) | ($3,581.50) | 4/24/2019 | 100 | $37.86 | $3,786.00 |
| 4/22/2019 | 200 | ($35.82) | ($7,164.00) | 4/24/2019 | 200 | $37.84 | $7,568.00 |
| 4/22/2019 | 100 | ($35.91) | ($3,591.00) | 4/24/2019 | 17 | $37.84 | $643.28 |
| 4/22/2019 | 50 | ($35.88) | ($1,794.00) | 4/24/2019 | 200 | $37.84 | $7,568.00 |
| 4/22/2019 | 50 | ($35.91) | ($1,795.50) | 4/24/2019 | 50 | $37.75 | $1,887.50 |
| 4/22/2019 | 50 | ($35.88) | ($1,794.00) | 4/24/2019 | 100 | $37.75 | $3,775.00 |
| 4/22/2019 | 139 | ($35.93) | ($4,994.27) | 4/24/2019 | 52 | $37.75 | $1,963.00 |
| 4/22/2019 | 50 | ($35.89) | ($1,794.50) | 4/24/2019 | 100 | $37.75 | $3,775.00 |
| 4/22/2019 | 200 | ($35.89) | ($7,178.00) | 4/24/2019 | 200 | $37.75 | $7,550.00 |
| 4/22/2019 | 100 | ($35.89) | ($3,589.00) | 4/24/2019 | 2,000 | $37.63 | $75,260.00 |

| 4/22/2019 | 50 | ($35.89) | ($1,794.50) | 4/24/2019 | 100 | $37.67 | $3,766.50 |
|---|---|---|---|---|---|---|---|
| 4/22/2019 | 50 | ($35.89) | ($1,794.50) | 4/24/2019 | 100 | $37.64 | $3,764.00 |
| 4/22/2019 | 50 | ($35.89) | ($1,794.50) | 4/24/2019 | 100 | $37.64 | $3,764.00 |
| 4/22/2019 | 50 | ($35.89) | ($1,794.50) | 4/24/2019 | 200 | $37.63 | $7,526.00 |
| 4/22/2019 | 50 | ($35.89) | ($1,794.50) | 4/24/2019 | 100 | $37.63 | $3,763.00 |
| 4/22/2019 | 50 | ($35.89) | ($1,794.50) | 4/24/2019 | 100 | $37.60 | $3,760.00 |
| 4/22/2019 | 95 | ($35.88) | ($3,408.60) | 4/24/2019 | 100 | $37.60 | $3,760.00 |
| 4/22/2019 | 7 | ($35.89) | ($251.23) | 4/24/2019 | 100 | $37.60 | $3,760.00 |
| 4/22/2019 | 50 | ($35.89) | ($1,794.50) | 4/24/2019 | 100 | $37.60 | $3,760.00 |
| 4/22/2019 | 50 | ($35.93) | ($1,796.50) | 4/24/2019 | 50 | $37.60 | $1,880.00 |
| 4/22/2019 | 100 | ($35.89) | ($3,589.00) | 4/24/2019 | 398 | $37.60 | $14,964.80 |
| 4/22/2019 | 50 | ($35.89) | ($1,794.50) | 4/24/2019 | 50 | $37.60 | $1,880.00 |
| 4/22/2019 | 107 | ($35.89) | ($3,840.23) | 4/26/2019 | 1,900 | $38.28 | $72,732.00 |
| 4/22/2019 | 200 | ($35.89) | ($7,178.00) | 4/26/2019 | 100 | $38.28 | $3,828.00 |
| 4/22/2019 | 5 | ($35.87) | ($179.35) | 4/26/2019 | 200 | $38.35 | $7,670.00 |
| 4/22/2019 | 50 | ($35.89) | ($1,794.50) | 4/26/2019 | 2,800 | $38.35 | $107,380.00 |
| 4/22/2019 | 7 | ($35.89) | ($251.23) | 4/26/2019 | 80 | $38.38 | $3,070.40 |
| 4/22/2019 | 50 | ($35.90) | ($1,795.00) | 4/26/2019 | 1,920 | $38.38 | $73,689.60 |
| 4/22/2019 | 50 | ($35.91) | ($1,795.50) | 4/26/2019 | 1,029 | $38.88 | $40,007.52 |
| 4/22/2019 | 100 | ($35.93) | ($3,593.00) | 4/26/2019 | 230 | $38.88 | $8,942.40 |
| 4/22/2019 | 100 | ($35.95) | ($3,595.00) | 4/26/2019 | 165 | $38.88 | $6,415.20 |
| 4/22/2019 | 50 | ($35.93) | ($1,796.50) | 4/26/2019 | 100 | $38.88 | $3,888.00 |
| 4/22/2019 | 50 | ($35.94) | ($1,797.00) | 4/26/2019 | 276 | $38.88 | $10,730.88 |
| 4/22/2019 | 95 | ($35.94) | ($3,414.30) | 4/26/2019 | 200 | $38.88 | $7,776.00 |
| 4/22/2019 | 50 | ($35.94) | ($1,797.00) | 4/26/2019 | 3,000 | $39.11 | $117,330.00 |
| 4/22/2019 | 50 | ($35.97) | ($1,798.50) | 4/26/2019 | 1,900 | $38.95 | $74,005.00 |
| 4/22/2019 | 50 | ($35.98) | ($1,799.00) | 4/26/2019 | 100 | $38.95 | $3,895.00 |
| 4/22/2019 | 50 | ($36.00) | ($1,800.00) | 4/26/2019 | 3,000 | $38.31 | $114,930.00 |
| 4/22/2019 | 50 | ($35.99) | ($1,799.50) | 4/26/2019 | 255 | $38.55 | $9,830.25 |
| 4/22/2019 | 50 | ($35.99) | ($1,799.50) | 4/26/2019 | 2,676 | $38.55 | $103,159.80 |
| 4/22/2019 | 100 | ($36.00) | ($3,600.00) | 4/26/2019 | 69 | $38.55 | $2,659.95 |
| 4/22/2019 | 100 | ($36.00) | ($3,600.00) | 4/26/2019 | 100 | $38.56 | $3,856.00 |
| 4/22/2019 | 100 | ($36.00) | ($3,600.00) | 4/26/2019 | 500 | $38.56 | $19,280.00 |
| 4/22/2019 | 50 | ($35.98) | ($1,799.00) | 4/26/2019 | 120 | $38.56 | $4,627.20 |
| 4/22/2019 | 50 | ($35.98) | ($1,799.00) | 4/26/2019 | 200 | $38.56 | $7,712.00 |
| 4/22/2019 | 111 | ($35.99) | ($3,994.89) | 4/26/2019 | 100 | $38.56 | $3,856.00 |
| 4/22/2019 | 20 | ($36.01) | ($720.20) | 4/26/2019 | 200 | $38.56 | $7,712.00 |
| 4/22/2019 | 50 | ($36.06) | ($1,803.00) | 4/26/2019 | 100 | $38.56 | $3,856.00 |
| 4/22/2019 | 50 | ($36.05) | ($1,802.50) | 4/26/2019 | 100 | $38.56 | $3,856.00 |
| 4/22/2019 | 100 | ($36.07) | ($3,607.00) | 4/26/2019 | 100 | $38.56 | $3,856.00 |
| 4/22/2019 | 100 | ($36.07) | ($3,607.00) | 4/26/2019 | 100 | $38.56 | $3,856.00 |
| 4/22/2019 | 50 | ($36.04) | ($1,802.00) | 4/26/2019 | 100 | $38.56 | $3,856.00 |
| 4/22/2019 | 50 | ($36.05) | ($1,802.50) | 4/26/2019 | 200 | $38.56 | $7,712.00 |
| 4/22/2019 | 200 | ($36.08) | ($7,216.00) | 4/26/2019 | 2 | $38.56 | $77.12 |
| 4/22/2019 | 50 | ($36.04) | ($1,802.00) | 4/26/2019 | 78 | $38.56 | $3,007.68 |
| 4/22/2019 | 50 | ($36.05) | ($1,802.50) | 4/26/2019 | 1,025 | $38.74 | $39,708.50 |
| 4/22/2019 | 50 | ($36.05) | ($1,802.50) | 4/26/2019 | 100 | $38.74 | $3,874.00 |
| 4/22/2019 | 100 | ($36.09) | ($3,609.00) | 4/26/2019 | 700 | $38.74 | $27,118.00 |
| 4/22/2019 | 50 | ($36.04) | ($1,802.00) | 4/26/2019 | 1,000 | $38.74 | $38,740.00 |
| 4/22/2019 | 50 | ($36.05) | ($1,802.50) | 4/26/2019 | 175 | $38.74 | $6,779.50 |
| 4/22/2019 | 100 | ($36.09) | ($3,609.00) | 4/26/2019 | 186 | $39.11 | $7,274.46 |
| 4/22/2019 | 50 | ($36.05) | ($1,802.50) | 4/26/2019 | 6 | $39.11 | $234.66 |
| 4/22/2019 | 50 | ($36.08) | ($1,804.00) | 4/26/2019 | 946 | $39.11 | $36,998.06 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 4/22/2019 | 50 | ($36.09) | ($1,804.50) | 4/26/2019 | 862 | $39.11 | $33,712.82 |
| 4/22/2019 | 300 | ($36.10) | ($10,830.00) | 4/26/2019 | 336 | $39.38 | $13,231.68 |
| 4/22/2019 | 100 | ($36.10) | ($3,610.00) | 4/26/2019 | 2,000 | $39.38 | $78,760.00 |
| 4/22/2019 | 50 | ($36.10) | ($1,805.00) | 4/26/2019 | 664 | $39.38 | $26,148.32 |
| 4/22/2019 | 100 | ($36.10) | ($3,610.00) | 4/26/2019 | 200 | $38.21 | $7,642.00 |
| 4/22/2019 | 200 | ($36.10) | ($7,220.00) | 4/26/2019 | 305 | $38.21 | $11,654.05 |
| 4/22/2019 | 300 | ($36.10) | ($10,830.00) | 4/26/2019 | 100 | $38.21 | $3,821.00 |
| 4/22/2019 | 300 | ($36.10) | ($10,830.00) | 4/26/2019 | 100 | $38.20 | $3,820.00 |
| 4/22/2019 | 50 | ($36.11) | ($1,805.50) | 4/26/2019 | 100 | $38.20 | $3,820.00 |
| 4/22/2019 | 50 | ($36.11) | ($1,805.50) | 4/26/2019 | 90 | $38.20 | $3,438.00 |
| 4/22/2019 | 200 | ($36.15) | ($7,230.00) | 4/26/2019 | 88 | $38.20 | $3,361.60 |
| 4/22/2019 | 200 | ($36.15) | ($7,230.00) | 4/26/2019 | 100 | $38.16 | $3,816.35 |
| 4/22/2019 | 300 | ($36.15) | ($10,845.00) | 4/26/2019 | 100 | $38.14 | $3,814.00 |
| 4/22/2019 | 100 | ($36.15) | ($3,615.00) | 4/26/2019 | 100 | $38.18 | $3,818.24 |
| 4/22/2019 | 400 | ($36.15) | ($14,460.00) | 4/26/2019 | 200 | $38.16 | $7,632.00 |
| 4/22/2019 | 50 | ($36.14) | ($1,807.00) | 4/26/2019 | 315 | $38.12 | $12,007.80 |
| 4/22/2019 | 50 | ($36.15) | ($1,807.50) | 4/26/2019 | 267 | $38.03 | $10,154.01 |
| 4/22/2019 | 50 | ($36.15) | ($1,807.50) | 4/26/2019 | 272 | $38.03 | $10,344.16 |
| 4/22/2019 | 14 | ($36.18) | ($506.52) | 4/26/2019 | 200 | $38.00 | $7,600.00 |
| 4/22/2019 | 85 | ($36.13) | ($3,071.05) | 4/26/2019 | 100 | $38.00 | $3,800.00 |
| 4/22/2019 | 50 | ($36.13) | ($1,806.50) | 4/26/2019 | 200 | $38.00 | $7,600.00 |
| 4/22/2019 | 100 | ($36.13) | ($3,613.00) | 4/26/2019 | 25 | $38.00 | $950.00 |
| 4/22/2019 | 100 | ($36.13) | ($3,613.00) | 4/26/2019 | 1,000 | $38.00 | $38,000.00 |
| 4/22/2019 | 4,000 | ($36.13) | ($144,520.00) | 4/26/2019 | 200 | $37.98 | $7,596.00 |
| 4/22/2019 | 500 | ($36.13) | ($18,065.00) | 4/26/2019 | 175 | $37.87 | $6,627.25 |
| 4/22/2019 | 100 | ($36.13) | ($3,613.00) | 4/26/2019 | 100 | $37.88 | $3,787.72 |
| 4/22/2019 | 65 | ($36.13) | ($2,348.45) | 4/26/2019 | 100 | $38.25 | $3,825.00 |
| 4/22/2019 | 900 | ($35.20) | ($31,680.00) | 4/26/2019 | 2,900 | $38.25 | $110,925.00 |
| 4/22/2019 | 300 | ($35.20) | ($10,560.00) | 5/1/2019 | 100 | $47.79 | $4,779.00 |
| 4/22/2019 | 700 | ($35.20) | ($24,640.00) | 5/1/2019 | 16 | $47.79 | $764.64 |
| 4/22/2019 | 1,400 | ($35.20) | ($49,280.00) | 5/1/2019 | 400 | $47.79 | $19,116.44 |
| 4/22/2019 | 1,700 | ($35.20) | ($59,840.00) | 5/1/2019 | 400 | $47.79 | $19,116.44 |
| 4/22/2019 | 331 | ($35.22) | ($11,657.82) | 5/1/2019 | 11 | $47.82 | $526.02 |
| 4/22/2019 | 7 | ($35.22) | ($246.54) | 5/1/2019 | 73 | $47.79 | $3,488.67 |
| 4/22/2019 | 2,500 | ($35.22) | ($88,050.00) | 5/1/2019 | 100 | $47.90 | $4,790.00 |
| 4/22/2019 | 75 | ($35.22) | ($2,641.50) | 5/1/2019 | 200 | $47.90 | $9,580.00 |
| 4/22/2019 | 1,851 | ($35.22) | ($65,192.22) | 5/1/2019 | 100 | $47.90 | $4,790.00 |
| 4/22/2019 | 1 | ($35.22) | ($35.22) | 5/1/2019 | 200 | $47.90 | $9,580.00 |
| 4/22/2019 | 135 | ($35.22) | ($4,754.70) | 5/1/2019 | 100 | $47.90 | $4,790.00 |
| 4/22/2019 | 100 | ($35.22) | ($3,522.00) | 5/1/2019 | 13 | $47.90 | $622.70 |
| 4/22/2019 | 230 | ($35.05) | ($8,061.50) | 5/1/2019 | 7 | $47.90 | $335.30 |
| 4/22/2019 | 200 | ($35.05) | ($7,010.00) | 5/1/2019 | 100 | $47.90 | $4,790.00 |
| 4/22/2019 | 970 | ($35.05) | ($33,998.50) | 5/1/2019 | 100 | $47.90 | $4,790.00 |
| 4/22/2019 | 5 | ($35.05) | ($175.25) | 5/1/2019 | 80 | $47.90 | $3,832.00 |
| 4/22/2019 | 264 | ($35.05) | ($9,253.20) | 5/1/2019 | 500 | $47.75 | $23,875.00 |
| 4/22/2019 | 200 | ($35.05) | ($7,010.00) | | | | |
| 4/22/2019 | 147 | ($35.05) | ($5,152.35) | | | | |
| 4/22/2019 | 800 | ($35.05) | ($28,040.00) | | | | |
| 4/22/2019 | 32 | ($35.05) | ($1,121.60) | | | | |
| 4/22/2019 | 31 | ($35.05) | ($1,086.55) | | | | |
| 4/22/2019 | 794 | ($35.05) | ($27,829.70) | | | | |
| 4/22/2019 | 198 | ($35.05) | ($6,939.90) | | | | |
| 4/22/2019 | 140 | ($35.05) | ($4,907.00) | | | | |

| | | | |
|---|---|---|---|
| 4/22/2019 | 989 | ($35.05) | ($34,664.45) |
| 4/22/2019 | 100 | ($34.55) | ($3,455.00) |
| 4/22/2019 | 50 | ($34.55) | ($1,727.50) |
| 4/22/2019 | 100 | ($34.55) | ($3,455.00) |
| 4/22/2019 | 3,370 | ($34.55) | ($116,433.50) |
| 4/22/2019 | 1,250 | ($34.55) | ($43,187.50) |
| 4/22/2019 | 20 | ($34.55) | ($691.00) |
| 4/22/2019 | 100 | ($34.55) | ($3,455.00) |
| 4/22/2019 | 10 | ($34.55) | ($345.50) |
| 4/22/2019 | 100 | ($34.58) | ($3,458.00) |
| 4/22/2019 | 4,900 | ($34.58) | ($169,442.00) |
| 4/22/2019 | 100 | ($32.86) | ($3,286.00) |
| 4/22/2019 | 100 | ($32.88) | ($3,288.00) |
| 4/22/2019 | 100 | ($32.86) | ($3,286.00) |
| 4/22/2019 | 100 | ($32.88) | ($3,288.00) |
| 4/22/2019 | 100 | ($32.88) | ($3,288.00) |
| 4/22/2019 | 100 | ($32.88) | ($3,288.00) |
| 4/22/2019 | 100 | ($32.88) | ($3,288.00) |
| 4/22/2019 | 100 | ($32.88) | ($3,288.00) |
| 4/22/2019 | 800 | ($32.88) | ($26,304.00) |
| 4/22/2019 | 400 | ($32.88) | ($13,152.00) |
| 4/22/2019 | 100 | ($33.20) | ($3,319.50) |
| 4/22/2019 | 100 | ($33.20) | ($3,320.00) |
| 4/22/2019 | 100 | ($33.20) | ($3,320.00) |
| 4/22/2019 | 100 | ($33.20) | ($3,320.00) |
| 4/22/2019 | 100 | ($33.20) | ($3,320.00) |
| 4/22/2019 | 100 | ($33.20) | ($3,320.00) |
| 4/22/2019 | 198 | ($33.20) | ($6,573.60) |
| 4/22/2019 | 200 | ($33.20) | ($6,640.00) |
| 4/22/2019 | 2 | ($33.20) | ($66.40) |
| 4/22/2019 | 700 | ($33.20) | ($23,239.23) |
| 4/22/2019 | 100 | ($33.20) | ($3,320.00) |
| 4/22/2019 | 21 | ($33.20) | ($697.20) |
| 4/22/2019 | 1,000 | ($33.20) | ($33,200.00) |
| 4/22/2019 | 100 | ($33.20) | ($3,320.00) |
| 4/22/2019 | 79 | ($33.20) | ($2,622.80) |
| 4/25/2019 | 50 | ($35.18) | ($1,759.00) |
| 4/25/2019 | 100 | ($35.18) | ($3,518.00) |
| 4/25/2019 | 100 | ($35.19) | ($3,519.00) |
| 4/25/2019 | 728 | ($35.19) | ($25,618.32) |
| 4/25/2019 | 2,022 | ($35.20) | ($71,174.40) |
| 4/25/2019 | 117 | ($35.25) | ($4,124.25) |
| 4/25/2019 | 1,883 | ($35.25) | ($66,375.75) |
| 5/2/2019 | 100 | ($43.05) | ($4,305.00) |
| 5/2/2019 | 20 | ($43.05) | ($861.00) |
| 5/2/2019 | 880 | ($43.05) | ($37,884.00) |
| 5/2/2019 | 450 | ($42.95) | ($19,327.50) |
| 5/2/2019 | 100 | ($42.95) | ($4,295.00) |
| 5/2/2019 | 250 | ($42.95) | ($10,737.50) |
| 5/2/2019 | 300 | ($42.95) | ($12,885.00) |
| 5/2/2019 | 200 | ($42.95) | ($8,590.00) |
| 5/2/2019 | 200 | ($42.95) | ($8,590.00) |
| 5/7/2019 | 100 | ($35.40) | ($3,540.00) |

| | | | |
|---|---|---|---|
| 5/7/2019 | 250 | ($35.40) | ($8,850.00) |
| 5/7/2019 | 100 | ($35.42) | ($3,542.00) |
| 5/7/2019 | 100 | ($35.42) | ($3,542.00) |
| 5/7/2019 | 100 | ($35.48) | ($3,548.00) |
| 5/7/2019 | 100 | ($35.49) | ($3,549.00) |
| 5/7/2019 | 100 | ($35.50) | ($3,550.00) |
| 5/7/2019 | 30 | ($35.50) | ($1,065.00) |
| 5/7/2019 | 50 | ($35.50) | ($1,775.00) |
| 5/7/2019 | 100 | ($35.50) | ($3,550.00) |
| 5/7/2019 | 100 | ($35.50) | ($3,550.00) |
| 5/7/2019 | 20 | ($35.50) | ($710.00) |
| 5/7/2019 | 55 | ($35.50) | ($1,952.50) |
| 5/7/2019 | 100 | ($35.50) | ($3,550.00) |
| 5/7/2019 | 2 | ($35.50) | ($71.00) |
| 5/7/2019 | 100 | ($35.50) | ($3,550.00) |
| 5/7/2019 | 20 | ($35.50) | ($710.00) |
| 5/7/2019 | 243 | ($35.50) | ($8,626.50) |
| 5/7/2019 | 100 | ($35.51) | ($3,551.00) |
| 5/7/2019 | 100 | ($35.51) | ($3,551.00) |
| 5/7/2019 | 500 | ($35.51) | ($17,755.00) |
| 5/7/2019 | 200 | ($35.48) | ($7,096.00) |
| 5/7/2019 | 200 | ($35.55) | ($7,110.00) |
| 5/7/2019 | 130 | ($35.53) | ($4,618.90) |
| 5/7/2019 | 100 | ($35.59) | ($3,559.00) |
| 5/7/2019 | 100 | ($34.65) | ($3,465.00) |
| 5/7/2019 | 100 | ($34.65) | ($3,465.00) |
| 5/7/2019 | 100 | ($34.65) | ($3,465.00) |
| 5/7/2019 | 100 | ($34.65) | ($3,465.00) |
| 5/7/2019 | 200 | ($34.66) | ($6,932.00) |
| 5/7/2019 | 400 | ($34.75) | ($13,900.00) |
| 5/7/2019 | 100 | ($34.80) | ($3,480.00) |
| 5/7/2019 | 100 | ($34.65) | ($3,465.00) |
| 5/7/2019 | 100 | ($34.65) | ($3,465.00) |
| 5/7/2019 | 200 | ($34.65) | ($6,930.00) |
| 5/7/2019 | 100 | ($34.67) | ($3,467.00) |
| 5/7/2019 | 100 | ($34.66) | ($3,466.00) |
| 5/7/2019 | 100 | ($34.80) | ($3,480.00) |
| 5/7/2019 | 200 | ($34.80) | ($6,960.00) |
| 5/7/2019 | 100 | ($34.74) | ($3,473.75) |
| 5/7/2019 | 100 | ($34.74) | ($3,474.00) |
| 5/7/2019 | 100 | ($34.74) | ($3,474.00) |
| 5/7/2019 | 300 | ($34.74) | ($10,421.25) |
| 5/7/2019 | 400 | ($34.74) | ($13,895.56) |
| 5/7/2019 | 100 | ($34.96) | ($3,496.00) |
| 5/7/2019 | 100 | ($34.95) | ($3,495.00) |
| 5/7/2019 | 100 | ($34.98) | ($3,498.00) |
| 5/7/2019 | 100 | ($34.98) | ($3,498.00) |
| 5/7/2019 | 100 | ($35.00) | ($3,500.00) |
| 5/7/2019 | 100 | ($35.05) | ($3,505.00) |
| 5/7/2019 | 600 | ($35.05) | ($21,029.34) |
| 5/7/2019 | 100 | ($35.05) | ($3,505.00) |
| 5/7/2019 | 100 | ($35.03) | ($3,503.00) |
| 5/7/2019 | 1,000 | ($35.05) | ($35,047.50) |

| | | | |
|---|---|---|---|
| 5/7/2019 | 500 | ($35.05) | ($17,525.00) |
| 5/7/2019 | 100 | ($35.05) | ($3,505.00) |
| 5/7/2019 | 100 | ($35.10) | ($3,510.00) |
| 5/7/2019 | 100 | ($35.03) | ($3,503.00) |
| 5/7/2019 | 100 | ($35.05) | ($3,505.00) |
| 5/7/2019 | 100 | ($35.10) | ($3,510.00) |
| 5/7/2019 | 100 | ($35.10) | ($3,510.00) |
| 5/7/2019 | 100 | ($35.10) | ($3,510.00) |
| 5/7/2019 | 400 | ($35.10) | ($14,040.00) |
| 5/7/2019 | 100 | ($35.15) | ($3,515.00) |
| 5/7/2019 | 100 | ($35.09) | ($3,509.00) |
| 5/7/2019 | 100 | ($35.17) | ($3,517.00) |
| 5/7/2019 | 100 | ($35.17) | ($3,517.00) |
| 5/7/2019 | 250 | ($35.25) | ($8,812.50) |
| 5/7/2019 | 100 | ($35.25) | ($3,525.00) |
| 5/7/2019 | 200 | ($35.23) | ($7,046.00) |
| 5/7/2019 | 100 | ($35.23) | ($3,523.00) |
| 5/7/2019 | 100 | ($35.21) | ($3,521.00) |
| 5/7/2019 | 200 | ($35.25) | ($7,050.00) |
| 5/7/2019 | 1,000 | ($35.25) | ($35,250.00) |
| 5/7/2019 | 100 | ($35.23) | ($3,523.00) |
| 5/7/2019 | 100 | ($35.25) | ($3,525.00) |
| 5/7/2019 | 100 | ($35.25) | ($3,525.00) |
| 5/7/2019 | 350 | ($35.25) | ($12,337.50) |
| 5/7/2019 | 100 | ($35.17) | ($3,517.00) |
| 5/7/2019 | 100 | ($35.20) | ($3,520.00) |
| 5/7/2019 | 700 | ($35.20) | ($24,639.23) |
| 5/7/2019 | 1,300 | ($35.20) | ($45,756.75) |
| 5/7/2019 | 100 | ($35.19) | ($3,519.00) |
| 5/7/2019 | 100 | ($35.20) | ($3,520.00) |
| 5/7/2019 | 100 | ($35.20) | ($3,520.00) |
| 5/7/2019 | 100 | ($35.20) | ($3,520.00) |
| 5/7/2019 | 2,000 | ($35.20) | ($70,400.00) |
| 5/7/2019 | 100 | ($35.15) | ($3,515.00) |
| 5/7/2019 | 100 | ($35.28) | ($3,528.00) |
| 5/7/2019 | 10 | ($35.25) | ($352.50) |
| 5/7/2019 | 100 | ($35.29) | ($3,529.00) |
| 5/7/2019 | 90 | ($35.29) | ($3,176.10) |
| 5/7/2019 | 1,900 | ($35.00) | ($66,500.00) |
| 5/7/2019 | 100 | ($35.00) | ($3,500.00) |
| 5/7/2019 | 100 | ($34.92) | ($3,491.50) |
| 5/7/2019 | 100 | ($35.00) | ($3,500.00) |
| 5/7/2019 | 100 | ($34.98) | ($3,498.00) |
| 5/7/2019 | 100 | ($34.93) | ($3,493.00) |
| 5/7/2019 | 100 | ($35.01) | ($3,501.00) |
| 5/7/2019 | 100 | ($35.02) | ($3,502.00) |
| 5/7/2019 | 3 | ($35.02) | ($105.06) |
| 5/7/2019 | 11 | ($35.01) | ($385.11) |
| 5/7/2019 | 100 | ($35.04) | ($3,504.00) |
| 5/7/2019 | 100 | ($35.01) | ($3,501.00) |
| 5/7/2019 | 100 | ($35.07) | ($3,507.00) |
| 5/7/2019 | 100 | ($35.10) | ($3,510.00) |
| 5/7/2019 | 100 | ($35.15) | ($3,515.00) |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 5/7/2019 | 300 | ($35.19) | ($10,557.00) |
| 5/7/2019 | 100 | ($35.09) | ($3,509.00) |
| 5/7/2019 | 700 | ($35.19) | ($24,633.00) |
| 5/7/2019 | 300 | ($35.19) | ($10,557.00) |
| 5/7/2019 | 100 | ($35.21) | ($3,521.00) |
| 5/7/2019 | 100 | ($35.32) | ($3,532.00) |
| 5/7/2019 | 100 | ($35.32) | ($3,532.00) |
| 5/7/2019 | 1,000 | ($35.32) | ($35,320.00) |
| 5/7/2019 | 100 | ($35.32) | ($3,532.00) |
| 5/7/2019 | 500 | ($35.32) | ($17,660.00) |
| 5/7/2019 | 100 | ($35.26) | ($3,526.00) |
| 5/7/2019 | 100 | ($35.25) | ($3,525.00) |
| 5/7/2019 | 150 | ($35.35) | ($5,302.50) |
| 5/7/2019 | 200 | ($35.35) | ($7,070.00) |
| 5/7/2019 | 36 | ($35.35) | ($1,272.60) |
| 5/7/2019 | 100 | ($35.04) | ($3,504.00) |
| 5/7/2019 | 1,000 | ($35.05) | ($35,050.00) |
| 5/7/2019 | 3,900 | ($35.05) | ($136,695.00) |
| 5/7/2019 | 100 | ($34.59) | ($3,459.00) |
| 5/7/2019 | 100 | ($34.63) | ($3,463.00) |
| 5/7/2019 | 1,000 | ($34.63) | ($34,630.00) |
| 5/7/2019 | 200 | ($34.61) | ($6,922.00) |
| 5/7/2019 | 200 | ($34.62) | ($6,924.00) |
| 5/7/2019 | 100 | ($34.63) | ($3,463.00) |
| 5/7/2019 | 100 | ($34.63) | ($3,463.00) |
| 5/7/2019 | 100 | ($34.61) | ($3,461.00) |
| 5/7/2019 | 100 | ($34.68) | ($3,468.00) |
| 5/7/2019 | 100 | ($34.68) | ($3,468.00) |
| 5/7/2019 | 100 | ($34.68) | ($3,468.00) |
| 5/7/2019 | 100 | ($34.68) | ($3,468.00) |
| 5/7/2019 | 100 | ($34.68) | ($3,468.00) |
| 5/7/2019 | 100 | ($34.68) | ($3,468.00) |
| 5/7/2019 | 100 | ($34.68) | ($3,468.00) |
| 5/7/2019 | 100 | ($34.77) | ($3,477.00) |
| 5/7/2019 | 200 | ($34.82) | ($6,964.00) |
| 5/7/2019 | 100 | ($34.77) | ($3,477.00) |
| 5/7/2019 | 1,000 | ($34.82) | ($34,820.00) |
| 5/7/2019 | 700 | ($34.94) | ($24,458.00) |
| 5/7/2019 | 100 | ($34.85) | ($3,485.00) |
| 5/7/2019 | 200 | ($34.94) | ($6,988.00) |
| 5/8/2019 | 100 | ($34.92) | ($3,492.00) |
| 5/8/2019 | 80 | ($34.89) | ($2,791.20) |
| 5/8/2019 | 201 | ($34.92) | ($7,018.92) |
| 5/8/2019 | 100 | ($34.92) | ($3,492.00) |
| 5/8/2019 | 70 | ($34.68) | ($2,427.60) |
| 5/8/2019 | 100 | ($34.68) | ($3,468.00) |
| 5/8/2019 | 76 | ($34.68) | ($2,635.68) |
| 5/8/2019 | 1,754 | ($34.68) | ($60,828.72) |
| 5/8/2019 | 2,000 | ($34.45) | ($68,890.00) |
| 5/8/2019 | 3,000 | ($34.32) | ($102,960.00) |
| 5/8/2019 | 2,000 | ($34.25) | ($68,500.00) |
| 5/8/2019 | 400 | ($34.27) | ($13,707.56) |
| 5/8/2019 | 1,000 | ($34.27) | ($34,267.50) |

| | | | |
|---|---|---|---|
| 5/8/2019 | 200 | ($34.22) | ($6,844.00) |
| 5/8/2019 | 800 | ($34.27) | ($27,414.00) |
| 5/8/2019 | 500 | ($34.27) | ($17,134.45) |
| 5/8/2019 | 100 | ($34.26) | ($3,426.00) |
| 5/8/2019 | 70 | ($34.19) | ($2,393.30) |
| 5/8/2019 | 100 | ($34.19) | ($3,419.00) |
| 5/8/2019 | 100 | ($34.19) | ($3,419.00) |
| 5/8/2019 | 100 | ($34.19) | ($3,419.00) |
| 5/8/2019 | 200 | ($34.19) | ($6,838.00) |
| 5/8/2019 | 187 | ($34.19) | ($6,393.53) |
| 5/8/2019 | 2 | ($34.19) | ($68.38) |
| 5/8/2019 | 268 | ($34.19) | ($9,162.92) |
| 5/8/2019 | 1,973 | ($34.19) | ($67,456.87) |
| 5/8/2019 | 29 | ($33.87) | ($982.23) |
| 5/8/2019 | 4,699 | ($33.87) | ($159,155.13) |
| 5/8/2019 | 271 | ($33.87) | ($9,178.77) |
| 5/8/2019 | 1 | ($33.87) | ($33.87) |
| 5/9/2019 | 100 | ($30.90) | ($3,090.00) |
| 5/9/2019 | 100 | ($30.92) | ($3,092.00) |
| 5/9/2019 | 300 | ($30.92) | ($9,276.00) |
| 5/9/2019 | 200 | ($30.93) | ($6,186.00) |
| 5/9/2019 | 2,000 | ($30.90) | ($61,800.00) |
| 5/9/2019 | 100 | ($30.92) | ($3,092.00) |
| 5/9/2019 | 100 | ($30.90) | ($3,090.00) |
| 5/9/2019 | 100 | ($30.93) | ($3,093.00) |
| 5/9/2019 | 100 | ($28.49) | ($2,849.00) |
| 5/9/2019 | 100 | ($28.48) | ($2,848.00) |
| 5/9/2019 | 100 | ($28.52) | ($2,852.00) |
| 5/9/2019 | 6 | ($28.54) | ($171.24) |
| 5/9/2019 | 25 | ($28.51) | ($712.75) |
| 5/9/2019 | 300 | ($28.54) | ($8,562.00) |
| 5/9/2019 | 100 | ($28.54) | ($2,854.00) |
| 5/9/2019 | 91 | ($28.54) | ($2,597.14) |
| 5/9/2019 | 100 | ($28.64) | ($2,864.00) |
| 5/9/2019 | 25 | ($28.55) | ($713.75) |
| 5/9/2019 | 100 | ($28.56) | ($2,856.00) |
| 5/9/2019 | 100 | ($28.57) | ($2,857.00) |
| 5/9/2019 | 125 | ($28.65) | ($3,581.25) |
| 5/9/2019 | 728 | ($28.65) | ($20,857.20) |
| 5/9/2019 | 1,000 | ($28.56) | ($28,560.00) |
| 5/9/2019 | 35 | ($27.82) | ($973.70) |
| 5/9/2019 | 1,200 | ($27.95) | ($33,540.00) |
| 5/9/2019 | 35 | ($27.84) | ($974.40) |
| 5/9/2019 | 50 | ($27.90) | ($1,395.00) |
| 5/9/2019 | 100 | ($27.87) | ($2,787.00) |
| 5/9/2019 | 30 | ($27.84) | ($835.20) |
| 5/9/2019 | 50 | ($27.93) | ($1,396.50) |
| 5/9/2019 | 1,200 | ($27.93) | ($33,516.00) |
| 5/9/2019 | 100 | ($27.92) | ($2,792.00) |
| 5/9/2019 | 100 | ($27.94) | ($2,794.00) |
| 5/9/2019 | 100 | ($27.95) | ($2,795.00) |
| 5/9/2019 | 2,000 | ($28.00) | ($56,000.00) |
| 5/9/2019 | 365 | ($28.00) | ($10,220.00) |

| | | | |
|---|---|---|---|
| 5/9/2019 | 635 | ($28.00) | ($17,780.00) |
| 5/9/2019 | 100 | ($26.46) | ($2,646.00) |
| 5/9/2019 | 500 | ($26.47) | ($13,235.00) |
| 5/9/2019 | 950 | ($26.55) | ($25,222.50) |
| 5/9/2019 | 300 | ($26.46) | ($7,938.00) |
| 5/9/2019 | 100 | ($26.54) | ($2,654.00) |
| 5/9/2019 | 750 | ($26.55) | ($19,912.50) |
| 5/9/2019 | 100 | ($26.52) | ($2,652.00) |
| 5/9/2019 | 100 | ($26.53) | ($2,653.00) |
| 5/9/2019 | 100 | ($26.55) | ($2,655.00) |
| 5/9/2019 | 2,000 | ($26.93) | ($53,860.00) |
| 5/9/2019 | 112 | ($26.45) | ($2,962.40) |
| 5/9/2019 | 500 | ($26.45) | ($13,225.00) |
| 5/9/2019 | 300 | ($26.45) | ($7,935.00) |
| 5/9/2019 | 400 | ($26.45) | ($10,580.00) |
| 5/9/2019 | 1,000 | ($26.45) | ($26,450.00) |
| 5/9/2019 | 500 | ($26.45) | ($13,225.00) |
| 5/9/2019 | 500 | ($26.45) | ($13,225.00) |
| 5/9/2019 | 1,604 | ($26.45) | ($42,425.80) |
| 5/9/2019 | 84 | ($26.41) | ($2,218.44) |
| 5/9/2019 | 100 | ($25.56) | ($2,556.00) |
| 5/9/2019 | 1,319 | ($25.56) | ($33,713.64) |
| 5/9/2019 | 100 | ($25.56) | ($2,556.00) |
| 5/9/2019 | 100 | ($25.58) | ($2,558.00) |
| 5/9/2019 | 100 | ($25.68) | ($2,568.00) |
| 5/9/2019 | 2,000 | ($25.68) | ($51,360.00) |
| 5/9/2019 | 100 | ($25.62) | ($2,562.00) |
| 5/9/2019 | 100 | ($25.68) | ($2,568.00) |
| 5/9/2019 | 50 | ($25.64) | ($1,282.00) |
| 5/9/2019 | 100 | ($25.64) | ($2,564.00) |
| 5/9/2019 | 200 | ($25.69) | ($5,138.00) |
| 5/9/2019 | 100 | ($25.68) | ($2,568.00) |
| 5/9/2019 | 193 | ($25.69) | ($4,958.17) |
| 5/9/2019 | 38 | ($25.65) | ($974.70) |
| 5/9/2019 | 100 | ($25.65) | ($2,565.00) |
| 5/9/2019 | 50 | ($25.69) | ($1,284.50) |
| 5/9/2019 | 50 | ($25.67) | ($1,283.50) |
| 5/9/2019 | 100 | ($25.68) | ($2,568.00) |
| 5/9/2019 | 100 | ($25.69) | ($2,569.00) |
| 5/9/2019 | 50 | ($25.68) | ($1,284.00) |
| 5/9/2019 | 100 | ($25.67) | ($2,567.00) |
| 5/9/2019 | 100 | ($25.68) | ($2,568.00) |
| 5/9/2019 | 100 | ($25.67) | ($2,567.00) |
| 5/9/2019 | 100 | ($25.68) | ($2,568.00) |
| 5/9/2019 | 50 | ($25.68) | ($1,284.00) |
| 5/9/2019 | 200 | ($25.69) | ($5,138.00) |
| 5/9/2019 | 100 | ($25.68) | ($2,568.00) |
| 5/9/2019 | 100 | ($25.66) | ($2,566.00) |
| 5/9/2019 | 100 | ($25.67) | ($2,567.00) |
| 5/9/2019 | 50 | ($25.68) | ($1,284.00) |
| 5/9/2019 | 25 | ($25.68) | ($642.00) |
| 5/9/2019 | 50 | ($25.69) | ($1,284.50) |
| 5/9/2019 | 100 | ($25.67) | ($2,567.00) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 5/9/2019 | 250 | ($25.69) | ($6,422.50) | | | | | |
| | 5/9/2019 | 20 | ($25.68) | ($513.60) | | | | | |
| | 5/9/2019 | 100 | ($25.68) | ($2,568.00) | | | | | |
| | 5/9/2019 | 100 | ($25.68) | ($2,568.00) | | | | | |
| | 5/9/2019 | 300 | ($25.69) | ($7,707.00) | | | | | |
| | 5/9/2019 | 100 | ($25.67) | ($2,567.00) | | | | | |
| | 5/9/2019 | 100 | ($25.67) | ($2,567.00) | | | | | |
| | 5/9/2019 | 285 | ($25.69) | ($7,321.65) | | | | | |
| | 5/9/2019 | 100 | ($25.69) | ($2,569.00) | | | | | |
| | 5/9/2019 | 100 | ($25.69) | ($2,569.00) | | | | | |
| | 5/9/2019 | 150 | ($25.69) | ($3,853.50) | | | | | |
| | 5/9/2019 | 170 | ($25.69) | ($4,367.30) | | | | | |
| | | **166,981** | | **($5,730,376.55)** | **81,500** | **$3,157,638.68** | **85,481** | **$2,098,691.90** | **($474,045.97)** |
| Account 2 | 5/9/2019 | 1,000 | ($31.11) | ($31,110.00) | | | | | |
| | 5/9/2019 | 300 | ($31.13) | ($9,338.25) | | | | | |
| | 5/9/2019 | 100 | ($31.13) | ($3,112.89) | | | | | |
| | 5/9/2019 | 20 | ($31.08) | ($621.60) | | | | | |
| | 5/9/2019 | 200 | ($31.11) | ($6,222.00) | | | | | |
| | 5/9/2019 | 300 | ($30.69) | ($9,207.00) | | | | | |
| | 5/9/2019 | 100 | ($30.69) | ($3,069.00) | | | | | |
| | 5/9/2019 | 60 | ($30.69) | ($1,841.40) | | | | | |
| | 5/9/2019 | 100 | ($30.69) | ($3,069.00) | | | | | |
| | 5/9/2019 | 260 | ($30.69) | ($7,979.40) | | | | | |
| | 5/9/2019 | 299 | ($30.82) | ($9,215.18) | | | | | |
| | 5/9/2019 | 100 | ($30.83) | ($3,083.00) | | | | | |
| | 5/9/2019 | 101 | ($30.83) | ($3,113.83) | | | | | |
| | 5/9/2019 | 100 | ($30.83) | ($3,083.00) | | | | | |
| | 5/9/2019 | 100 | ($30.92) | ($3,092.00) | | | | | |
| | 5/9/2019 | 100 | ($30.96) | ($3,096.00) | | | | | |
| | 5/9/2019 | 100 | ($30.97) | ($3,097.00) | | | | | |
| | 5/9/2019 | 75 | ($30.95) | ($2,321.25) | | | | | |
| | 5/9/2019 | 25 | ($30.97) | ($774.25) | | | | | |
| | 5/9/2019 | 70 | ($30.41) | ($2,128.70) | | | | | |
| | 5/9/2019 | 1,930 | ($30.41) | ($58,691.30) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |
| | 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | |
| 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | |
| 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | |
| 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | |
| 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | |
| 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | |
| 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | |
| 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | |
| 5/9/2019 | 100 | ($29.78) | ($2,978.00) | | | | |
| 5/9/2019 | 300 | ($29.78) | ($8,934.00) | | | | |
| | **8,440** | | **($256,606.05)** | | | **8,440** | **$207,215.17** | **($49,390.88)** |
| **TOTAL:** | **175,421** | | **($5,986,982.60)** | **81,500** | **$3,157,638.68** | **93,921** | **$2,305,907.07** | **($523,436.85)** |