# EXHIBIT 4

**DECLARATION OF HEXUAN CAI**

I, Hexuan Cai, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this Declaration in support of my lead plaintiff motion in the Jumia Technologies AG ("Jumia") securities litigation.   I am informed of and understand the requirements and duties imposed by the PSLRA. I have personal knowledge about the information in this Declaration.

2.      I have been investing for over 5 years.  I attended University and have a degree in International Economy and Trade.  I am currently a private investor.

3.      I live in Canada.  I sometimes travel to the United States for business.  I do not anticipate any difficulties overseeing this case and counsel based on my foreign residence.

4.      I learned of this case after reading about it on the internet and viewing various notices issued by a number of law firms.  Prior to agreeing to be lead plaintiff, I vetted various law firms by reviewing their websites and conferring with their attorneys.  Ultimately, I decided to move forward as lead plaintiff in this action given my substantial financial interest and the merits of the action. I also understand that lead plaintiff status was not required for me in order to secure a recovery.

5.      I am aware of the role and the obligations of a lead plaintiff including overseeing the litigation and attorneys. The losses I suffered in Jumia securities are material, and if appointed lead plaintiff, I am committed to prosecuting this action to maximize the recovery for all investors who purchased or acquired Jumia securities during the class period.

6.      While numerous law firms issued notices in the case, I selected The Rosen Law Firm P.A. ("Rosen") as proposed lead counsel based on my research of the firm, their experience, and my communications with them.  I provided Rosen account documentation evidencing my

1



transactions in Jumia and then executed my PSLRA certification in support of my lead plaintiff motion.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 05,2019

_____
Hexuan Cai