**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY,<br><br>     Defendants. | Case No. 1:19-cv-04397-PKC |
| LUO ZHI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY,<br><br>     Defendants. | Case No. 1:19-cv-04952-PKC |

**[PROPOSED] ORDER GRANTING DONNA JONES' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered the motion of Donna Jones for appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.       The Motion is GRANTED;

2.       The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Jumia Technologies AG Securities Litigation*, Master File No. 1:19-cv-04397;

3.       The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Donna Jones as Lead Plaintiff; and

4.       Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel for the class.


IT IS SO ORDERED.



Dated: _____, 2019        _____

                                                                    HON. P. KEVIN CASTEL
                                                                    UNITED STATES DISTRICT JUDGE

1