UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | x | |
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:19-cv-04397-PKC |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : : : | |
| JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC and ANTOINE MAILLET-MEZERAY, | : : : : | |
| Defendants. | : : : | |
| LUO ZHI, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:19-cv-04952-PKC |
| Plaintiff, | : : : | CLASS ACTION |
| vs. | : : : : | |
| JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC and ANTOINE MAILLET-MEZERAY, | : : : : | |
| Defendants. | : : : | |
| | x | |

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

4820-3665-9100.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Hongtao Qiu will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 11D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, for an order: (1) consolidating the above-captioned related actions presently pending before this Court; (2) appointing Hongtao Qiu as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*; and (3) approving Mr. Qiu's selection of Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP as Lead Counsel for the proposed class.  In support of this Motion, Mr. Qiu submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  July 15, 2019                                  ROBBINS GELLER RUDMAN
                                                        & DOWD LLP
                                                       SAMUEL H. RUDMAN
                                                       DAVID A. ROSENFELD
                                                       VINCENT M. SERRA


                                                          *s/ David A. Rosenfeld*
                                                       DAVID A. ROSENFELD

                                                       58 South Service Road, Suite 200
                                                       Melville, NY  11747
                                                       Telephone:  631/367-7100
                                                       631/367-1173 (fax)
                                                       srudman@rgrdlaw.com
                                                       drosenfeld@rgrdlaw.com
                                                       vserra@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

JOHNSON FISTEL, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY  10016
Telephone:  212/802-1486
212/602-1592 (fax)
scotth@johnsonfistel.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on July 15, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
      & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4820-3665-9100.v1

# Mailing Information for a Case 1:19-cv-04397-PKC Strugala v. Jumia Technologies AG et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Julia A Malkina**
  malkinaj@sullcrom.com,julia-malkina-6321@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

- **Gregory Mark Nespole**
  gnespole@zlk.com

- **David Maxwell Rein**
  reind@sullcrom.com,druckj@sullcrom.com,s&cmanagingclerk@sullcrom.com,david-mj-rein-2809@ecf.pacerpro.com,pierrej@sullcrom.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)