UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:19-cv-04397-PKC |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| | : | |
| vs. | : : | |
| | : | |
| JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC and ANTOINE MAILLET-MEZERAY, | : : : : | |
| | : | |
| Defendants. | : : | |
| | : | |
| LUO ZHI, Individually and on Behalf of All Others Similarly Situated, | : : | Civil Action No. 1:19-cv-04952-PKC |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| | : | |
| vs. | : : | |
| | : | |
| JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC and ANTOINE MAILLET-MEZERAY, | : : : | |
| | : | |
| Defendants. | : : | |
| | x | |

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF SELECTION OF LEAD COUNSEL

4811-0381-9932.v1

I, DAVID A. ROSENFELD, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant Hongtao Qiu and proposed lead counsel for the class in the above-captioned related actions.  I make this declaration in support of Mr. Qiu's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of  Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published in *Business Wire*, a national business-oriented wire service, on May 14, 2019;

Exhibit B:    Mr Qiu's Sworn Certification;

Exhibit C:    Chart of Mr. Qiu's estimated losses, prepared by counsel;

Exhibit D:    Declaration of Hongtao Qiu in Support of Motion;

Exhibit E:    Robbins Geller Rudman & Dowd LLP's firm résumé; and

Exhibit F:    Johnson Fistel, LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of July, 2019, at Melville, New York.



*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 15, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4811-0381-9932.v1

# Mailing Information for a Case 1:19-cv-04397-PKC Strugala v. Jumia Technologies AG et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Julia A Malkina**
  malkinaj@sullcrom.com,julia-malkina-6321@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

- **Gregory Mark Nespole**
  gnespole@zlk.com

- **David Maxwell Rein**
  reind@sullcrom.com,druckj@sullcrom.com,s&cmanagingclerk@sullcrom.com,david-mj-rein-2809@ecf.pacerpro.com,pierrej@sullcrom.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)