# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|-----------|--------|-------------|-------|----------------|---------------------|
| Hongtao Qiu (ADS) | 04/16/2019 | 19,200 | $40.09 | $769,678.08 | 04/16/2019 | 15,220 | $40.29 | $613,194.01 | |
| | 04/17/2019 | 8,075 | $48.89 | $394,780.29 | 04/17/2019 | 7,855 | $48.50 | $380,967.50 | |
| | 04/30/2019 | 2,082 | $42.59 | $88,669.05 | 04/30/2019 | 2,000 | $44.25 | $88,500.00 | |
| | 05/01/2019 | 4,500 | $45.88 | $206,440.20 | 05/01/2019 | 6,332 | $44.95 | $284,592.37 | |
| | 05/02/2019 | 2,750 | $44.63 | $122,744.88 | 05/15/2019 | 300 | $25.04 | $7,510.50 | |
| | 05/08/2019 | 500 | $34.30 | $17,150.00 | 05/16/2019 | 500 | $24.27 | $12,137.00 | |
| | | | | | 05/20/2019 | 4,900 | $23.11 | $113,239.00 | |
| **Movant's Total** | | **37,107** | | **$1,599,462.49** | | **37,107** | | **$1,500,140.39** | **($99,322.11)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
  will be used depending on which value is higher.

Prices listed are rounded to two decimal places.