# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

STEPHEN STRUGALA, Individually and on  :  Civil Action No. 1:19-cv-04397-PKC
Behalf of All Others Similarly Situated,        :
                                                              :  CLASS ACTION
                   Plaintiff,                          :
                                                              :
       vs.                                              :
                                                              :
JUMIA TECHNOLOGIES AG, JEREMY     :
HODARA, SACHA POIGNONNEC and        :
ANTOINE MAILLET-MEZERAY,              :
                                                              :
                   Defendants.                     :
                                                              :
———————————————————————   :  Civil Action No. 1:19-cv-04952-PKC

LUO ZHI, Individually and on Behalf of All  :
Others Similarly Situated,                      :  CLASS ACTION
                                                              :
                   Plaintiff,                          :
                                                              :
       vs.                                              :
                                                              :
JUMIA TECHNOLOGIES AG, JEREMY     :
HODARA, SACHA POIGNONNEC and        :
ANTOINE MAILLET-MEZERAY,              :
                                                              :
                   Defendants.                     :
                                                              :
—————————————————————— x

DECLARATION OF HONGTAO QIU IN SUPPORT OF MOTION FOR CONSOLIDATION
OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF
SELECTION OF LEAD COUNSEL

4850-8650-8188.v1

I, HONGTAO QIU, declare as follows:

1.      This declaration is made in support of my motion for consolidation of related actions, appointment as lead plaintiff, and for approval of selection of counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I am the CEO at Shenzhen Glory Robots Land, Ltd. in Shenzhen, China, a robotics cultural brand that is committed to promoting science and technology culture in the People's Republic of China. As the Company's CEO, some of my primary responsibilities include: (1) creating and implementing the Company's vision and mission; (2) leading the development of the Company's short and long-term strategy; (3) maintaining awareness of the general competitive market landscape, expansion opportunities, and industry developments; (4) assessing, monitoring, and minimizing the risks to the Company; and (5) directly and indirectly managing approximately 200 people. In addition to my duties as CEO of the Company, I am the Executive Secretary of Shenzhen Robotics Association, and also serve as an Auto & Robo senior industry expert of the Gerson Lehrman Group. I am familiar with overseeing lawyers in connection with my business dealings.

3.      I attended Northeast Agricultural University in Heilongjiang, China, where I obtained my B.S. (Bachelor of Science) degree in Electrical Automation.

4.      I have discussed serving as lead plaintiff with my counsel and am aware that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was enacted by Congress to encourage investors with a significant financial interest to lead securities class actions. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

- 1 -

4850-8650-8188.v1

5. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings in the United States if my attendance is required or requested by the Court, participate in discovery (including traveling for my deposition, if necessary, and providing evidence relating to my investment in Jumia American Depositary Shares), participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class as well as approve any attorneys' fee and cost requests by counsel. I am able and willing to perform all of these duties on behalf of the class members.

6. I have a substantial financial interest in this case based on my ownership of Jumia American Depositary Shares and have a material interest and incentive in prosecuting this case on behalf of Jumia shareholders.

7. I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

8. I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on their experience prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP to represent the class in this case on a contingency basis. I will approve any fee/expense request before it is submitted to the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of July, 2019.

_____
HONGTAO QIU

- 2 -