## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY,<br><br>Defendants. | Case No. 1:19-cv-04397-PKC |
| LUO ZHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY,<br><br>Defendants. | Case No. 1:19-cv-04952-PKC |

**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF DONNA JONES' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Lesley F. Portnoy, hereby declare as follows:

1.      I am a partner with the law firm Glancy Prongay & Murray LLP, [proposed] lead counsel for [proposed] lead plaintiff movant Donna Jones ("Movant") and for the class in the above-captioned action. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:   Press release published May 14, 2019 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein: *Strugala v. Jumia Technologies AG, et al.*, Case No. 1:19-cv-04397;

Exhibit B:   Signed PSLRA Certification of Movant;

Exhibit C:   Table of Movant's calculated losses, as a result of transactions in Jumia Technologies AG securities; and

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 15th day of July, 2019.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

1

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On July 15, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 15, 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy