# EXHIBIT A

Case 1:19-cv-04397-RKC   Document 29-1   Filed 07/15/19   Page 2 of 2

# Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Jumia Technologies AG

May 14, 2019 07:19 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Robbins Geller Rudman & Dowd LLP (http://www.rgrdlaw.com/cases/jumia/) today announced that a class action has been commenced on behalf of purchasers of Jumia Technologies AG (NYSE:JMIA) American Depositary Shares ("ADSs") during the period between April 12, 2019 and May 9, 2019 (the "Class Period"). This action was filed in the Southern District of New York and is captioned *Strugala v. Jumia Technologies AG, et al.*, No. 19-cv-4397.

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Jumia ADSs during the Class Period to seek appointment as lead plaintiff. A lead plaintiff acts on behalf of all other class members in directing the litigation. The lead plaintiff can select a law firm of its choice. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff. If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman or David A. Rosenfeld of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com. You can view a copy of the complaint as filed at http://www.rgrdlaw.com/cases/jumia/.

The complaint charges Jumia and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Jumia operates a pan-African e-commerce platform.

The complaint alleges that during the Class Period, defendants made materially false and misleading statements about Jumia and its business. These statements are alleged to be materially false and misleading because they failed to disclose that: (a) Jumia had materially overstated its active customers and active merchants; (b) Jumia's representations about its orders, order cancellations, undelivered orders and returned orders lacked a sufficient factual basis and materially overstated the Company's sales; (c) Jumia failed to sufficiently disclose related party transactions; and (d) Jumia's financial statements were presented in violation of applicable accounting standards.

Plaintiff seeks to recover damages on behalf of all purchasers of Jumia ADSs during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has extensive experience in prosecuting investor class actions including actions involving financial fraud.

Robbins Geller is a national law firm representing investors in securities litigation. With 200 lawyers in 10 offices, Robbins Geller has obtained many of the largest securities class action recoveries in history. For five consecutive years, ISS Securities Class Action Services has ranked the Firm in its annual SCAS Top 50 Report as one of the top law firms in both the amount recovered for shareholders and the total number of class action settlements. Robbins Geller attorneys have helped shape the securities laws and recovered tens of billions of dollars on behalf of aggrieved victims. Beyond securing financial recoveries for defrauded investors, Robbins Geller also advocates for corporate governance reforms, helping to improve the financial markets for investors worldwide. Please visit http://www.rgrdlaw.com for more information.

https://www.linkedin.com/company/rgrdlaw
https://twitter.com/rgrdlaw
https://www.facebook.com/rgrdlaw

## Contacts

Robbins Geller Rudman & Dowd LLP
Samuel H. Rudman, 800-449-4900
David A. Rosenfeld
djr@rgrdlaw.com