# EXHIBIT C

Loss Chart

**Company Name:** Jumia Technologies AG
**Ticker:** JMIA
**Class Period:** April 12, 2019 to May 9, 2019
**Name:** Donna Jones

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/12/2019 | 2,700 | $25.00 | -$67,500.0000 | | $0.0000 | -$67,500.00 |
| 4/12/2019 | 300 | $22.16 | -$6,648.0000 | | $0.0000 | -$6,648.00 |
| 4/15/2019 | 1,500 | $32.00 | -$48,000.0000 | | $0.0000 | -$48,000.00 |
| 4/15/2019 | 500 | $36.50 | -$18,250.0000 | | $0.0000 | -$18,250.00 |
| 4/15/2019 | 500 | $37.50 | -$18,750.0000 | | $0.0000 | -$18,750.00 |
| 4/15/2019 | 500 | $37.50 | -$18,750.0000 | | $0.0000 | -$18,750.00 |
| 4/15/2019 | 500 | $37.50 | -$18,750.0000 | | $0.0000 | -$18,750.00 |
| 4/15/2019 | 500 | $37.50 | -$18,750.0000 | | $0.0000 | -$18,750.00 |
| 4/15/2019 | 500 | $37.95 | -$18,975.0000 | | $0.0000 | -$18,975.00 |
| 4/15/2019 | -500 | | $0.0000 | $36.00 | $18,000.0000 | $18,000.00 |
| 4/15/2019 | -500 | | $0.0000 | $35.50 | $17,750.0000 | $17,750.00 |
| 4/15/2019 | -500 | | $0.0000 | $35.00 | $17,500.0000 | $17,500.00 |
| 4/15/2019 | -400 | | $0.0000 | $34.00 | $13,600.0000 | $13,600.00 |
| 4/15/2019 | -100 | | $0.0000 | $33.00 | $3,300.0000 | $3,300.00 |
| 4/15/2019 | -500 | | $0.0000 | $33.00 | $16,500.0000 | $16,500.00 |
| 4/15/2019 | -850 | | $0.0000 | $33.00 | $28,050.0000 | $28,050.00 |
| 4/15/2019 | -500 | | $0.0000 | $32.50 | $16,250.0000 | $16,250.00 |
| 4/15/2019 | -800 | | $0.0000 | $32.00 | $25,600.0000 | $25,600.00 |
| 4/15/2019 | -500 | | $0.0000 | $31.95 | $15,975.0000 | $15,975.00 |
| 4/15/2019 | -500 | | $0.0000 | $31.50 | $15,750.0000 | $15,750.00 |
| 4/15/2019 | -250 | | $0.0000 | $31.00 | $7,750.0000 | $7,750.00 |
| 4/15/2019 | -100 | | $0.0000 | $30.95 | $3,095.0000 | $3,095.00 |
| 4/15/2019 | -200 | | $0.0000 | $30.75 | $6,150.0000 | $6,150.00 |
| 4/15/2019 | -100 | | $0.0000 | $30.50 | $3,050.0000 | $3,050.00 |
| 4/15/2019 | -100 | | $0.0000 | $30.00 | $3,000.0000 | $3,000.00 |
| 4/15/2019 | -100 | | $0.0000 | $29.95 | $2,995.0000 | $2,995.00 |
| 4/15/2019 | 99 | $26.57 | -$2,630.4300 | | $0.0000 | -$2,630.43 |
| 4/15/2019 | 100 | $26.57 | -$2,657.4000 | | $0.0000 | -$2,657.40 |
| 4/15/2019 | 3,301 | $26.60 | -$87,806.6000 | | $0.0000 | -$87,806.60 |
| 4/15/2019 | -2,200 | | $0.0000 | $26.41 | $58,102.0000 | $58,102.00 |
| 4/15/2019 | -300 | | $0.0000 | $26.43 | $7,927.8000 | $7,927.80 |
| 4/15/2019 | 500 | $25.89 | -$12,945.9500 | | $0.0000 | -$12,945.95 |

Loss Chart

| Date | Shares | Price | Amount | Price | Amount | Total |
|---|---|---|---|---|---|---|
| 4/15/2019 | 500 | $26.50 | -$13,250.0000 | | $0.0000 | -$13,250.00 |
| 4/15/2019 | 500 | $26.25 | -$13,125.0000 | | $0.0000 | -$13,125.00 |
| 4/15/2019 | 1,000 | $26.50 | -$26,500.0000 | | $0.0000 | -$26,500.00 |
| 4/15/2019 | 500 | $26.60 | -$13,300.0000 | | $0.0000 | -$13,300.00 |
| 4/16/2019 | -500 | | $0.0000 | $47.50 | $23,750.0000 | $23,750.00 |
| 4/16/2019 | -300 | | $0.0000 | $46.00 | $13,800.0000 | $13,800.00 |
| 4/16/2019 | -1,000 | | $0.0000 | $45.00 | $45,000.0000 | $45,000.00 |
| 4/16/2019 | -1,000 | | $0.0000 | $44.00 | $44,000.0000 | $44,000.00 |
| 4/16/2019 | -897 | | $0.0000 | $43.25 | $38,795.2500 | $38,795.25 |
| 4/16/2019 | -306 | | $0.0000 | $43.02 | $13,164.4260 | $13,164.43 |
| 4/16/2019 | -200 | | $0.0000 | $43.03 | $8,606.4000 | $8,606.40 |
| 4/16/2019 | -50 | | $0.0000 | $43.06 | $2,153.0000 | $2,153.00 |
| 4/16/2019 | -50 | | $0.0000 | $43.07 | $2,153.5000 | $2,153.50 |
| 4/16/2019 | -100 | | $0.0000 | $43.08 | $4,308.0000 | $4,308.00 |
| 4/16/2019 | -124 | | $0.0000 | $43.11 | $5,345.6400 | $5,345.64 |
| 4/16/2019 | -50 | | $0.0000 | $43.12 | $2,156.2000 | $2,156.20 |
| 4/16/2019 | -70 | | $0.0000 | $43.13 | $3,019.1000 | $3,019.10 |
| 4/16/2019 | -50 | | $0.0000 | $43.15 | $2,157.5000 | $2,157.50 |
| 4/16/2019 | -200 | | $0.0000 | $42.50 | $8,500.2000 | $8,500.20 |
| 4/16/2019 | -100 | | $0.0000 | $42.51 | $4,251.0000 | $4,251.00 |
| 4/16/2019 | -100 | | $0.0000 | $42.53 | $4,253.0000 | $4,253.00 |
| 4/16/2019 | -800 | | $0.0000 | $42.99 | $34,392.0000 | $34,392.00 |
| 4/16/2019 | -1,700 | | $0.0000 | $42.99 | $73,084.7000 | $73,084.70 |
| 4/16/2019 | -100 | | $0.0000 | $43.00 | $4,300.0000 | $4,300.00 |
| 4/16/2019 | -50 | | $0.0000 | $43.01 | $2,150.5000 | $2,150.50 |
| 4/16/2019 | -200 | | $0.0000 | $43.01 | $8,602.8000 | $8,602.80 |
| 4/16/2019 | -50 | | $0.0000 | $43.02 | $2,151.0000 | $2,151.00 |
| 4/16/2019 | -200 | | $0.0000 | $43.16 | $8,632.0000 | $8,632.00 |
| 4/16/2019 | -1,700 | | $0.0000 | $42.09 | $71,553.1700 | $71,553.17 |
| 4/16/2019 | -598 | | $0.0000 | $41.50 | $24,817.0000 | $24,817.00 |
| 4/16/2019 | -875 | | $0.0000 | $41.00 | $35,875.0000 | $35,875.00 |
| 4/16/2019 | -900 | | $0.0000 | $41.50 | $37,350.0000 | $37,350.00 |
| 4/16/2019 | -580 | | $0.0000 | $41.25 | $23,925.0000 | $23,925.00 |
| 4/16/2019 | -800 | | $0.0000 | $41.00 | $32,800.0000 | $32,800.00 |
| 4/16/2019 | -150 | | $0.0000 | $41.00 | $6,150.0000 | $6,150.00 |
| 4/16/2019 | 900 | $36.95 | -$33,255.0000 | | $0.0000 | -$33,255.00 |
| 4/16/2019 | 100 | $36.95 | -$3,695.0000 | | $0.0000 | -$3,695.00 |
| 4/16/2019 | 720 | $37.40 | -$26,928.0000 | | $0.0000 | -$26,928.00 |
| 4/16/2019 | 1,200 | $37.25 | -$44,700.0000 | | $0.0000 | -$44,700.00 |

Loss Chart

| Date | Shares | Price | Amount | | Value | Total |
|---|---|---|---|---|---|---|
| 4/16/2019 | 1,080 | $37.50 | -$40,500.0000 | | $0.0000 | -$40,500.00 |
| 4/16/2019 | 275 | $38.00 | -$10,450.0000 | | $0.0000 | -$10,450.00 |
| 4/16/2019 | 725 | $36.50 | -$26,462.5000 | | $0.0000 | -$26,462.50 |
| 4/16/2019 | 800 | $36.50 | -$29,200.0000 | | $0.0000 | -$29,200.00 |
| 4/16/2019 | 50 | $34.34 | -$1,716.8000 | | $0.0000 | -$1,716.80 |
| 4/16/2019 | 1,070 | $34.34 | -$36,740.0550 | | $0.0000 | -$36,740.06 |
| 4/16/2019 | 1,800 | $33.60 | -$60,480.0000 | | $0.0000 | -$60,480.00 |
| 4/16/2019 | 780 | $33.50 | -$26,130.0000 | | $0.0000 | -$26,130.00 |
| 4/16/2019 | 1,500 | $34.25 | -$51,375.0000 | | $0.0000 | -$51,375.00 |
| 4/17/2019 | 805 | $38.88 | -$31,298.4000 | | $0.0000 | -$31,298.40 |
| 4/17/2019 | 500 | $39.38 | -$19,690.0000 | | $0.0000 | -$19,690.00 |
| 4/17/2019 | 550 | $37.30 | -$20,515.0000 | | $0.0000 | -$20,515.00 |
| 4/17/2019 | 850 | $37.35 | -$31,747.5000 | | $0.0000 | -$31,747.50 |
| 4/17/2019 | 500 | $37.75 | -$18,875.0000 | | $0.0000 | -$18,875.00 |
| 4/17/2019 | 200 | $37.70 | -$7,540.0000 | | $0.0000 | -$7,540.00 |
| 4/17/2019 | 1,500 | $39.90 | -$59,848.0500 | | $0.0000 | -$59,848.05 |
| 4/17/2019 | 1,500 | $41.25 | -$61,875.0000 | | $0.0000 | -$61,875.00 |
| 4/17/2019 | 1,850 | $42.25 | -$78,162.5000 | | $0.0000 | -$78,162.50 |
| 4/17/2019 | 2,000 | $40.85 | -$81,700.0000 | | $0.0000 | -$81,700.00 |
| 4/17/2019 | 550 | $41.00 | -$22,550.0000 | | $0.0000 | -$22,550.00 |
| 4/17/2019 | 500 | $42.00 | -$21,000.0000 | | $0.0000 | -$21,000.00 |
| 4/17/2019 | 1,800 | $43.95 | -$79,110.0000 | | $0.0000 | -$79,110.00 |
| 4/17/2019 | 800 | $43.00 | -$34,400.0000 | | $0.0000 | -$34,400.00 |
| 4/17/2019 | 1,500 | $42.86 | -$64,284.1500 | | $0.0000 | -$64,284.15 |
| 4/17/2019 | 500 | $44.50 | -$22,250.0000 | | $0.0000 | -$22,250.00 |
| 4/17/2019 | 500 | $44.50 | -$22,250.0000 | | $0.0000 | -$22,250.00 |
| 4/17/2019 | 900 | $45.00 | -$40,500.0000 | | $0.0000 | -$40,500.00 |
| 4/17/2019 | 1,500 | $44.50 | -$66,749.8500 | | $0.0000 | -$66,749.85 |
| 4/17/2019 | 400 | $45.50 | -$18,200.0000 | | $0.0000 | -$18,200.00 |
| 4/17/2019 | 50 | $46.42 | -$2,321.0000 | | $0.0000 | -$2,321.00 |
| 4/17/2019 | 50 | $46.48 | -$2,324.0000 | | $0.0000 | -$2,324.00 |
| 4/17/2019 | 50 | $46.49 | -$2,324.5000 | | $0.0000 | -$2,324.50 |
| 4/17/2019 | 1,350 | $46.50 | -$62,775.0000 | | $0.0000 | -$62,775.00 |
| 4/17/2019 | 2,500 | $49.00 | -$122,500.0000 | | $0.0000 | -$122,500.00 |
| 4/17/2019 | 1,500 | $46.50 | -$69,750.0000 | | $0.0000 | -$69,750.00 |
| 4/17/2019 | 1,500 | $46.00 | -$69,000.0000 | | $0.0000 | -$69,000.00 |
| 4/17/2019 | 1,000 | $47.50 | -$47,500.0000 | | $0.0000 | -$47,500.00 |
| 4/17/2019 | 1,500 | $48.50 | -$72,750.0000 | | $0.0000 | -$72,750.00 |
| 4/17/2019 | 500 | $46.50 | -$23,250.0000 | | $0.0000 | -$23,250.00 |

Loss Chart

| | | | | | |
|---|---|---|---|---|---|
| 4/18/2019 | -3,280 | $0.0000 | $35.15 | $115,292.0000 | $115,292.00 |
| 4/18/2019 | -167 | $0.0000 | $35.15 | $5,870.0500 | $5,870.05 |
| 4/18/2019 | -338 | $0.0000 | $34.82 | $11,769.1600 | $11,769.16 |
| 4/18/2019 | -750 | $0.0000 | $35.00 | $26,250.0000 | $26,250.00 |
| 4/18/2019 | -1,500 | $0.0000 | $35.25 | $52,875.0000 | $52,875.00 |
| 4/18/2019 | -150 | $0.0000 | $35.15 | $5,272.5000 | $5,272.50 |
| 4/23/2019 | -3,500 | $0.0000 | $36.00 | $126,000.0000 | $126,000.00 |
| 4/23/2019 | -500 | $0.0000 | $35.85 | $17,925.0000 | $17,925.00 |
| 4/23/2019 | -485 | $0.0000 | $36.00 | $17,460.0000 | $17,460.00 |
| 4/23/2019 | -150 | $0.0000 | $35.85 | $5,377.5000 | $5,377.50 |
| 4/23/2019 | -585 | $0.0000 | $35.85 | $20,972.2500 | $20,972.25 |
| 4/26/2019 | -250 | $0.0000 | $39.00 | $9,750.0000 | $9,750.00 |
| 4/26/2019 | -200 | $0.0000 | $38.50 | $7,700.0000 | $7,700.00 |
| 4/26/2019 | -7,500 | $0.0000 | $38.00 | $285,000.0000 | $285,000.00 |
| 4/26/2019 | -850 | $0.0000 | $37.00 | $31,450.0000 | $31,450.00 |
| 4/26/2019 | -400 | $0.0000 | $36.50 | $14,600.0000 | $14,600.00 |
| 4/29/2019 | -20 | $0.0000 | $42.90 | $858.0440 | $858.04 |
| 4/29/2019 | -190 | $0.0000 | $42.92 | $8,154.8000 | $8,154.80 |
| 5/9/2019 | -29 | $0.0000 | $28.30 | $820.7000 | $820.70 |
| 5/9/2019 | -4,571 | $0.0000 | $28.35 | $129,566.3663 | $129,566.37 |
| 5/9/2019 | -400 | $0.0000 | $30.50 | $12,200.0000 | $12,200.00 |
| 5/9/2019 | -5,590 | $0.0000 | $30.20 | $168,818.0000 | $168,818.00 |

**Shares Remaining:** **0**

| | 90-Day Average Price* | Shares Remaining | | |
|---|---|---|---|---|
| | | | Subtotal: | -$129,738.13 |
| | $24.5675 | 0 | 90-Day Average: | $0.00 |
| | | | Total: | -$129,738.13 |

*Using the average closing price between May 10, 2019 and July 12, 2019