UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY,<br><br>Defendants. | Case No.  1:19-cv-04397-PKC |
| LUO ZHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY,<br><br>Defendants. | Case No.  1:19-cv-04952-PKC |

**DECLARATION OF JEREMY A. LIEBERMAN
IN SUPPORT OF MOTION OF THE VENKATARAMANS FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Kalyan G. Venkataraman and Kalyanasundaram Venkataraman (collectively, the "Venkataramans"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.    I make this Declaration in support of the Venkataramans' motion for consolidation, appointment as Lead Plaintiffs and approval of their selection of Pomerantz as Lead Counsel for the Class.

3.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss chart of the Venkataramans;

Exhibit B:    Press release published over *Business Wire* on May 14, 2019, announcing the pendency of the first-filed of the above-captioned actions;

Exhibit C:    Shareholder Certifications of the Venkataramans; and

Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 15, 2019, at Tel Aviv, Israel.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1