# EXHIBIT A

**Jumia Technologies AG (JMIA)**
**Class Period: April 12, 2019 to May 9, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Venkataraman, Kalyan G. | 4/12/2019 | 400 | $22.7625 | ($9,105) | 4/15/2019 | (1,200) | $32.6958 | $39,235 | | |
| Venkataraman, Kalyan G. | 4/12/2019 | 200 | $22.8100 | ($4,562) | 4/15/2019 | (300) | $35.2000 | $10,560 | | |
| Venkataraman, Kalyan G. | 4/12/2019 | 300 | $23.4200 | ($7,026) | 4/16/2019 | (900) | $40.8789 | $36,791 | | |
| Venkataraman, Kalyan G. | 4/12/2019 | 300 | $25.0400 | ($7,512) | 4/16/2019 | (3,100) | $41.4723 | $128,564 | | |
| Venkataraman, Kalyan G. | 4/15/2019 | 300 | $35.2888 | ($10,587) | 5/10/2019 | (7,400) | $24.5000 | $181,300 | | |
| Venkataraman, Kalyan G. | 4/15/2019 | 500 | $34.0920 | ($17,046) | | | | | | |
| Venkataraman, Kalyan G. | 4/15/2019 | 700 | $34.2700 | ($23,989) | | | | | | |
| Venkataraman, Kalyan G. | 4/15/2019 | 700 | $34.7329 | ($24,313) | | | | | | |
| Venkataraman, Kalyan G. | 4/15/2019 | 800 | $33.7878 | ($27,030) | | | | | | |
| Venkataraman, Kalyan G. | 4/15/2019 | 700 | $33.0039 | ($23,103) | | | | | | |
| Venkataraman, Kalyan G. | 4/15/2019 | 500 | $32.3852 | ($16,193) | | | | | | |
| Venkataraman, Kalyan G. | 4/15/2019 | 100 | $32.5600 | ($3,256) | | | | | | |
| Venkataraman, Kalyan G. | 4/16/2019 | 600 | $42.3730 | ($25,424) | | | | | | |
| Venkataraman, Kalyan G. | 4/16/2019 | 300 | $42.8028 | ($12,841) | | | | | | |
| Venkataraman, Kalyan G. | 4/16/2019 | 500 | $43.1600 | ($21,580) | | | | | | |
| Venkataraman, Kalyan G. | 4/17/2019 | 300 | $46.5633 | ($13,969) | | | | | | |
| Venkataraman, Kalyan G. | 4/17/2019 | 400 | $44.4719 | ($17,789) | | | | | | |
| Venkataraman, Kalyan G. | 4/17/2019 | 200 | $44.5400 | ($8,908) | | | | | | |
| Venkataraman, Kalyan G. | 4/17/2019 | 400 | $43.5450 | ($17,418) | | | | | | |
| Venkataraman, Kalyan G. | 4/17/2019 | 200 | $41.2281 | ($8,246) | | | | | | |
| Venkataraman, Kalyan G. | 4/17/2019 | 500 | $39.4745 | ($19,737) | | | | | | |
| Venkataraman, Kalyan G. | 4/17/2019 | 300 | $40.1000 | ($12,030) | | | | | | |
| Venkataraman, Kalyan G. | 4/17/2019 | 200 | $38.2100 | ($7,642) | | | | | | |
| Venkataraman, Kalyan G. | 4/22/2019 | 400 | $35.7200 | ($14,288) | | | | | | |
| Venkataraman, Kalyan G. | 4/22/2019 | 600 | $33.7544 | ($20,253) | | | | | | |
| Venkataraman, Kalyan G. | 4/22/2019 | 400 | $33.1400 | ($13,256) | | | | | | |
| Venkataraman, Kalyan G. | 4/25/2019 | 300 | $35.9000 | ($10,770) | | | | | | |
| Venkataraman, Kalyan G. | 5/2/2019 | 300 | $43.0567 | ($12,917) | | | | | | |
| Venkataraman, Kalyan G. | 5/2/2019 | 400 | $40.6750 | ($16,270) | | | | | | |
| Venkataraman, Kalyan G. | 5/3/2019 | 100 | $39.2000 | ($3,920) | | | | | | |
| Venkataraman, Kalyan G. | 5/6/2019 | 300 | $37.5367 | ($11,261) | | | | | | |
| Venkataraman, Kalyan G. | 5/9/2019 | 400 | $27.4075 | ($10,963) | | | | | | |
| Venkataraman, Kalyan G. | 5/9/2019 | 300 | $25.4700 | ($7,641) | | | | | | |
| **Venkataraman, Kalyan G.** | | **12,900** | | **($460,843)** | | **(12,900)** | | **$396,450** | **7,400** | **($64,393)** |
| Venkataraman, Kalyanasundaram | 4/15/2019 | 1,600 | $33.1607 | ($53,057) | 4/16/2019 | (3,900) | $41.6495 | $162,433 | | |
| Venkataraman, Kalyanasundaram | 4/15/2019 | 20 | $34.3000 | ($686) | 5/9/2019 | (4,714) | $26.9500 | $127,042 | | |
| Venkataraman, Kalyanasundaram | 4/15/2019 | 309 | $34.3700 | ($10,620) | 5/9/2019 | (100) | $26.9700 | $2,697 | | |
| Venkataraman, Kalyanasundaram | 4/15/2019 | 100 | $34.3600 | ($3,436) | 5/9/2019 | (1,520) | $27.0000 | $41,040 | | |
| Venkataraman, Kalyanasundaram | 4/15/2019 | 470 | $34.3490 | ($16,144) | 5/9/2019 | (200) | $27.0600 | $5,412 | | |
| Venkataraman, Kalyanasundaram | 4/15/2019 | 1 | $34.3400 | ($34) | 5/9/2019 | (1,200) | $27.0100 | $32,412 | | |
| Venkataraman, Kalyanasundaram | 4/15/2019 | 1,400 | $34.3054 | ($48,028) | 5/9/2019 | (100) | $27.0200 | $2,702 | | |
| Venkataraman, Kalyanasundaram | 4/17/2019 | 2,300 | $38.4100 | ($88,343) | 5/9/2019 | (150) | $27.1800 | $4,077 | | |
| Venkataraman, Kalyanasundaram | 4/18/2019 | 3,100 | $32.1626 | ($99,704) | 5/9/2019 | (1,200) | $27.0100 | $32,412 | | |

**Jumia Technologies AG (JMIA)**
**Class Period: April 12, 2019 to May 9, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Venkataraman, Kalyanasundaram | 4/18/2019 | 3,300 | $35.4462 | ($116,972) | 5/9/2019 | (50) | $27.0200 | $1,351 | | |
| Venkataraman, Kalyanasundaram | 4/18/2019 | 200 | $35.3950 | ($7,079) | 5/9/2019 | (1,600) | $27.1500 | $43,440 | | |
| Venkataraman, Kalyanasundaram | 5/2/2019 | 1,000 | $40.9252 | ($40,925) | 5/9/2019 | (250) | $27.1700 | $6,793 | | |
| Venkataraman, Kalyanasundaram | 5/3/2019 | 1,400 | $38.0212 | ($53,230) | 5/9/2019 | (100) | $27.1900 | $2,719 | | |
| Venkataraman, Kalyanasundaram | 5/9/2019 | 4,480 | $25.9312 | ($116,172) | 5/9/2019 | (116) | $27.2000 | $3,155 | | |
| Venkataraman, Kalyanasundaram | 5/9/2019 | 20 | $25.9500 | ($519) | 5/10/2019 | (7,900) | $24.5000 | $193,550 | | |
| Venkataraman, Kalyanasundaram | 5/9/2019 | 1,400 | $27.5000 | ($38,500) | | | | | | |
| Venkataraman, Kalyanasundaram | 5/9/2019 | 800 | $27.3600 | ($21,888) | | | | | | |
| Venkataraman, Kalyanasundaram | 5/9/2019 | 800 | $27.3500 | ($21,880) | | | | | | |
| Venkataraman, Kalyanasundaram | 5/9/2019 | 100 | $27.3400 | ($2,734) | | | | | | |
| Venkataraman, Kalyanasundaram | 5/9/2019 | 200 | $27.3500 | ($5,470) | | | | | | |
| Venkataraman, Kalyanasundaram | 5/9/2019 | 100 | $27.3400 | ($2,734) | | | | | | |
| **Venkataraman, Kalyanasundaram** | | **23,100** | | **($748,156)** | | **(23,100)** | | **$661,235** | **7,900** | **($86,921)** |
| **Total** | | **36,000** | | **($1,208,999)** | | **(36,000)** | | **$1,057,685** | **15,300** | **($151,314)** |