# EXHIBIT B



Robbins Geller
Rudman & Dowd LLP

# Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Jumia Technologies AG

May 14, 2019 07:19 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Robbins Geller Rudman & Dowd LLP (http://www.rgrdlaw.com/cases/jumia/) today announced that a class action has been commenced on behalf of purchasers of Jumia Technologies AG (NYSE:JMIA) American Depositary Shares ("ADSs") during the period between April 12, 2019 and May 9, 2019 (the "Class Period"). This action was filed in the Southern District of New York and is captioned *Strugala v. Jumia Technologies AG, et al.*, No. 19-cv-4397.

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Jumia ADSs during the Class Period to seek appointment as lead plaintiff. A lead plaintiff acts on behalf of all other class members in directing the litigation. The lead plaintiff can select a law firm of its choice. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff. If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman or David A. Rosenfeld of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com. You can view a copy of the complaint as filed at http://www.rgrdlaw.com/cases/jumia/.

The complaint charges Jumia and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Jumia operates a pan-African e-commerce platform.

The complaint alleges that during the Class Period, defendants made materially false and misleading statements about Jumia and its business. These statements are alleged to be materially false and misleading because they failed to disclose that: (a) Jumia had materially overstated its active customers and active merchants; (b) Jumia's representations about its orders, order cancellations, undelivered orders and returned orders lacked a sufficient factual basis and materially overstated the Company's sales; (c) Jumia failed to sufficiently disclose related party transactions; and (d) Jumia's financial statements were presented in violation of applicable accounting standards.

Plaintiff seeks to recover damages on behalf of all purchasers of Jumia ADSs during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has extensive experience in prosecuting investor class actions including actions involving financial fraud.

Robbins Geller is a national law firm representing investors in securities litigation. With 200 lawyers in 10 offices, Robbins Geller has obtained many of the largest securities class action recoveries in history. For five consecutive years, ISS Securities Class Action Services has ranked the Firm in its annual SCAS Top 50 Report as one of the top law firms in both the amount recovered for shareholders and the total number of class action settlements. Robbins Geller attorneys have

helped shape the securities laws and recovered tens of billions of dollars on behalf of aggrieved victims. Beyond securing financial recoveries for defrauded investors, Robbins Geller also advocates for corporate governance reforms, helping to improve the financial markets for investors worldwide. Please visit http://www.rgrdlaw.com for more information.

https://www.linkedin.com/company/rgrdlaw
https://twitter.com/rgrdlaw
https://www.facebook.com/rgrdlaw

Contacts

Robbins Geller Rudman & Dowd LLP

Samuel H. Rudman, 800-449-4900

David A. Rosenfeld

djr@rgrdlaw.com

## Tweets by @rgrdlaw

**Robbins Geller**
@rgrdlaw

.@rgrdlaw partner Susan Alexander was selected as a Northern CA Super Lawyer by @SuperLawyers for the fifth year, distinguishing herself for her high degree of peer recognition & professional achievement in her legal practice of more than 30 years. #ICYMI bit.ly/2LlnPBB



Jul 10, 2019

**Robbins Geller**
@rgrdlaw

.@rgrdlaw welcomed #securities #litigators Chad Johnson and Noam Mandel to its NYC office. "For someone who wants to represent investors in the leading, cutting-edge securities fraud cases, there is no firm that compares to Robbins Geller," noted Chad. bit.ly/2LGlyB8





Jul 9, 2019

---

 **Robbins Geller**
@rgrdlaw

The Recorder recently named @rgrdlaw partner Aelish Baig a 2019 California Trailblazer, highlighting her role in the opioid litigation, which is to "show the range of impacts caused by the use of prescription opioids . . . ." #ICYMI bit.ly/2J8h830



## Social Media Profiles

Robbins Geller Rudman & Dowd LLP on Facebook

Robbins Geller Rudman & Dowd LLP on LinkedIn