# EXHIBIT C

Certification Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the Plaintiff) authorizes the filing of an action under the federal securities laws to recover damages and to seek other relief against Jumia Technologies AG on a contingent fee basis, not to exceed one-third of the recovery, subject to Court approval. The Retention Agreement provided to the Plaintiff is incorporated by reference.

**Case Name:**   Jumia Technologies AG
**First name:**   Kalyan
**Middle initial:**   G
**Last name:**   Venkataraman



(redacted)

Plaintiff certifies that

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiffs counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Purchases:
Sales:

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below.
I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:     **Yes**

By clicking on the button below, I intend to sign and execute this agreement to proceed on Plaintiff`s behalf, on a contingent fee basis. The Complaint and Retainer Agreement provided to me is incorporated by reference. **Yes**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States

Date of signing:2019/07/15

**Jumia Technologies AG (JMIA)**                                           **Venkataraman, Kalyan G.**

**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 4/12/2019 | Purchase | 400 | $22.7625 |
| 4/12/2019 | Purchase | 200 | $22.8100 |
| 4/12/2019 | Purchase | 300 | $23.4200 |
| 4/12/2019 | Purchase | 300 | $25.0400 |
| 4/15/2019 | Purchase | 300 | $35.2888 |
| 4/15/2019 | Purchase | 500 | $34.0920 |
| 4/15/2019 | Purchase | 700 | $34.2700 |
| 4/15/2019 | Purchase | 700 | $34.7329 |
| 4/15/2019 | Purchase | 800 | $33.7878 |
| 4/15/2019 | Purchase | 700 | $33.0039 |
| 4/15/2019 | Purchase | 500 | $32.3852 |
| 4/15/2019 | Purchase | 100 | $32.5600 |
| 4/16/2019 | Purchase | 600 | $42.3730 |
| 4/16/2019 | Purchase | 300 | $42.8028 |
| 4/16/2019 | Purchase | 500 | $43.1600 |
| 4/17/2019 | Purchase | 300 | $46.5633 |
| 4/17/2019 | Purchase | 400 | $44.4719 |
| 4/17/2019 | Purchase | 200 | $44.5400 |
| 4/17/2019 | Purchase | 400 | $43.5450 |
| 4/17/2019 | Purchase | 200 | $41.2281 |
| 4/17/2019 | Purchase | 500 | $39.4745 |
| 4/17/2019 | Purchase | 300 | $40.1000 |
| 4/17/2019 | Purchase | 200 | $38.2100 |
| 4/22/2019 | Purchase | 400 | $35.7200 |
| 4/22/2019 | Purchase | 600 | $33.7544 |
| 4/22/2019 | Purchase | 400 | $33.1400 |
| 4/25/2019 | Purchase | 300 | $35.9000 |
| 5/2/2019 | Purchase | 300 | $43.0567 |
| 5/2/2019 | Purchase | 400 | $40.6750 |
| 5/3/2019 | Purchase | 100 | $39.2000 |
| 5/6/2019 | Purchase | 300 | $37.5367 |
| 5/9/2019 | Purchase | 400 | $27.4075 |
| 5/9/2019 | Purchase | 300 | $25.4700 |
| 4/15/2019 | Sale | 1200 | $32.6958 |
| 4/15/2019 | Sale | 300 | $35.2000 |
| 4/16/2019 | Sale | 900 | $40.8789 |
| 4/16/2019 | Sale | 3100 | $41.4723 |

Certification Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the Plaintiff) authorizes the filing of an action under the federal securities laws to recover damages and to seek other relief against Jumia Technologies AG on a contingent fee basis, not to exceed one-third of the recovery, subject to Court approval. The Retention Agreement provided to the Plaintiff is incorporated by reference.

**Case Name:** Jumia Technologies AG
**First name:** Kalyanasundaram
**Middle initial:**
**Last name:** Venkataraman



(redacted)

Plaintiff certifies that

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiffs counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Purchases:
Sales:

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below.
I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:     **Yes**

By clicking on the button below, I intend to sign and execute this agreement to proceed on Plaintiff`s behalf, on a contingent fee basis. The Complaint and Retainer Agreement provided to me is incorporated by reference. **Yes**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States

Date of signing:2019/07/15

**Jumia Technologies AG (JMIA)**                    **Venkataraman, Kalyanasundaram**

**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 4/15/2019 | Purchase | 1,600 | $33.1607 |
| 4/15/2019 | Purchase | 20 | $34.3000 |
| 4/15/2019 | Purchase | 309 | $34.3700 |
| 4/15/2019 | Purchase | 100 | $34.3600 |
| 4/15/2019 | Purchase | 470 | $34.3490 |
| 4/15/2019 | Purchase | 1 | $34.3400 |
| 4/15/2019 | Purchase | 1,400 | $34.3054 |
| 4/17/2019 | Purchase | 2,300 | $38.4100 |
| 4/18/2019 | Purchase | 3,100 | $32.1626 |
| 4/18/2019 | Purchase | 3,300 | $35.4462 |
| 4/18/2019 | Purchase | 200 | $35.3950 |
| 5/2/2019 | Purchase | 1,000 | $40.9252 |
| 5/3/2019 | Purchase | 1,400 | $38.0212 |
| 5/9/2019 | Purchase | 4,480 | $25.9312 |
| 5/9/2019 | Purchase | 20 | $25.9500 |
| 5/9/2019 | Purchase | 1,400 | $27.5000 |
| 5/9/2019 | Purchase | 800 | $27.3600 |
| 5/9/2019 | Purchase | 800 | $27.3500 |
| 5/9/2019 | Purchase | 100 | $27.3400 |
| 5/9/2019 | Purchase | 200 | $27.3500 |
| 5/9/2019 | Purchase | 100 | $27.3400 |
| 4/16/2019 | Sale | 3,900 | $41.6495 |
| 5/9/2019 | Sale | 4,714 | $26.9500 |
| 5/9/2019 | Sale | 100 | $26.9700 |
| 5/9/2019 | Sale | 1,520 | $27.0000 |
| 5/9/2019 | Sale | 200 | $27.0600 |
| 5/9/2019 | Sale | 1,200 | $27.0100 |
| 5/9/2019 | Sale | 100 | $27.0200 |
| 5/9/2019 | Sale | 150 | $27.1800 |
| 5/9/2019 | Sale | 1,200 | $27.0100 |
| 5/9/2019 | Sale | 50 | $27.0200 |
| 5/9/2019 | Sale | 1,600 | $27.1500 |
| 5/9/2019 | Sale | 250 | $27.1700 |
| 5/9/2019 | Sale | 100 | $27.1900 |
| 5/9/2019 | Sale | 116 | $27.2000 |