**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY,<br><br>Defendants. | Civil Action No.: 1:19-cv-04397-PKC<br><br>CLASS ACTION<br><br>Hon. P. Kevin Castel |
| LUO ZHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY,<br><br>Defendants. | Civil Action No.: 1:19-cv-04952-PKC<br><br>CLASS ACTION<br><br>Hon. P. Kevin Castel |

**WITHDRAWAL OF RYAN C. HEIST'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Ryan C. Heist ("Movant") respectfully withdraws its motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of its selection of Lead Counsel. On July 15, 2019, Movant timely filed a motion for consolidation of the actions, appointment as Lead Plaintiff, and approval of selection

of counsel, stating that he suffered losses of approximately $37,828.76 in financial losses in connection with his purchases of Jumia Technologies AG ("Jumia" or the "Company") American Depositary Shares ("ADSs") from April 12, 2019 and May 9, 2019, inclusive. Similar motions for consolidation of the actions, appointment as lead plaintiff, and approval of selection of counsel were filed by other putative class members in the Actions.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Actions, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA.  15 U.S.C. § 77z-1(a)(3)(B)(iii)(I)(bb).

This withdrawal shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of the class, and his ability to serve as a representative party should the need arise.

Dated: July 29, 2019

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Gregory M. Nespole*
Gregory M. Nespole (GN-6820)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com

*Counsel for Movant Ryan C. Heist*

2