**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and Class*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN STRUGALA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY<br><br>Defendants. | **CASE No.: 1:19-cv-04397-PKC**<br><br>**DECLARATION OF PHILLIP KIM IN SUPPORT OF HEXUAN CAI'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION**<br><br>**CLASS ACTION** |
| LUO ZHI, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY,<br><br>Defendants. | **CASE No.: 1:19-cv-04952-PKC**<br><br>**CLASS ACTION** |

1

I, Phillip Kim, declare as follows:

1.      I am an attorney duly licensed to practice in the State of New York and before this Court. I am a partner of The Rosen Law Firm, P.A. ("Rosen"), attorneys for Lead Plaintiff Movant Hexuan Cai ("Cai"). I make this declaration in support of Cai's reply in further support of his Motion to: (1) Consolidate Related Actions; (2) Appoint Lead Plaintiff; and (3) Approve Lead Plaintiff's Selection of Counsel. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:    The Declaration of Hexuan Cai, executed on August 2, 2019.

Exhibit 2:    Citron Research's May 9, 2019 tweet, releasing its report on Jumia Technologies AG, obtained from Bloomberg.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on August 5, 2019

/s/ Phillip Kim
Phillip Kim, Esq.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim