# EXHIBIT 2

<Back> to Return

4) Previous  3) Next  6) Send  98) Actions ▾  99) Translate ▾                    News: News Story

101)  Jumia Tech Plunges as Citron Calls It 'Most Obvious Fraud' Ever                BFW    05/09
102) ✓ *JUMIA MENTIONED CAUTIOUSLY BY CITRON                                         BFW    05/09
103) ✓ Citron Research: Citron reports on $JMIA. Equity is worthless.  Citron exposes the smoking gun an...   TWT    05/09

05/09/2019 12:57:36 [TWT]                                                          🔖  🔍  ⌃

 **Citron Research**
@CitronResearch

Citron reports on $JMIA. Equity is worthless. Citron exposes
the smoking gun and fraud. Not all IPOs are created equal
It's time for the SEC to protect US investors.
citronresearch.com/not-all-ipos-a...

🐦 Sent via Twitter Web Client.   View original tweet.

JMIA US Equity
Graphic Dashboard»

Related ticker:
JMIA US (Jumia Technologies AG)

Twitter profile information as of May 9, 2019

Description: Citron Research has been publishing columns for over 17
years, making it one of the longest-running online stock commentary