UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY, <br><br> Defendants. | Case No.  1:19-cv-04397-PKC |
| LUO ZHI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> JUMIA TECHNOLOGIES AG, JEREMY HODARA, SACHA POIGNONNEC, and ANTOINE MAILLET-MEZERAY, <br><br> Defendants. | Case No.  1:19-cv-04952-PKC |

**REPLY DECLARATION OF JEREMY A. LIEBERMAN
IN FURTHER SUPPORT OF MOTION OF KALYAN G. VENKATARAMAN
AND KALYANASUNDARAM VENKATARAMAN FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Kalyan G. Venkataraman and Kalyanasundaram Venkataraman (collectively, the "Venkataramans"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.      I make this Declaration in further support of the Venkataramans' motion for consolidation, appointment as Lead Plaintiffs and approval of their selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as Exhibit A is a true and correct copy of a Joint Declaration executed by the Venkataramans.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 5, 2019, at New York, New York

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1