# EXHIBIT A

**JOINT DECLARATION IN SUPPORT OF MOTION OF KALYAN G. VENKATARAMAN AND KALYANASUNDARAM VENKATARAMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     We, Kalyan G. Venkataraman and Kalyanasundaram Venkataraman, respectfully submit this Joint Declaration in support of our motion for consolidation, appointment as Lead Plaintiffs and approval of our selection of counsel in the instant class action on behalf of investors in the securities of Jumia Technologies AG ("Jumia" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  We are informed of and understand the requirements and duties imposed by the PSLRA.  We each have personal knowledge about the information in this Joint Declaration.

2.     I, Kalyan G. Venkataraman, am a professional investor.  I hold a bachelor's degree from the University of Phoenix.  I am 45 years old and have been investing in the securities markets for approximately 10 years.  I reside in California.  Kalyanasundaram Venkataraman is my father.

3.     I, Kalyanasundaram Venkataraman, am a physician at City of Hope National Medical Center in Duarte, California.  I earned my medical degree at Madurai Medical College in Madurai, Tamil Nadu, India.  I interned at Bergen Pines Hospital in New Jersey (now New Bridge Medical Center) and was a resident at the Bronx VA Medical Center in New York and at Detroit General (now Detroit Receiving Hospital) in Michigan.  I am 77 years old and have been investing in the securities markets since 1998.  Kalyan G. Venkataraman is my son.

4.     We believe that the securities class action against Jumia is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class.  Prior to filing our Lead Plaintiff motion: (a) we understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter; (b)

1

we understood that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice; (c) we approved Pomerantz LLP ("Pomerantz") as our designated lead counsel; and (d) we approved the filing of this Lead Plaintiff motion seeking appointment jointly as lead plaintiffs.

5.     As stated above, we are father and son, and thus have a meaningful relationship that predates this litigation by approximately 45 years. We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class. In the event that such a disagreement arises, we agree to resolve such disagreement by a majority vote, in which each of us possesses a number of votes equivalent to our losses incurred in connection with our Class Period purchases of Jumia securities, calculated in terms of U.S. dollars. We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

6.     We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, we selected Pomerantz to serve as Lead Counsel. Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

8/5/2019
Executed this ___ day of August, 2019.

DocuSigned by:

*kalyan Venkataraman*

DC9E9300F57640A...

Kalyan G. Venkataraman

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

8/5/2019

Executed this ___ day of August, 2019.

DocuSigned by:

*Kalyanasundaram Venkataraman*

DC9E9300F57640A

Kalyanasundaram Venkataraman

4