*Application granted
So Ordered
P. Kevin Castel, U.S.D.J.
1-14-20*

January 14, 2020

By ECF

The Honorable P. Kevin Castel,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
      New York, New York 10007.

          Re:   *In re Jumia Technologies AG Securities Litigation*, No. 19-cv-04397-PKC

Dear Judge Castel:

       We write jointly to request a moderate extension of the schedule for pre-motion letters concerning defendants' anticipated motions to dismiss the consolidated amended complaint in the above-referenced action. The parties have agreed to extend the deadline for (i) defendants' pre-motion letters from January 21, 2020, to February 14, 2020, and (ii) for Plaintiffs' response letters from February 4, 2020, to February 28, 2020. This extension would allow time to arrange for service and representation of defendants who have been named as new parties in the December 30, 2019 consolidated amended complaint. With this extension, all parties will submit pre-motion letters on the same schedule. Our extension request does not require altering the pre-motion conference date the Court set for March 19, 2020.

       On October 29, 2019, the Court consolidated two securities actions against Jumia Technologies AG ("Jumia") and three of its senior executives and appointed Lead Plaintiff, Named Plaintiffs, and Co-Lead Counsel. (Dkt. No. 57.) The Court also made the consolidated amended complaint due on December 30, 2019, Defendants' pre-motion letter in support of a motion to dismiss due on January 21, 2020, and Plaintiffs' response due on February 4, 2020. The Court scheduled a pre-motion conference for March 19, 2020. Plaintiffs filed their consolidated amended complaint on December 30, adding new claims and also naming as new defendants eight members of Jumia's Supervisory Board and seven underwriters of Jumia's initial public offering. (Dkt. No. 62.) Plaintiffs are currently arranging for service on the fifteen newly-named defendants, and the new defendants are also organizing their representation.

       In light of these developments, the parties have conferred and agreed that extending the deadline for all Defendants to submit pre-motion letters until February 14, 2020, should permit sufficient time for all the Defendants to submit pre-motion letters on the same track. Plaintiffs would then respond to Defendants' pre-motion letters by February 28, 2020. The conference scheduled by the Court could thus remain on March 19, 2020, at 11:30 a.m. The parties have also agreed that any deadlines for responding to the

The Honorable P. Kevin Castel                                                                                                    -2-

consolidated amended complaint would be adjourned pending this pre-motion letter process.

We respectfully submit that the proposed extension would conserve the Court's and the parties' resources and promote efficiency and the orderly litigation of this action. There has been no previous request for an extension of time to respond to the consolidated amended complaint in this action.

By submitting this joint request, Defendants do not waive, and expressly preserve, all potential defenses in this litigation, including but not limited to defenses relating to venue or jurisdiction.

                                                                Respectfully submitted,

*/s/ Brenda Szydlo*

Jeremy A. Lieberman (jalieberman@pomlaw.com)
Brenda Szydlo (bszydlo@pomlaw.com)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016-1917
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Patrick V. Dahlstrom (pdahlstrom@pomlaw.com)
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603-1049
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

*/s/ Phillip Kim*

Phillip Kim (pkim@rosenlegal.com)
Laurence Rosen (lrosen@rosenlegal.com)
Brian B. Alexander (balexander@rosenlegal.com)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016-1131
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

*Attorneys for Plaintiffs and the Proposed Classes*

*/s/ David Rein*

David M.J. Rein (reind@sullcrom.com)
Julia A. Malkina (malkinaj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 588-3588

*Attorneys for Defendants Jumia Technologies AG, Jeremy Hodara, Sacha Poignonnec, and Antoine Maillet-Mezeray*

Jonathan Rosenberg (jrosenberg@omm.com)
William J. Sushon (wsushon@omm.com)
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036-6524
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendants Morgan Stanley & Co. LLC, Citigroup Global Markets Inc., Berenberg Capital Markets, LLC, RBC Capital Markets, LLC, Stifel, Nicolaus & Company, Incorporated, Raymond James & Associates, Inc., and William Blair & Company, L.L.C.*