

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

February 14, 2020

**BY ECF**

**Jonathan Rosenberg**
D: +1 212 408 2409
jrosenberg@omm.com

The Honorable Kevin P. Castel
United States District Judge
500 Pearl Street
New York, New York  10007

Re:     ***In re Jumia Techs. AG Sec. Litig., No. 19-cv-04397-PKC***

Dear Judge Castel:

        We represent defendants Morgan Stanley & Co. LLC; Citigroup Global Markets Inc.; Berenberg Capital Markets, LLC; RBC Capital Markets, LLC; Stifel, Nicolaus & Company, Incorporated; Raymond James & Associates, Inc.; and William Blair & Company, L.L.C. (collectively, the "Underwriter Defendants").  We respectfully submit this letter under Your Honor's Individual Practices, Rule 3.A. to join in and incorporate by reference Sections I (Background) and III (Plaintiffs Do Not Allege a Single False Statement to Support a Section 11 Claim) of David M.J. Rein's February 14, 2020 pre-motion conference letter to the Court on behalf of Defendants Jumia Technologies AG, Jeremy Hodara, Sacha Poignonnec, Antoine Maillet-Mezeray, Gilles Bogaert, Andre T. Iguodala, Blaise Judja-Sato, Jonathan D. Klein, Angela Kaya Mwanza, Alioune Ndiaye, Matthew Odgers, and John H. Rittenhouse.  As set forth in more detail in Mr. Rein's letter, the Amended Complaint fails to state a Section 11 claim because its fails to plead a material misstatement or omission.  We look forward to discussing defendants' proposed motions during the March 19, 2020 pre-motion conference.

                                Respectfully,

                                */s/ Jonathan Rosenberg*

                                Jonathan Rosenberg


cc:     All counsel (by ECF)