

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

April 3, 2020

**BY ECF**

**Jonathan Rosenberg**
D: +1 212 408 2409
jrosenberg@omm.com

The Honorable Kevin P. Castel
United States District Judge
500 Pearl Street
New York, New York  10007

Re:   *In re Jumia Techs. AG Sec. Litig., No. 19-cv-04397-PKC*

Dear Judge Castel:

　　　We represent defendants Morgan Stanley & Co. LLC; Citigroup Global Markets Inc.; Berenberg Capital Markets, LLC; RBC Capital Markets, LLC; Stifel, Nicolaus & Company, Incorporated; Raymond James & Associates, Inc.; and William Blair & Company, L.L.C. (collectively, the "Underwriter Defendants").  We respectfully submit this letter under Your Honor's Individual Practices, Rule 3.A. to join in and incorporate by reference Sections I (Background) and II (Plaintiffs Still Fail to Allege a Single False Statement to Support a Section 11 Claim) of David M.J. Rein's April 3, 2020 pre-motion conference letter to the Court on behalf of Defendants Jumia Technologies AG, Jeremy Hodara, Sacha Poignonnec, Antoine Maillet-Mezeray, Gilles Bogaert, Andre T. Iguodala, Blaise Judja-Sato, Jonathan D. Klein, Angela Kaya Mwanza, Alioune Ndiaye, Matthew Odgers, John H. Rittenhouse, and Donald J. Puglisi.  As set forth in more detail in Mr. Rein's letter, the Amended Complaint fails to state a Section 11 claim because its fails to plead a material misstatement or omission.  The Underwriter Defendants also join in Mr. Rein's request for a briefing schedule under which (i) Defendants have 35 days from the date of the Court's scheduling order to file a motion to dismiss; (ii) Plaintiffs have 60 days thereafter to file an opposition; and (iii) Defendants have 30 days thereafter to file a reply.

　　　The Court has not directed a further pre-motion conference in this action.

　　　　　　　　　Respectfully,

　　　　　　　　　*/s/ Jonathan Rosenberg*

　　　　　　　　　Jonathan Rosenberg

cc:　　All counsel (by ECF)