# EXHIBIT A-2

*In re Jumia Technologies AG Securities Litigation*,
**Case No. 19-cv-4397 (S.D.N.Y.) (Castel, J.)**

*Convery* **v.** *Jumia Technologies AG, et al.*,
**Index No. 656021/2019 (N.Y. Sup. Ct., N.Y. Cty.) (Masley, J.)**

**PROOF OF CLAIM AND RELEASE**

**Deadline for Submission:**  _____

(i) IF YOU PURCHASED OR OTHERWISE ACQUIRED JUMIA TECHNOLOGIES AG ("JUMIA") AMERICAN DEPOSITARY SHARES ("ADSs") FROM APRIL 12, 2019, THROUGH AND INCLUDING DECEMBER 9, 2019, AND WERE DAMAGED THEREBY, YOU MAY BE AN "EXCHANGE ACT SETTLEMENT CLASS MEMBER"; AND (ii) IF YOU PURCHASED OR OTHERWISE ACQUIRED JUMIA ADSs PURSUANT AND/OR TRACEABLE TO THE REGISTRATION STATEMENT ISSUED IN CONNECTION WITH THE INITIAL PUBLIC OFFERING OF JUMIA ADSs ("IPO") FROM APRIL 12, 2019, THROUGH AND INCLUDING DECEMBER 9, 2019, AND WERE DAMAGED THEREBY, YOU MAY BE A "SECURITIES ACT SETTLEMENT CLASS MEMBER" (COLLECTIVELY, THE "SETTLEMENT CLASSES" OR "CLASSES") AND YOU MAY BE ENTITLED TO RECEIVE A SHARE OF THE NET FEDERAL SETTLEMENT FUND OR THE NET STATE SETTLEMENT FUND (COLLECTIVELY, THE "SETTLEMENT FUNDS").

TO BE ELIGIBLE TO RECEIVE A SHARE OF THE SETTLEMENT FUNDS IN CONNECTION WITH THE SETTLEMENTS OF THESE ACTIONS, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM.  YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM **BY 11:59 P.M. EST ON _____, 202_ AT WWW.STRATEGICCLAIMS.NET**.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND RELEASE FORM AND MAIL IT BY FIRST CLASS MAIL, POSTAGE PREPAID, **POSTMARKED NO LATER THAN _____, 202__**, TO THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

*Jumia Technologies AG Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

YOUR FAILURE TO SUBMIT A COMPLETED PROOF OF CLAIM AND RELEASE FORM BY _____, 202__ WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM BEING ELIGIBLE TO RECOVER ANY MONEY IN CONNECTION WITH THE SETTLEMENTS OF THESE ACTIONS.  DO NOT MAIL OR DELIVER YOUR PROOF OF

CLAIM AND RELEASE FORM TO THE COURTS OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH PROOF OF CLAIM AND RELEASE FORM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED.  SUBMIT YOUR PROOF OF CLAIM AND RELEASE FORM ONLY TO THE CLAIMS ADMINISTRATOR.

IF YOU ARE AN EXCHANGE ACT SETTLEMENT CLASS MEMBER AND/OR A SECURITIES ACT SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A VALID AND TIMELY PROOF OF CLAIM AND RELEASE FORM, YOU WILL NOT RECEIVE A SHARE OF THE SETTLEMENT FUNDS BUT YOU NEVERTHELESS WILL BE BOUND BY THE FEDERAL ORDER AND FINAL JUDGMENT AND/OR THE STATE ORDER AND FINAL JUDGMENT ENTERED BY THE FEDERAL COURT AND THE STATE COURT, RESPECTIVELY, UNLESS YOU EXCLUDE YOURSELF.  IF YOU ARE NOT AN EXCHANGE ACT SETTLEMENT CLASS MEMBER OR A SECURITIES ACT SETTLEMENT CLASS MEMBER, OR IF YOU FILED A REQUEST FOR EXCLUSION, DO NOT SUBMIT A PROOF OF CLAIM AND RELEASE FORM.  YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENTS IF YOU ARE NOT AN EXCHANGE ACT SETTLEMENT CLASS MEMBER OR A SECURITIES ACT SETTLEMENT CLASS MEMBER OR IF YOU SUBMIT A VALID AND TIMELY REQUEST FOR EXCLUSION.

Submission of this Proof of Claim and Release Form does not assure that you will share in the proceeds of the Settlement Funds.  Distribution of the Settlement Funds will be governed by the Plan of Allocation set forth in the Notice of (I) Pendency of Class Actions and Proposed Settlement of Federal Action and State Action; (II) Motion for Awards of Attorneys' Fees and Litigation Expenses; and (III) Settlement Hearings ("Long Notice"), if it is approved by the Federal Court and the State Court, or by such other plan of allocation as the Federal Court and the State Court approve.[1]

## CLAIMANT'S STATEMENT

1.    I (We) (i) purchased or otherwise acquired Jumia ADSs from April 12, 2019, through and including December 9, 2019, and were damaged thereby; and/or (ii) purchased or otherwise acquired Jumia ADSs pursuant and/or traceable to the Registration Statement issued in connection with the IPO from April 12, 2019, through and including December 9, 2019, and were damaged thereby.

2.    By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Securities Act Settlement Class Member and/or an Exchange Act Settlement Class Member as defined above and in the Long Notice, or am (are) acting for such person(s); that I am (we are) not a Defendant in the Federal Action or the State Action or anyone excluded from the Settlement Classes; that I (we) have read and understand the Long Notice; that I (we) believe that I am (we are) entitled to receive a share

---

[1]    Capitalized terms that are not defined in this Proof of Claim and Release Form are defined in the Federal Stipulation of Settlement, dated October 9, 2020, in the Federal Action (the "Federal Stipulation"), and the State Stipulation of Settlement, dated October 9, 2020, in the State Action (the "State Stipulation"), which are available at www.strategicclaims.net.

of the Settlement Funds; that I (we) elect to participate in the proposed Settlements described in the Long Notice; and that I (we) have not filed a request for exclusion. (Note: If you are acting in a representative capacity on behalf of an Exchange Act Settlement Class Member or a Securities Act Settlement Class Member [*e.g.*, as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.      I (We) consent to the jurisdiction of the New York State Supreme Court, New York County ("State Court"), and the U.S. District Court for the Southern District of New York ("Federal Court") with respect to all questions concerning the validity of this Proof of Claim and Release Form. I (We) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure or the New York Civil Practice Law and Rules, provided that such investigation and discovery shall be limited to my (our) status as an Exchange Act Settlement Class Member and/or a Securities Act Settlement Class Member and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Federal Action, the State Action, the Federal Action Settlement, or the State Action Settlement in connection with processing of the Proof of Claim and Release Form. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment(s) that may be entered in the Federal Action and the State Action.

4.      I (We) have set forth where requested below all relevant information with respect to each purchase or acquisition of Jumia ADSs during the Class Period, and each sale or disposition, if any, of such ADSs. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so. I (We) have not submitted any other claim covering the same purchases or acquisitions of Jumia ADSs during the Class Period and know of no other person having done so on my (our) behalf.

5.      I (We) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase, sale, or retention of Jumia ADSs listed below in support of my (our) claim. (Note: IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.      I (We) understand that the information contained in this Proof of Claim and Release Form is subject to such verification as the Claims Administrator may request or as the State Court and the Federal Court may direct, and I (we) agree to cooperate in any such verification. (Note: The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your recognized loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information.)

7.      Upon the State Court's and the Federal Court's approval of the Settlements, as detailed in the Long Notice, I (we) agree and acknowledge that I (we) shall be deemed to have, and

by operation of law and of the Federal Order and Final Judgment and/or the State Order and Final Judgment shall have fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against the Released Defendant Parties, and I (we) shall forever be barred and enjoined from commencing, instituting, maintaining, prosecuting, or continuing to prosecute any or all of the Released Plaintiffs' Claims against the Released Defendant Parties. I (we) shall be deemed to have covenanted, and by operation of the Federal Order and Final Judgment and/or the State Order and Final Judgment shall have covenanted, not to commence, institute, maintain, prosecute, or continue to prosecute any or all of the Released Plaintiffs' Claims against the Released Defendant Parties in any court of law or equity, arbitration tribunal, administrative forum, or any other forum.

8.  NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at www.strategicclaims.net to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Proof of Claim and Release Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

9.  NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim and Release Form hosted at www.strategicclaims.net. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim and Release Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim and Release Form.

## I.    CLAIMANT INFORMATION

| Beneficial Owner Name | | |
|---|---|---|
| | | |
| Address | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals) | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |

## II.    SCHEDULE OF TRANSACTIONS IN JUMIA AMERICAN DEPOSITARY SHARES

**Purchases:**

A.    Separately list each and every purchase of Jumia ADSs during the period from April 12, 2019, through March 8, 2020[2], inclusive, and provide the following information (*must be documented*):

---

[2] Purchases and acquisitions in Jumia ADSs between December 10, 2019, and March 8, 2020, inclusive, are not eligible for recovery under the Federal Action Settlement or the State Action Settlement, but information regarding such transactions is needed in order to calculate your recognized loss under the Plan of Allocation.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased | Exchange | Price per ADS | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Sales:**

B.    Separately list each and every sale of Jumia ADSs during the period from April 12, 2019, through March 8, 2020, inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Exchange | Price per ADS | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Ending Holdings:**

C.    State the total number of Jumia ADSs owned at the close of trading on March 8, 2020, long or short (*must be documented*).

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III.    SUBSTITUTE FORM W-9

**Request for Taxpayer Identification Number:**

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ | | _____ |

## IV.    CERTIFICATION AND RELEASE

<u>Definitions</u>

All capitalized terms used but not defined herein shall have the same meanings as in the Long Notice, the State Stipulation, and the Federal Stipulation, which are posted on the Claims Administrator's website at www.strategicclaims.net.  In addition, the following terms shall have the following meanings:

1.      "Released Defendant Parties" has the same meaning set out in the State Stipulation and the Federal Stipulation.

2.      "Released Claims" has the same meaning set out in the State Stipulation and the Federal Stipulation.

3.      "Released Defendants' Claims" has the same meaning set out in the State Stipulation and the Federal Stipulation.

4.      "Released Plaintiffs' Claims" has the same meaning set out in the State Stipulation and the Federal Stipulation.

5.      "Unknown Claims" has the same meaning set out in the State Stipulation and the Federal Stipulation.

<u>Submission to Jurisdiction of the Courts and Acknowledgements and Affirmations</u>

I (We) submit this Proof of Claim and Release Form under the terms of the State Stipulation and the Federal Stipulation described in the Long Notice.  I (We) also submit to the jurisdiction of the Federal Court and the State Court with respect to my (our) claim as a Member of the Settlement Classes and for purposes of enforcing the release set forth herein.  I (We) further acknowledge that I am (we are) bound and subject to the terms of any judgments that may be entered in the State Action and the Federal Action.  I (We) affirm that I (we) purchased Jumia ADSs from April 12, 2019, through and including December 9, 2019, and were damaged thereby.  By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am a (we are) Member(s) of the Settlement Class(es) as defined in the Long Notice or am (are) acting for such person; that I am (we are) not a Defendant in the State Action or the Federal Action or anyone excluded from the Settlement Classes; that I (we) have read and understand the Long Notice; that I (we) believe that I am (we are) entitled to receive a share of the Settlement Funds; that I (we)

elect to participate in the proposed Settlements described in the Long Notice; that I (we) have not filed a request for exclusion; and that I (we) have not submitted any other claim covering the same purchases or acquisitions of Jumia ADSs from April 12, 2019, through and including December 9, 2019, and know of no other person having done so on my (our) behalf. I (We) have set forth where requested herein all relevant information with respect to each purchase or acquisition of Jumia ADSs from April 12, 2019, through and including March 8, 2020. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so. I (We) understand that no discovery shall be allowed on the merits of the Actions or the Settlements in connection with processing of the Proof of Claim and Release Form and in particular that no discovery shall be permitted against any Defendants in connection with any Proof of Claim and Release Form.

Release

I (We) hereby acknowledge, on behalf of myself (ourselves) and my (our) heirs, agents, executors, administrators, predecessors, successors, and assigns (or, if submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate, or one or more other persons, on behalf of it, him, her, or them and on behalf of its, his, her, or their heirs, agents, executors, administrators, predecessors, successors, and assigns), that I (we) shall be deemed to have, and by operation of law and of the Federal Order and Final Judgment and/or the State Order and Final Judgment shall have fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against the Released Defendant Parties, and I (we) shall forever be barred and enjoined from commencing, instituting, maintaining, prosecuting, or continuing to prosecute any or all of the Released Plaintiffs' Claims against the Released Defendant Parties.

I (we) shall be deemed to have covenanted, and by operation of the Federal Order and Final Judgment and/or the State Order and Final Judgment shall have covenanted not to commence, institute, maintain, prosecute, or continue to prosecute any or all of the Released Plaintiffs' Claims against the Released Defendant Parties in any court of law or equity, arbitration tribunal, administrative forum, or any other forum.

This release shall be of no force or effect unless and until both the Federal Court and the State Court approve the Federal Action Settlement and the State Action Settlement, respectively, and the Federal Action Settlement and State Action Settlement become Final on the Effective Date (as defined in the Federal Stipulation and the State Stipulation).

I (We) hereby warrant and represent that I (we) have not assigned or transferred, or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

I (We) hereby warrant and represent that I (we) have included information about all of my (our) transactions in Jumia ADSs from April 12, 2019, through March 8, 2020, inclusive, as well as the number of Jumia ADSs held by me (us) at the beginning of trading on April 12, 2019, and at the close of trading on March 8, 2020.

I (We) certify that I am (we are) not subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code.

Note:  If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

I (We) declare under penalty of perjury under the laws of the United States of America and the State of New York that all of the foregoing information supplied by the undersigned is true and correct.

_____          _____
Signature                                                    Date


_____          _____
Print Name                                                  Email Address


_____          _____
Day Telephone                                             Evening Telephone

On Behalf of:
_____
(Print name of corporation, partnership, estate, or other entity if you are submitting this form on behalf of one of them.)


_____          _____
Signature                                                    Date


_____          _____
Print Name                                                  Email Address


_____          _____
Day Telephone                                             Evening Telephone

On Behalf of:
_____
(Print name of corporation, partnership, estate, or other entity if you are submitting this form on behalf of one of them.)

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED NO LATER THAN _____, 202_ AND MUST BE MAILED TO:**

*Jumia Technologies AG Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by _____, 202_, and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlements. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form. Please notify the Claims Administrator of any change of address.

## REMINDER CHECKLIST

o   Please be sure to sign this Proof of Claim and Release Form on page 8. If this Proof of Claim and Release Form is submitted on behalf of joint claimants, then each claimant must sign.

o   Please remember to attach supporting documents. Do NOT send any stock certificates. Keep copies of everything you submit.

o   Do NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.

o   If you desire an acknowledgment of receipt of your Proof of Claim and Release Form, please send it Certified Mail, Return Receipt Requested, or its equivalent.

o   If you move or change your address, telephone number, or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.