# EXHIBIT A-3

*In re Jumia Technologies AG Securities Litigation*,
**Case No. 19-cv-4397 (S.D.N.Y.) (Castel, J.)**

*Convery v. Jumia Technologies AG, et al*.,
**Index No. 656021/2019 (N.Y. Sup. Ct., N.Y. Cty.) (Masley, J.)**

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTIONS AND
PROPOSED SETTLEMENT OF FEDERAL AND STATE ACTIONS;
(II) MOTIONS FOR AWARDS OF ATTORNEYS' FEES AND
LITIGATION EXPENSES; AND (III) SETTLEMENT HEARINGS**

**TO: (i) All persons or entities (and their beneficiaries) who purchased or otherwise acquired Jumia Technologies AG ("Jumia") American Depositary Shares ("ADSs") from April 12, 2019, through and including December 9, 2019, and were damaged thereby (the "Exchange Act Settlement Class"); and (ii) All persons or entities (and their beneficiaries) who purchased or otherwise acquired Jumia ADSs pursuant and/or traceable to the Registration Statement issued in connection with the initial public offering of Jumia ADSs ("IPO") during the period from April 12, 2019, through and including December 9, 2019, and were damaged thereby (the "Securities Act Settlement Class," and together with the Exchange Act Settlement Class, the "Classes" or "Settlement Classes").** Certain persons and entities are excluded from the Classes as set forth in detail in the Stipulations of Settlement for the Federal Action and the State Action and the Long Notice described below.

**PLEASE READ THIS SUMMARY NOTICE CAREFULLY; YOUR RIGHTS WILL BE
AFFECTED BY PENDING CLASS ACTION LAWSUITS.**

**YOU ARE HEREBY NOTIFIED**, pursuant to Rule 23 of the Federal Rules of Civil Procedure, and an order of the United States District Court for the Southern District of New York in a lawsuit captioned *In re Jumia Technologies AG Securities Litigation*, No. 19-cv-4397 (S.D.N.Y.) (the "Federal Action"), and further, pursuant to Article 9 of the New York Civil Practice Law and Rules, and an order of the Supreme Court of New York, New York County, in a lawsuit captioned *Convery v. Jumia Technologies AG, et al*., Index No. 656021/2019 (N.Y. Sup. Ct., N.Y. Cty.) (the "State Action"), that the parties in the Federal Action and the State Action have reached proposed settlements in the amount of $2,000,000.00 in cash in the Federal Action (the "Federal Action Settlement") and $3,000,000.00 in cash in the State Action (the "State Action Settlement," and together with the Federal Action Settlement, the "Settlements").[1]

If approved, the Settlements will resolve all claims in the Federal Action and the State Action. A hearing will be held in the Federal Action on _____, 202_ at __:__ _.m., before the Honorable P. Kevin Castel at the United States District Court, 500 Pearl Street, Courtroom 11D

---

[1] Capitalized terms that are not defined in this Summary Notice are defined in the Federal Stipulation of Settlement, dated October 9, 2020, in the Federal Action, and the State Stipulation of Settlement, dated October 9, 2020, in the State Action, which are available at www.strategicclaims.net.

New York, NY 10007 (the "Federal Court"), and a hearing will be held in the State Action on _____, 202_ at __:__ _.m., before the Honorable Justice Andrea Masley at the Supreme Court of the State of New York, County of New York, Room 647, 60 Centre Street, New York, NY 10007 (the "State Court") to determine whether: (i) the Exchange Act Settlement Class and the Securities Act Settlement Class should be certified only for purposes of the Federal Action Settlement and the State Action Settlement, respectively; (ii) the Federal Action Settlement and the State Action Settlement should be approved as fair, reasonable, and adequate; (iii) the Federal Action and the State Action should be dismissed with prejudice, and the releases specified and described in the Federal Stipulation and the State Stipulation (and in the Long Notice described below) should be entered; (iv) the proposed Plan of Allocation for the Settlements should be approved as fair and reasonable; and (v) Federal Lead Counsel's and State Plaintiff's Counsel's applications for awards of attorneys' fees of up to one-third of the Settlements, expenses of up to $125,000.00 in the Federal Action and $75,000.00 in the State Action, and awards to Plaintiffs in the Actions in the amount of up to $2,500.00 each should be approved. The Federal Court and the State Court may change the date of the settlement approval hearings and reserve the right to hold the hearings telephonically or by other virtual means. You do NOT need to attend the settlement approval hearings to receive a distribution of the proceeds from the Settlements.

**The Settlements will not become effective until both the Federal Action Settlement and the State Action Settlement receive final approval from their respective Courts, and both have become Final. If approved, the Settlements will resolve all claims in the Federal and State Actions.**

**If you are a member of one or both Classes, your rights will be affected by the pending Federal and State Actions and the Settlements, and you may be entitled to share in the proceeds of the Settlements**. This Summary Notice provides only a summary of the information contained in the detailed Notice of (I) Pendency of Class Actions and Proposed Settlement of Federal Action and State Action; (II) Motions for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Hearings (the "Long Notice"). You may obtain copies of the Long Notice, along with the Proof of Claim and Release Form, by writing to or calling the Claims Administrator: Jumia Technologies AG Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Long Notice and submit your Proof of Claim and Release Form online at https://www.strategicclaims.net.

If you are a member of one or both of the Settlement Classes, in order to be eligible to receive a payment under the proposed Settlements, you must submit a Proof of Claim and Release Form either: (1) electronically at https://www.strategicclaims.net by *11:59 p.m. EST on _____, 202_*; or (2) by mail *postmarked no later than _____, 202_*, in accordance with the instructions set forth in the Proof of Claim and Release Form. If you are a member of one or both Classes and do not submit a valid and timely Proof of Claim and Release Form, you will not be eligible to share in the distribution of the net proceeds of the Federal Action Settlement or the State Action Settlement, but you will nevertheless be bound by any releases, judgments, or orders entered by the Federal Court in the Federal Action and/or the State Court in the State Action.

If you are a member of one or both of the Settlement Classes and wish to exclude yourself from one or both Classes, you must submit a request for exclusion such that it is ***received no later than _____, 202_***, in accordance with the instructions set forth in the Long Notice. If you properly exclude yourself from one or both Classes, you will not be bound by any releases, judgments, or orders entered by the Federal Court in the Federal Action and/or the State Court in the State Action, and you will not be eligible to share in the net proceeds of the Settlements. Excluding yourself is the only option that may allow you to be part of any other current or future lawsuit against Defendants or any of the other released parties concerning the claims released in the Settlements. Please note, however, that if you decide to exclude yourself, you may be time-barred from asserting certain of the claims covered by the Federal and/or State Actions by a statute of limitations or repose.

Objections, if any, to the proposed Federal Action Settlement or the proposed State Action Settlement, the proposed Plan of Allocation (as contained in the Long Notice), and/or Federal Lead Counsel's and State Plaintiff's Counsel's motions for attorneys' fees and expenses, must be filed with the Federal Court or the State Court, respectively, and delivered to the respective counsel at the addresses listed below such that they are ***received no later than _____, 202_***, in accordance with the instructions set forth in the Long Notice.

| **Federal Court** | **State Court** |
|---|---|
| Clerk of the Court | County Clerk of New York County |
| United States District Court for the Southern | Hon. Milton Tingling |
| District of New York | New York County Courthouse |
| Daniel Patrick Moynihan | 60 Centre Street, Room 161 |
| U.S. Courthouse | New York, NY 10007 |
| 500 Pearl Street | |
| New York, NY 10007 | |
| | |
| **Lead Counsel for Federal Plaintiffs and the Exchange Act Settlement Class** | **Plaintiff's Counsel for State Plaintiff and the Securities Act Settlement Class** |
| Phillip Kim | Jeffrey P. Campisi |
| The Rosen Law Firm, P.A. | Kaplan Fox & Kilsheimer LLP |
| 275 Madison Avenue, 40th Floor | 850 Third Avenue, 14th Floor |
| New York, NY 10016 | New York, NY 10022 |
| | |
| Jeremy Lieberman | |
| Pomerantz LLP | |
| 600 Third Avenue, 20th Floor | |
| New York, NY 10016 | |
| | |
| **Counsel for Jumia and the Individual Defendants** | **Counsel for the Underwriter Defendants** |
| David M.J. Rein | Jonathan Rosenberg |
| Julia A. Malkina | William J. Sushon |
| Sullivan & Cromwell LLP | O'Melveny & Myers LLP |
| | 7 Times Square |

| | |
|---|---|
| 125 Broad Street<br>New York, NY 10004 | New York, NY 10036 |
| **Counsel for Defendant E&Y**<br>Richard T. Marooney<br>King & Spalding LLP<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036 | |

**PLEASE DO NOT CONTACT THE FEDERAL COURT, THE STATE COURT, THE CLERK'S OFFICE OF EITHER COURT, DEFENDANTS, OR THEIR COUNSEL REGARDING THIS SUMMARY NOTICE.** All questions about this Summary Notice, the Settlements, or your eligibility to participate in the Settlements should be directed to the counsel set forth below or the Claims Administrator.

Requests for the Long Notice and the Proof of Claim and Release Form should be made to the Claims Administrator:

*Jumia Technologies AG Securities Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Toll-Free: (866) 274-4004
Fax: (610) 565-7985
info@strategicclaims.net

Inquiries, other than requests for the Long Notice and Proof of Claim and Release Form, may be made to Federal Lead Counsel, The Rosen Law Firm, P.A., and Pomerantz LLP, and State Plaintiff's Counsel, Kaplan Fox & Kilsheimer LLP, as provided below.

| **Federal Lead Counsel** | **State Plaintiff's Counsel** |
|---|---|
| Phillip Kim<br>The Rosen Law Firm, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>Telephone: (212) 686-1060<br>Fax: (212) 202-3827<br>Email: pkim@rosenlegal.com | Jeffrey P. Campisi<br>Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Fax: (212) 687-7714<br>Email: jcampisi@kaplanfox.com |

| Jeremy Lieberman<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Telephone: (212) 661-1100<br>Fax: (917) 463-1044<br>Email: jalieberman@pomlaw.com | |

| DATED: _____ __, 2020 | United States District Court<br>Southern District of New York |
| DATED: _____ __, 2020 | Supreme Court of the State of New York<br>New York County |