# EXHIBIT A-4

Intuitive Technologies Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
Media, PA 19063

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

Case No. 1:19-cv-4397 (S.D.N.Y.)
Index No. 656021/2019 (N.Y. Supreme
Ct., N.Y. Cty.)

Cases Pending in the United States District Court for the
Southern District of New York and the New York Supreme
Court, New York County

**Court-Ordered Legal Notice
Forwarding Service Requested**

*Important Notice about Securities
Class Action Settlements*

*You may be entitled to a payment.
This Notice may affect your legal
rights.*

*Please read it carefully.*

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*In re Jumia Technologies AG Securities Litigation*, Case No. 19-cv-4397 (S.D.N.Y.)
*Convery v. Jumia Technologies AG, et al.*, Index No. 656021/2019 (N.Y. Sup. Ct., N.Y. Cty.)
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENTS.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET OR CALL 1-866-274-4004 FOR MORE INFORMATION*.

The U.S. District Court for the Southern District of New York and the New York Supreme Court for New York County have preliminarily approved proposed Settlements of claims against Jumia Technologies AG ("Jumia"), several of Jumia's management and supervisory board members, its underwriters, and its auditor ("Federal and State Defendants"). The proposed Settlements resolve class action lawsuits alleging that Federal and State Defendants made false and misleading statements concerning certain metrics reported by Jumia, including gross merchandise value, active consumers, and active sellers in connection with Jumia's April 12, 2019 IPO. Defendants deny the allegations.

You received this notice because you may have purchased or acquired Jumia ADSs between April 12, 2019, through and including December 9, 2019, and you may be a member of one of the Settlement Classes. The Settlements provide that, in exchange for the dismissal and release of claims against Federal and State Defendants, a fund consisting of $5,000,000.00 in total for both Settlements ($2,000,000.00 allocated for the Federal Action and $3,000,000.00 allocated for the State Action), less attorneys' fees and expenses, will be divided among Federal Authorized Claimants and State Authorized Claimants who timely submit valid Proof of Claim and Release Forms ("Claim Form"). For a full description of the Settlements and your rights and to submit a claim, please view the Stipulation of Settlement for each Action and obtain a copy of the Notice Of (I) Pendency Of Class Actions And Proposed Settlement Of Federal Action and State Action; (II) Motions For Awards Of Attorneys' Fees And Litigation Expenses; and (III) Settlement Hearings ("Long Notice") and Claim Form by visiting the website: www.strategicclaims.net. You may request copies of the Long Notice and Claim Form by: (1) mail: Jumia Technologies AG Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) toll-free: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Claim Form, available at www.strategicclaims.net. CLAIM FORMS ARE DUE BY _____, 202__ TO JUMIA TECHNOLOGIES AG SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST, STE 205, MEDIA, PA 19063, or submitted electronically at www.strategicclaims.net. If you do not want to be legally bound by the Settlements, you must exclude yourself by _____, 202__. If you exclude yourself, you cannot get money from these Settlements. If you stay in the Settlements, you may object to them by _____, 202__. The Long Notice explains how to exclude yourself or to object.

Hearings are scheduled in the Federal Action on _____, 202__ at __:00 _.m. at 500 Pearl Street, Courtroom 11D, New York, NY 10007, and in the State Action on _____, 202__ at __:00 _.m. at 60 Centre Street, Room 647, New York, NY 10007, to consider whether to certify the Settlement Classes for purposes of the Settlements only and to approve the Settlements, the Plan of Allocation, and a request by Plaintiffs' Counsel for up to one-third of the Settlement Funds allocated to each Action for their attorneys' fees, plus up to $200,000.00 in expenses, and Awards to Plaintiffs of no more than $15,000.00 in total. You may, but do not have to, attend the hearing(s) and ask to be heard by the Courts. The Courts may change the date of the hearings and reserve the right to hold the hearings telephonically or by other virtual means.