UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Jumia Technologies AG Securities Litigation,

Master File No. 1:19-CV-04397-PKC

## DECLARATION OF JULIA A. MALKINA REGARDING COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715

JULIA A. MALKINA hereby declares under penalty of perjury as follows:

1. I am a member of the bar of this Court and of the law firm Sullivan & Cromwell LLP. Sullivan & Cromwell LLP represents Defendants Jumia Technologies AG; Jeremy Hodara; Sacha Poignonnec; Antoine Maillet-Mezeray; Gilles Bogaert; Andre T. Iguodala; Blaise Judja-Sato; Jonathan D. Klein; Angela Kaya Mwanza; Alioune Ndiaye; Matthew Odgers; John H. Rittenhouse; and Donald J. Puglisi in the above-captioned action (the "Action"). O'Melveny & Myers LLP represents Defendants Morgan Stanley & Co. LLC; Citigroup Global Markets Inc.; Berenberg Capital Markets, LLC; RBC Capital Markets, LLC; Stifel, Nicolaus & Company, Incorporated; Raymond James & Associates, Inc.; and William Blair & Company, L.L.C. in the Action.

2. On October 16, 2020, I caused notice of the proposed class action settlement filed in the Action on October 9, 2020 (Dkt. No. 109), to be provided by U.S. Postal Service Certified Mail to all persons required to receive such notice under the Class Action Fairness Act, 28 U.S.C. § 1715. The notice was signed by and sent on behalf of all Defendants. A true and correct copy of the notice (without the enclosed CD) is attached hereto as Exhibit A.

Executed on October 29, 2020 in New York, New York.

_____
Julia A. Malkina