# EXHIBIT 6

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE JUMIA TECHNOLOGIES AG SECURITIES LITIGATION, | Master File No. 1:19-cv-04397-PKC |

**DECLARATION OF MATHEW SACKS**

I, Matthew Sacks, declare as follows:

1.      I am a Named Plaintiff in the above-captioned securities class action (the "Action"), and for purposes of this Settlement, a Class Representative. I respectfully submit this declaration in support of: (a) the motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2.      I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters.

3.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u, and I have discharged those duties to the best of my ability.

4.      I have Bachelor of Science from the University of Rhode Island with a major in International Business. I am currently a Client Portfolio Analyst at an investment management company. I live in Massachusetts.

5.      I understand that a global settlement for $5,000,000 has been reached to resolve the above-captioned action and the related action *Convery* v. *Jumia Technologies AG*, *et al.*, Index No. 656021/2019 (Masley, J.) pending in the Supreme Court of New York, New York County (the "State Action"). I understand that of the $5,000,000, $2,00,000 will be allocated to resolve the above-captioned action and $3,000,000 will be allocated to resolve the State Action.

1

6.      I have been actively involved in the prosecution of this case since I joined as a named plaintiff in the Amended Securities Class Action Complaint on December 30, 2019. (Dkt. No. 62).

7.      In fulfillment of my responsibilities as a Named Plaintiff on behalf of the members of the Class in this Action, I have worked closely with Plaintiffs' Counsel regarding all aspects of the litigation and the resolution of the Action.

8.      Throughout the litigation, I received periodic status reports from Plaintiffs' Counsel on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as litigation strategy; (b) reviewed all significant pleadings and briefs filed in the Action; (c) reviewed Court orders and discussed them with my attorneys; and (d) evaluated and approved the proposed Settlement.

9.      Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation. Before and during the mediation process presided over by Jed D. Melnick, Esq., I conferred with my attorneys regarding the parties' respective positions.

10.     Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

11.　　I believe that Plaintiffs' Counsel's request for an award of attorneys' fees in the amount of one-third of the Settlement Fund is fair and reasonable in light of the work Plaintiffs' Counsel performed on behalf of the Settlement Class. I have evaluated Plaintiffs' Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

12.　　I further believe that the litigation expenses being requested for reimbursement to Plaintiffs' Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

13.　　I understand that the PSLRA, 15 U.S.C. § 78u-4(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation. I believe that I fulfilled my fiduciary duty to Class Members to work with counsel to make sure the Class received fair and adequate representation. I have done my best to promote the interests of the Class vigorously and to obtain the largest recovery possible under the circumstances, and I do believe that the Settlement confers the best result possible under all of the circumstances.

14.　　The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me. I seek reimbursement in the amount of $2,500 for the time I devoted to participating in this

Action, which I estimate amounted to ten hours on the litigation-related activities described above. It is my belief that this request for reimbursement is fair and reasonable.

15.    I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Class.

16.    Accordingly, I respectfully request that the Court approve a payment to me in the amount of $2,500 as reimbursement for the time spent, and efforts I made, on behalf of the Class. It is my belief that this request for reimbursement is fair and reasonable.

17.    In conclusion, I was closely involved in the litigation throughout the prosecution and settlement of the claims in this Action, strongly endorse the Settlement as fair, reasonable, and adequate, and believe that the Settlement represents a significant recovery for the Settlement Class. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; (b) Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the Action of behalf of the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on _2/10/2021_____.

DocuSigned by:

*Matthew Sacks*

A390D0D9EBE5476...

Matthew Sacks