UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JUMIA TECHNOLOGIES AG SECURITIES LITIGATION, | Master File No. 1:19-cv-04397-PKC |

**SUPPLEMENTAL DECLARATION OF PHILLIP KIM IN FURTHER
SUPPORT OF FEDERAL PLAINTIFFS' MOTIONS FOR: (I) FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND
(II) AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, AND AWARD TO FEDERAL PLAINTIFFS**

1.      I, Phillip Kim, am a Partner at The Rosen Law Firm, P.A. ("Rosen Law").[1]  Rosen Law and Pomerantz LLP ("Pomerantz) (together, "Federal Class Counsel" or "Federal Lead Counsel" or "Plaintiffs' Counsel") represent Lead Plaintiff Hexuan Cai and Named Plaintiffs Kalyan Venkataraman, Kalyanasundaram Venkataraman, Matthew Sacks, and Yifeng Zhu ("Federal Plaintiffs" or "Federal Class Representatives") in this securities class action lawsuit (the "Federal Action").  I have personal knowledge of the matters set forth herein based on my active supervision of and participation and settlement of the claims asserted in the Federal Action.

2.      I respectfully submit this Declaration in further support of Federal Plaintiffs' Motions for: (i) Final Approval of Class Action Settlement and Plan of Allocation; and (ii) an Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Federal Plaintiffs.

---

[1] All capitalized terms that are not defined herein have the same meanings as set forth in the Stipulation of Settlement dated October 9, 2020 (the "Stipulation") (ECF No. 109).

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Sarah Evans Concerning: (A) Mailing of the Postcard Notice; and (B) Report on Requests for Exclusion and Objections, dated March 17, 2021.

4.      Attached hereto as Exhibit 2 is the [Proposed] Order and Final Judgment.

5.      Attached hereto as Exhibit 3 is the [Proposed] Order Approving Plan of Allocation.

I declare, under penalty of perjury under the laws of the United States, that the foregoing facts are true and correct.  Executed this 17th day of March, 2021.

*/s/ Phillip Kim*
Phillip Kim

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2021, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.


By: */s/ Phillip Kim*
Phillip Kim