# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Jumia Technologies AG Securities Litigation, | Master File No. 1:19-cv-04397-PKC |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS**
**CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON**
**REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Sarah Evans, declare as follows:

1.      I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over seven years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four hundred twenty-five (425) class action cases since its inception.  I am over 21 years of age and am not a party to this Federal Action[1].  I have personal knowledge of the facts set forth herein.

**UPDATE ON MAILING OF POSTCARD NOTICE**

2.      Pursuant to the Court's Order Preliminarily Approving Proposed Settlement, Certifying Exchange Act Settlement Class, Providing for Notice, and Scheduling Settlement Hearing, dated October 19, 2020 (the "Federal Preliminary Approval Order"), SCS was appointed as Claims Administrator to supervise and administer the notice procedure, as well as the processing of claims in connection with the Settlement in the above-captioned Federal Action ("Federal Action Settlement").

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of October 9, 2020 (ECF No. 109, the "Federal Stipulation").

3.      As noted in the Declaration of Sarah Evans Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated February 17, 2021 (the "Evans Declaration"), SCS had mailed 31,993 Postcard Notices[2] to potential Exchange Act Settlement Class Members or nominees.  Since the Evans Declaration was filed, no additional Postcard Notices have been mailed.

4.      Of the 31,993 Postcard Notices mailed, 587 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 85, and SCS immediately mailed another Postcard Notice to the potential Exchange Act Settlement Class Members at the updated addresses. The remaining 505 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses; 232 updated addresses were located, and Postcard Notices were re-mailed to the updated addresses.

5.      Additionally, as noted in the Evans Declaration, SCS was notified by one of the nominees that it emailed 18,802 of its customers to notify them of this settlement and provided direct links to the Long Notice and Claim Form on the settlement website. SCS also received valid email addresses for 8 possible Exchange Act Settlement Class Members and emailed links to the Long Notice and Claim Form. No additional email notifications have been sent since the filing of the Evans Declaration.

---

[2] Out to the 31,993 Postcard Notices mailed, SCS has received 43 requests from potential Exchange Act Settlement Class Members to mail them the Notice of (I) Pendency of Class Actions and Proposed Settlement of Federal Action and State Action; (II) Motions for Awards of Attorneys' Fees and Litigation Expenses; and (III) Settlement Hearings ("Long Notice") and Proof of Claim and Release Form ("Claim Form"). Of these 43 requests, 6 were received after the filing of the Evans Declaration.

**UPDATE ON TOLL-FREE PHONE LINE**

6.      The Evans Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Exchange Act Settlement Class Members to call and obtain information about the Federal Action Settlement and/or request a Long Notice and Claim Form.  SCS continues to promptly respond to each telephone inquiry and address Exchange Act Settlement Class Members' inquiries.

**UPDATE ON WEBSITE**

7.      On January 11, 2021, SCS established a webpage for the Settlements on its website at www.strategicclaims.net.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status of the cases; the deadlines for the cases; the online claim filing link; and important documents, such as the Long Notice and Claim Form, the Postcard Notice, the Federal Preliminary Approval Order, the State Preliminary Approval Order, the Federal Stipulation, and the State Stipulation. On February 17, 2021, SCS updated the webpage to notify Exchange Act Settlement Class Members that the Federal Final Settlement Approval Hearing was rescheduled from March 17, 2021 to March 24, 2021. To date, the webpage has received 13,916 pageviews from 7,079 unique users.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

8.      The Postcard Notice, the Long Notice, the Summary Notice, and the webpage informed potential Exchange Act Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they be received no later than February 24, 2021. This date, however, was specified in the Preliminary Approval Order which also stated that the deadline for exclusion requests was twenty-one calendar days prior to the earlier of the Final Settlement Approval Hearing and State Final Settlement Hearing. Since the Court adjourned the Final

3

Settlement Approval Hearing, the deadline to request exclusion from the Exchange Act Settlement Class was changed to February 25, 2021 as the State Final Settlement Hearing is scheduled for March 18, 2021. As stated in the Evans Declaration, SCS had received one request for exclusion that was not valid, and which was provided as Exhibit E to the Evans Declaration. SCS has been monitoring all mail delivered for this case. Since the filing of the Evans Declaration, SCS has received no additional exclusion requests.

9. According to the Long Notice, Summary Notice, Postcard Notice, and webpage, Exchange Act Settlement Class Members seeking to object to the Federal Action Settlement, any part of the Federal Action Settlement, and/or Federal Lead Counsel's motion for attorneys' fees and expenses were required to submit their objection in writing such that the request was received by Federal Lead Counsel and Federal Defendants' Counsel, as well as filed with the Court, no later than February 24, 2021. Since the Preliminary Approval Order stated that the objection deadline is twenty-one calendar days prior to the Federal Final Settlement Approval Hearing, the deadline for objections was changed to March 3, 2021. As of the date of this Declaration, SCS has neither received any objections nor been notified that Federal Lead Counsel has received any objections.

**CLAIM FORM FILING STATUS**

10. To date, SCS has received 4,073 Claim Forms. The deadline to submit a claim was: (i) if electronically at SCS's website, 11:59 p.m. EDT on February 24, 2021; or (ii) if by mail, postmarked no later than February 19, 2021. The Long Notice, the Postcard Notice, the Summary Notice, and the webpage informed Exchange Act Settlement Class Members that, subject to the Court's approval, SCS would continue to accept Claim Forms received through April 26, 2021 as timely.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of March 2021, in Media, Pennsylvania.

_____
Sarah Evans