# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE JUMIA TECHNOLOGIES AG SECURITIES LITIGATION, | Master File No. 1:19-cv-04397-PKC |

## [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION

WHEREAS, (i) Lead Plaintiff Hexuan Cai and Named Plaintiffs Kalyan and Kalyanasundaram Venkataraman, Matthew Sacks, and Yifeng Zhu (collectively, "Federal Plaintiffs"), on behalf of themselves and each of the Exchange Act Settlement Class Members; and (ii) Defendants Jumia Technologies AG ("Jumia"); Jeremy Hodara; Sacha Poignonnec; Antoine Maillet-Mezeray; Donald J. Puglisi; Gilles Bogaert; Andre T. Iguodala; Blaise Judja-Sato; Jonathan D. Klein; Angela Kaya Mwanza; Alioune Ndiaye; Matthew Odgers; John H. Rittenhouse; Morgan Stanley & Co. LLC; Citigroup Global Markets Inc.; Berenberg Capital Markets, LLC; RBC Capital Markets, LLC; Stifel, Nicolaus & Company, Incorporated; Raymond James & Associates, Inc.; and William Blair & Company, L.L.C. (collectively, "Federal Defendants") entered into a Stipulation of Settlement filed with the Court on October 9, 2020 (the "Stipulation") (ECF. No. 109), which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the above-referenced action (the "Federal Action"), for the release of all Released Plaintiffs' Claims against the Released Defendant Parties, and for dismissal of the Federal Action with prejudice upon the terms and conditions set forth in the Stipulation, subject to the approval of this Court (the "Federal Action Settlement");

WHEREAS, this Order Approving Plan of Allocation incorporates by reference the

1

definitions in the Stipulation, and, unless otherwise defined herein, all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation; and this Court's October 19, 2020 Order Preliminarily Approving Proposed Settlement, Certifying Exchange Act Settlement Class, Providing for Notice, and Scheduling Settlement Hearing (the "Preliminary Approval Order") (ECF. No. 113);

WHEREAS, in the Preliminary Approval Order, this Court: (a) preliminarily certified the Exchange Act Settlement Class solely for purposes of effectuating the Federal Action Settlement; (b) preliminarily approved the Federal Action Settlement; (c) ordered that notice of the proposed Federal Action Settlement be provided to potential Exchange Act Settlement Class Members; (d) provided Exchange Act Settlement Class Members with the opportunity either to exclude themselves from the Exchange Act Settlement Class or to object to the proposed Federal Action Settlement; and (e) scheduled a hearing regarding final approval of the Federal Action Settlement;

WHEREAS, due and adequate notice has been provided to the Exchange Act Settlement Class;

WHEREAS, this Court conducted a hearing on March 24, 2021 (the "Federal Final Settlement Approval Hearing") to consider, among other things, whether to approve the Plan of Allocation; and

WHEREAS, this Court having considered all papers filed and proceedings held herein, all oral and written comments received regarding the proposed Federal Action Settlement, and the record in the Federal Action, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      This Court has jurisdiction: (i) to enter this Order approving Plan of Allocation; and (ii) over the subject matter of the Federal Action, all matters relating to the Federal Action Settlement, and over all parties to the Federal Action, including all Exchange Act Settlement Class Members.

2.      The Court hereby finds and concludes that the formula for the calculation of the claims of Federal Authorized Claimants which is set forth in the Notice of (I) Pendency of Class Actions and Proposed Settlement of Federal Action and State Action; (II) Motions for Awards of Attorneys' Fees and Litigation Expenses; and (III) Settlement Hearings (the "Long Notice") (ECF. No. 109-2.) disseminated to Exchange Act Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Federal Settlement Fund established by the Stipulation among Exchange Act Class Members, with due consideration having been given to administrative convenience and necessity.

3.      This Court hereby finds and concludes that the Plan of Allocation set forth in the Long Notice is, in all respects, fair, reasonable and adequate, and the Court hereby approves the Plan of Allocation.


IT IS SO ORDERED:


DATED  _____, 2021        _____

                                    THE HONORABLE P. KEVIN CASTEL
                                    UNITED STATES DISTRICT JUDGE


3