UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE JUMIA TECHNOLOGIES AG
SECURITIES LITIGATION

                                                    19-cv-4397 (PKC)

                                                   ORDER
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In view of the proposed settlement, the pending motion to dismiss is deemed withdrawn without prejudice to refiling within 30 days of any order rejecting the settlement. The clerk is directed to terminate the motion. (Doc. 99)

        SO ORDERED.

                                                         *P. Kevin Castel*
                                                    P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
           March 22, 2021