# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JUMIA TECHNOLOGIES AG SECURITIES LITIGATION, | Master File 1:19-cv-04397-PKC<br><br>[~~PROPOS~~ED] ORDER AWARDING ATTORNEYS' FEES, AND REIMBURSEMENT OF EXPENSES, ~~AND AWARD TO FEDERAL PLAINTIFFS~~ |

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A. and Pomerantz LLP, appointed by the Court as Federal Class Counsel ("Federal Class Counsel") for purposes of the Federal Action Settlement, have petitioned the Court for an award of attorneys' fees in compensation for services provided to Federal Plaintiffs Hexuan Cai, Kalyan Venkataraman, Kalyanasundaram Venkataraman, Matthew Sacks, and Yifeng Zhu ("Federal Plaintiffs") and the Exchange Act Settlement Class along with reimbursement of expenses incurred in connection with prosecuting this action, and Award to Federal Plaintiffs, to be paid out of the Federal Settlement Fund established pursuant to the Federal Action Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement filed on October 9, 2020 (the "Stipulation") (ECF No. 109) and this Court's October 19, 2020 Order preliminarily approving the Federal Action Settlement (ECF No. 113); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Federal Class Counsel during the final approval hearing on March 24, 2021, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Federal Class Counsel are awarded one-third of the Federal Settlement Fund or $560,000.00 [PKC] ~~$666,666.67~~ as attorneys' fees in this action, ~~together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment~~ [PKC]. Federal Class Counsel shall have the ability to allocate the attorneys' fees to other counsel based on their contribution to the case.

1

2. Federal Class Counsel shall be awarded expenses in the amount of $78,180.42 ~~with interest, as described above~~.

3. ~~Federal~~ Plaintiffs shall each be awarded $2,500, ~~or $12,500 in total, as~~ reimbursement for ~~their lost~~ time and expenses in connection with their prosecution of the Federal ~~Action~~.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and ~~Award to Federal Plaintiffs~~ shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated: 3-24, 2021

HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

2