**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE JUMIA TECHNOLOGIES AG SECURITIES LITIGATION, | Master File No. 1:19-cv-04397-PKC |

**NOTICE OF MOTION FOR DISTRIBUTION OF**
**CLASS ACTION SETTLEMENT FUNDS**

PLEASE TAKE NOTICE that Federal Plaintiffs Hexuan Cai, Kalyan Venkataraman, Kalyanasundaram Venkataraman, Matthew Sacks, and Yifeng Zhu ("Federal Plaintiffs"), will move this Court for entry of the [Proposed] Order Granting Distribution of Class Action Settlement Fund ("Class Distribution Order").  Among other things, the Class Distribution Order: (i) approves the Claims Administrator's recommendations accepting and rejecting Claims submitted in the Federal Action; and (ii) directs distribution of the Net Federal Settlement Fund to Federal Authorized Claimants whose Claims have been accepted as valid and approved by the Court.

This motion is based on this Notice of Motion; the Memorandum of Law; the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process and the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matter properly before the Court.

Federal Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the Class Distribution Order.

1

Dated:  February 4, 2022                     Respectfully submitted,


**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Jeremy A. Lieberman
Brenda Szydlo
Villi A. Shteyn
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
Email: bszydlo@pomlaw.com
Email: vshteyn@pomlaw.com


**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
Brian Alexander
275 Madison Ave., 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: balexander@rosenlegal.com


*Federal Class Counsel for Federal Plaintiffs and the
Exchange Act Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brenda Szydlo*
Brenda Szydlo