UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JUMIA TECHNOLOGIES AG SECURITIES LITIGATION, | Master File No. 1:19-cv-04397-PKC |

**[~~PROPOSED~~] ORDER GRANTING AUTHORIZATION TO DISTRIBUTE THE FUNDS REMAINING IN THE NET FEDERAL SETTLEMENT FUND TO *CY PRES* RECIPIENT**

Having considered all materials and arguments submitted in support of the Motion to Distribute the Funds Remaining in the Net Federal Settlement Fund to *Cy Pres* Recipient (the "Motion"), including the Memorandum of Law in Support of the Motion, and the Declaration of Paul Mulholland Concerning the Remaining Funds for *Cy Pres*,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court approves payment of $2,107.60, the total amount of funds remaining in the Net Federal Settlement Fund, to the Legal Aid Society from the Net Federal Settlement Fund.

3. This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

IT IS SO ORDERED.

Dated: _____February 22___, 2023

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE